1 Zachary Nightingale (California Bar #184501)
  Avantika Shastri (California Bar # 233453)
2 Van Der Hout, Brigagliano & Nightingale, LLP
  180 Sutter Street, Fifth Floor
3 San Francisco, California 94104
  Telephone: (415) 981-3000
4 Facsimile: (415) 981-3003
  Email: ndca@vblaw.com
5

6 Attorneys for Petitioners
  Enrique ROMERO PINTADO
7 Monica PEREZ SANCHEZ

ORIGINAL
FILED

E-filing

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES DISTRICT COURT FOR THE

11    NORTHERN DISTRICT OF CALIFORNIA

12

13 Enrique ROMERO PINTADO   CV 08 Case No. 3665
  Monica PEREZ SANCHEZ

14    Petitioners,    **Declaration of Zachary**
           **Nightingale in Support of**
15           **Petition for Writ of**
    v.       **Mandamus**
16

17 Michael CHERTOFF, in his Official Capacity,  IMMIGRATION MANDAMUS
  Secretary, U.S. Department of Homeland Security; CASE,
18 Jonathan SCHARFEN, in his official Capacity, Acting Administrative Procedure Act Case
  Director, U.S. Citizenship and Immigration Services,
19 U.S. Department of Homeland Security; Rosemary
  MELVILLE, in her official capacity, San Francisco Agency No.: A87-160-795
20 District Director, U.S. Citizenship and Immigration      A87-160-794
  Services, U.S. Department of Homeland Security;
21 Michael B. MUKASEY, in his Official Capacity,
  Attorney General, U.S. Department of Justice; and
22 Robert S. MUELLER, III, in his Official Capacity,
  Director, Federal Bureau of Investigation
23
   Respondents.
24

25

26

27

28

I, Zachary Nightingale, hereby declare the following:

1.      I am an Attorney at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.  I have personal knowledge of the following information and the enclosed documents because Van Der Hout, Brigagliano & Nightingale, LLP represents Petitioners Enrique Romero Pintado and Monica Perez Sanchez ("Petitioners") in their immigration matters.  I make this declaration in support of Petitioners' Petition for Writ of Mandamus.

2.      Petitioners are citizens and nationals of Spain who entered the United States in 2006. I have attached copies of Petitioners' application packets for adjustment of status as Exhibit A (application for Petitioner Romero Pintado) and Exhibit B (application for Petitioner Perez Sanchez). Copies Petitioners' Spanish passports and evidence of their lawful immigration histories and their lawful employment histories are contained within Exhibit A and Exhibit B.

3.      On April 11, 2008, USCIS received Petitioners' Applications for Adjustment of Status (Forms I-485), Employment Authorization (Forms I-765), Travel Documents (Forms I-131).  Those application are attached as Exhibit A and B.  Copies of the Receipt Notices (Form I-797C ) are attached as Exhibit C.

4.      On May 29, 2008, Petitioners appeared at the USCIS Salinas Support Center, as requested, for fingerprinting and biometrics. A copy of that notice is attached as Exhibit D.

5.      On June 26, 2008, Petitioners attended an adjustment of status interview at the San Jose, California USCIS office. Petitioners were informed at that interview by the CIS officer that their applications for lawful permanent residency were approvable, but were pending due to a FBI name check on Petitioner Romero Pintado.  They were informed that the FBI name check on Petitioner Perez Sanchez had been completed.   A copy of the Adjustment of Status Interview Results is attached as Exhibit E.

1

Dec. of Nightingale Re Pet. for Writ of Mandamus                    Case No. _____

6.   On July 7, 2008, Petitioner Romero Pintado submitted a letter to the District Director of USCIS to inform him of the FBI delay and request that CIS expedite the name check processing. As of today Petitioner has not received a response from the District Director.   A copy of Petitioner's letter to USCIS is attached as Exhibit F.

7.   The CIS's delay in processing Petitioners' applications will cause extreme hardship and affect the ability of Petitioner Perez Sanchez to work in the United States. A declaration by Petitioner Perez Sanchez is attached as Exhibit G.

8.   In compliance with Civil L.R. 3-17, any reference in the attached documents regarding Petitioners' birthdates have been redacted to include only the year of birth, and Petitioners' social security numbers include only the last four digits of that number. Petitioners' parents' birthdates have also been redacted.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.  Executed this 30 day of July, 2008 at San Francisco, California.

_____
Zachary Nightingale

2




**Dinsmore&Shohl**LLP
ATTORNEYS

COPY FOR YOUR
INFORMATION

Douglas Halpert
513-977-8181
douglas.halpert@dinslaw.com
http://immigration.dinslaw.com

April 10, 2008

**VIA FEDEX #798417483150**
U.S. Citizenship and Immigration Services
ATTN: FBASI
427 S. LaSalle - 3ʳᵈ Floor
Chicago, Illinois  60605-1029

**URGENT -- DIVERSITY LOTTERY CASE**

RE:     DV Diversity Case Number:  2008EU00019567
        Mr. Enrique ROMERO PINTADO - Principal ("A" Number Unknown)
        Mrs. Monica PEREZ SANCHEZ - Spouse ("A" Number Unknown)
        FORMS **I-485** (2); **I-765** (2); and **I-131** (2)

Dear Director:

    Enclosed are Forms I-485, Adjustment of Status Applications; Forms I-765, Applications for Employment Authorization; Forms I-131, Applications for Travel Document; and our Forms G-28, Notices of Entry of Appearance, indicating that we represent the above-named applicants in this proceeding.  The required filing fees and supporting documentation are also enclosed.  We have enclosed evidence of Mr. Romero Pintado's selection in the DV-2008 Lottery.  **His selection number is current for April as announced in the April 2008 Visa Bulletin, so your office has jurisdiction to accept this Application now as prescribed by the enclosed Visa Bulletin.  Please ask the local CIS office with jurisdiction over Salinas, California to conduct the adjustment interview as soon as possible due to the September 30, 2008 deadline. If you do not accept this filing for any reason, please return this packet to us using the enclosed pre-paid, pre-addressed FedEx Envelope.**

    Please contact us if you have any questions or need additional information.  Thank you for your kind attention in this matter.

Very truly yours,

DINSMORE & SHOHL LLP

Douglas Halpert

DH | bjg | dab
Enclosures
cc:     Analog Devices, Inc. (w/o encls.)
        Mr. Enrique Romero Pintado (w/encls.)
1469632v1.7

# !!  URGENT  !!

# DIVERSITY LOTTERY 2008 CASE

 

*package id*
0018197

*ship date*
Thu, Apr 10

*to*
Douglas Halpert
Dinsmore & Shohl LLP
255 E 5th St
Ste 1900
Cincinnati , OH  45202-4720  US
513-977-8181

*residential address*
No

*return label*
No

*from*
Douglas  Halpert  (4981)
Dinsmore & Shohl, LLP.
255 East Fifth Street
Cincinnati , OH  45202  US
8181

*billing*
Analog Devices, Inc..Enrique
    ROMERO
(33448.443)

*operator*
Douglas Halpert
513/977-8181
douglas.halpert@dinslaw.com

*create time*
04/10/08, 5:08PM

*vendor*
FedEx

*tracking number*
798417495885

*service*
FedEx Standard Overnight

*packaging*
FedEx Pak

*dimensions*
1.0 LBS

*signature*
Indirect signature - at or near
    address

*options*
Delivery confirmation

*courtesy quote*
10.09
*The courtesy quote does not reflect*
*fuel surcharge and does not*
*necessarily reflect all accessorial*
*charges.*

*Legal Terms and Conditions*
Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC  All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC Other product and company names listed are trademarks or trade names of their respective companies.

# Enrique Romero Pintado - Principal
# I-485 Adjustment of Status Application
# Based Upon DV-2008 Selection

## Order of Documents

1.   DV-2008 Selection Correspondence Letters to Enrique Romero Pintado

2.   Copy of Receipt Showing Payment of $375 DV Fee;

3.   G-28 Notice of Appearance

4.   I-485 Filing Fee Check of $1010

5.   Two Photos that Meet CIS Specifications

6.   I-485 Duly signed and dated

7.   G-325A Biographic form signed and dated

8.   Visa History Summary with all supporting documentation including valid passport, I-94 card and consular-endorsed Form I-129S and Blanket L Approval Notice

9.   Birth Certificate

10.  Marriage Certificate

11.  Evidence of attainment of H.S. degree or equivalent, including Master's Degree and Bachelor's Degree diplomas and transcriptions and high school diploma

12.  Medical exam

13.  Evidence of financial ability in form of employment letter, also confirming more than two years of experience that meets the DV-2008 criteria

# IMPORTANT NOTE TO CIS CONTRACTOR

UNDER THE APRIL VISA BULLETIN (ATTACHED), MR. ROMERO PINTADO'S DV-2008 LOTTERY NUMBER QUALIFIES HIM TO HAVE HIS ADJUSTMENT OF STATUS APPLICATION ACCEPTED NOW SINCE THE VISA BULLETIN SHOWS HIS EUROPEAN REGION NUMBER AS CURRENT FOR APRIL 2008.

MR. ROMERO PINTADO'S CUT-OFF NUMBER OF 19,567 IS CURRENT FOR APRIL 2008 PER THE ATTACHED EXCERPTS OF THE VISA BULLETIN, WHICH SHOWS THE APRIL NUMBER AS 20,625, SO YOUR OFFICE HAS JURISDICTION TO ACCEPT THIS APPLICATION.

Number 117
*Volume VIII*
*Washington, D.C.*

# VISA BULLETIN APRIL 2008

## A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **April**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by March **11th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

## FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent
Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal. The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5. On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is earlier than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|--------|------|------|------|------|------|
| 1st | 22FEB02 | 22FEB02 | 22FEB02 | 08JUL92 | 01MAR93 |
| 2A | 08MAY03 | 08MAY03 | 08MAY03 | 01MAY02 | 08MAY03 |
| 2B | 22MAR99 | 22MAR99 | 22MAR99 | 01APR92 | 01FEB97 |
| 3rd | 22MAY00 | 22MAY00 | 22MAY00 | 22JUL92 | 01APR91 |
| 4th | 22JUL97 | 15DEC96 | 22NOV96 | 01DEC94 | 22FEB86 |

**\*NOTE:** For April, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates earlier than 01MAY02. 2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01MAY02 and earlier than 08MAY03. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | Areas Except Those Listed | mainland born | INDIA | MEXICO | PINES |
|---|---|---|---|---|---|
| Employ-ment-Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01DEC03 | 01DEC03 | C | C |
| 3rd | 01JUL05 | 08FEB03 | 01OCT01 | 01OCT01 | 01JUL05 |
| Other Workers | 01MAR02 | 01MAR02 | 01MAR02 | 01MAR02 | 01MAR02 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

## B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This reduction has resulted in the DV-2008 annual limit being reduced to 50,000.** DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 21,500 | Except: Egypt: 17,900 Ethiopia: 14,150 Nigeria: 9,900 |
| ASIA | 9,100 | |
| EUROPE | 20,625 | |
| NORTH AMERICA (BAHAMAS) | 11 | |
| OCEANIA | 1,200 | |
| SOUTH AMERICA, and the CARIBBEAN | 1,425 | |

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2008 program ends as of September 30, 2008. DV visas may not be issued to DV-2008 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2008 principals are only entitled to derivative DV status until September 30, 2008. DV visa availability through the very end of FY-2008
cannot be taken for granted. Numbers could be exhausted prior to September 30.

C. ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN MAY

For **May**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|

| AFRICA | 26,700 | Ethiopia: 16,000 Nigeria: 11,600 |
|---|---|---|
| ASIA | 10,500 | |
| EUROPE | 23,500 | |
| NORTH AMERICA (BAHAMAS) | 12 | |
| OCEANIA | 1,400 | |
| SOUTH AMERICA, and the CARIBBEAN | 1,550 | |

**D.  INDIA EMPLOYMENT SECOND PREFERENCE VISA AVAILABILITY**

Section 202(a)(5) of the Immigration and Nationality Act provides that if total demand will be insufficient to use all available numbers in a particular Employment preference category in a calendar quarter, then the unused numbers may be made available without regard to the annual "per-country" limit.  It has been determined that based on the current level of demand being received, primarily by Citizenship and Immigration Services Offices, there would be otherwise unused numbers in the Employment Second preference category.  As a result, numbers have once again become available to the India Employment Second preference category.  The rate of number use in the Employment Second preference category will continue to be monitored, and it may be necessary to make adjustments should the level of demand increase substantially.

**E.  SI CATEGORY VISA AVAILABILITY FOR IRAQI AND AFGHANI TRANSLATORS**

The National Visa Center has already scheduled 485 Special Immigrant Translator cases for interview in FY-2008.  Of these, 332 SIVs have been issued to principal applicants and there are another 170 cases scheduled for March.  Given the number of cases scheduled, along with the 221(g) cases still pending, it is likely that the FY-2008 numerical limitation of 500 visas in this category will soon be reached.

**E. OBTAINING THE MONTHLY VISA BULLETIN**

The Department of State's Bureau of Consular Affairs offers the monthly "Visa Bulletin" on the INTERNET'S WORLDWIDE WEB. The INTERNET Web address to access the Bulletin is:

**http://travel.state.gov**

From the home page, select the VISA section which contains the Visa Bulletin.

To be **placed on** the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

Subscribe Visa-Bulletin *First name/Last name*
*(example: Subscribe Visa-Bulletin  Sally Doe)*

To be **removed from** the Department of State's E-mail
subscription list for the  "Visa Bulletin", send an e-mail message to
the following E-mail address:

**listserv@calist.state.gov**

and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message
with visa cut-off dates which can be heard at: (area code 202) 663-
1541. The recording is normally updated by the middle of each
month with information on cut-off dates for the following month.

Readers may submit questions regarding Visa Bulletin related
items by E-mail at the following address:

**VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO:March 11, 2008

April 25, 2007

|||||||||||||||||||||||||||||||||||||||||||||||||||||||

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

Dear ENRIQUE ROMERO:

Congratulations!  You are among those randomly selected and registered for further consideration in the DV-2008 diversity immigrant program for fiscal year 2008 (**October, 1, 2007 to September 30, 2008**). Selection does not guarantee that you will receive a visa because the number of applicants selected is greater than the number of visas available.  Please retain this letter and take it with you to your visa interview.

Approximately  100,000 individuals were registered for further processing.  However there are only between **50,000 &. 55,000** diversity visas available under the  **FISCAL YEAR 2008 DIVERSITY VISA PROGRAM.**  Therefore, it is most important that you carefully follow these instructions to increase your chances of possible visa issuance.

Please read and follow all the enclosed instructions very carefully.  **ALL FORMS AND CORRESPONDENCE** must be sent to the Kentucky Consular Center at the above address.  Please notify the Kentucky Consular Center of any change in address, addition or deletion of any family members, and any other information which you believe may effect your application.

**PLEASE COMPLETE AND RETURN FORMS 230 PART I, 230 PART II, AND DSP-122 FOR YOURSELF AND FORMS 230 PART I AND 230 PART II FOR ALL ACCOMPANYING FAMILY MEMBERS TO THE KENTUCKY CONSULAR CENTER. WRITE THE CASE NUMBER IN THE UPPER RIGHT HAND CORNER OF EACH FORM. PLEASE MAKE SURE ALL BLOCKS ARE COMPLETED.**

Please be advised that even though you send all of the above listed documents to the KCC, your case may not be scheduled for an interview appointment until a visa number is available.  You will only be contacted by the KCC when a visa appointment is scheduled.  Please do not call us to check when your case will be scheduled.

If it should be necessary to contact the Kentucky Consular Center by telephone **YOU MUST ALWAYS  REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW.**  Your case number should be clearly written in the upper right hand corner of ALL documents and correspondence sent to the Kentucky Consular Center.

| | |
|---|---|
| Case Number: | 2008EU00019567 |
| PA Name: | ROMERO, ENRIQUE |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | SPAIN |
| Post: | MADRID |

The Kentucky Consular Center telephone number is 606-526-7500
or send E-mail inquiry to KCCDV@state.gov

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

## 2008EU00019567



Please return this barcode sheet to facilitate the processing of your case
when you return the DSP 122 and DS230 (Parts I & II) to the
Kentucky Consular Center (KCC).



**DEPARTMENT OF STATE**
KENTUCKY CONSULAR CENTER (KCC)
*3505 North Highway 25W*
*Williamsburg, KY 40769*
*U.S.A.*

April 02, 2008



DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202

Dear ENRIQUE ROMERO:

Thank you for informing us of your intention to apply for adjustment of status with the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS), formerly the Immigration and Naturalization Service (INS). Please note that there are legal restrictions on who may qualify for adjustment in the U.S.; and while most adjustment applications are filed with USCIS, aliens in removal proceedings must file their adjustment applications with the Immigration Court. You must also be sure to follow the instructions on the attached sheet concerning payment of the Diversity processing fee. This fee must be paid prior to USCIS (or, if applicable, the immigration court) taking action on your adjustment application.

You MUST submit the Diversity Visa (DV) "Notification Letter" we sent you to the USCIS office nearest your place of residence in order to apply for adjustment of status. You may apply to USCIS for adjustment of status from October 1, 2007 until September 30, 2008. However, your status must be adjusted by September 30, 2008 as DV-2008 expires on that date.

If your spouse and/or children currently live outside the United States, they may be eligible to apply for an immigrant visa under the Diversity Visa program at the US embassy or consulate general. However, the embassy/consulate cannot process your family members applications until notification is received from the USCIS advising that you have adjusted status. For this reason it is important that you apply for adjustment of status AS SOON AS POSSIBLE. Please remember that your spouse and/or children must apply for and be issued immigrant visas while they are available and before the Diversity Visa program ends on September 30, 2008. They will not be eligible to be issued a visa under this program after that date.

When you apply to adjust status it is VERY IMPORTANT that you immediately tell the USCIS that you have family members living abroad who will apply for immigrant visa status at an embassy/consulate. You must request the USCIS to send information about your family, including their overseas address, to the appropriate embassy/consulate to enable processing of their visa applications. If you do not tell the USCIS about your family living overseas, and the consulate does not receive the information, they will not be processed for immigration to the United States under the Diversity Visa program.

If your spouse/children will not apply for visas under the DV program, you can file an immigrant visa petition (Form I-130) in the Family 2A category for them with the USCIS. You can only do this after you have obtained legal permanent resident status, whether through adjustment of status or admission to the U.S. with an immigrant visa. However, there is an extensive waiting list in the Family 2A category. You should expect a delay of several years before your spouse/children can receive immigrant visas under this category to join you in the U.S. Please consider the consequences of such a decision carefully.

**Please be advised that the Department of State Diversty Visa fee must be paid in full before case can be transferred to USCIS.**

Please do not contact the Kentucky Consular Center regarding your case or that of your family. The Kentucky Consular Center has now completed its processing of your case, any further inquiries should be addressed to the USCIS.

Case Number:                2008EU00019567
PA Name:                    ROMERO, ENRIQUE
Preference Category:        DV DIVERSITY
Foreign State Chargeability  SPN

APR - 7 2008

2CH 375.00
375.00?

Winners Name: _____ Enrique Romero Pintado _____

Amount enclosed _____ $750 _____ Payment for _____ 2 _____ persons

Address: _____ 1739 Independence Blvd., Apt. 202 _____

City: _____ Salinas _____ State: _____ CA _____ Zip Code: _____ 93906 _____

DV Program Case Number: _____ 2008EU00019567 _____

P A I D MAR 2 5 2008

APR - 5 2008

02/07

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

*Appearances* - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. *Availability of Records* - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | FORM I-485 (APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS). | Date: APR 1 9 2008 |
|---|---|---|
| | | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Enrique ROMERO PINTADO | ☐ Petitioner    ☒ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|
| 202 | 1739 Independence Blvd. | Salinas | CA | 93906 |

| Name: | ☐ Petitioner    ☐ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|
| | | | | |

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
<u>Ohio</u>        <u>Supreme</u>        and am not under a court or administrative agency
                                        *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Dinsmore & Shohl, LLP 255 E. 5th St., Ste 1900 Cincinnati, OH  45202 |
|---|---|
| NAME (Type or Print) Douglas Halpert, Esq. | TELEPHONE NUMBER (513) 977-8181        Fax:  (513) 977-8141 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
                                        Douglas Halpert, Esq.

                                        (Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
Register Permanent Residence or Adjust Status

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| Enrique ROMERO PINTADO | X | X 04/09/2008 |

(NOTE:  Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



DINSMORE & SHOHL, LLP
IMMIGRATION DEPARTMENT
1900 CHEMED CENTER, 255 EAST FIFTH STREET
CINCINNATI, OHIO 45202

Check Number
4598

Check Date
4/9/2008

Amount
*****$1,010.00

US BANK
CINCINNATI, OHIO

PAY One thousand ten and 00/100 Dollars

TO THE
ORDER OF    U.S. Department of Homeland Security

AUTHORIZED SIGNATURE

⑈004598⑈ ⑊042000013⑊ 130108124188⑈

OMB No. 1615-0023; Expires 09/30/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-485, Application to Register
Permanent Residence or Adjust Status**

| START HERE - Please type or print in black ink. | For USCIS Use Only |
|---|---|

## Part 1.  Information about you.

| | For USCIS Use Only |
|---|---|

Family Name: **ROMERO PINTADO**    Given Name: **Enrique**    Middle Name: **No Middle Name**

Address- C/O:

Street Number and Name: **1739 Independence Blvd.**    Apt. #: **202**

City: **Salinas**

State: **California**    Zip Code: **93906**

Date of Birth (mm/dd/yyyy): **▓▓▓1972**    Country of Birth: **Spain**

Country of Citizenship/Nationality: **Spain**

U.S. Social Security #: **▓▓▓9899**    A # (if any): **None Known**

Date of Last Arrival (mm/dd/yyyy): **01/15/2008**    I-94 #: **287577850 18**

Current USCIS Status: **L-1A**    Expires on (mm/dd/yyyy): **10/29/2009**

**For USCIS Use Only**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Applicant Interviewed

## Part 2.  Application type. *(Check one.)*

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described above in (e) and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the U.S. for one year after admission). If additional space is needed, use a separate piece of paper.
DV Diversity 2008 Case #2008EU00019567

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one.)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f) above.

**To be Completed by**
*Attorney or Representative,* if any
☒ Fill in box if G-28 is attached to represent the applicant.

VOLAG #

ATTY State License # **0064196**



Form I-485 (Rev. 07/30/07) Y

## Part 3.  Processing information.

| A.  City/Town/Village of Birth | Current Occupation |
|---|---|
| Valencia | IC Design Engineer |

| Your Mother's First Name | Your Father's First Name |
|---|---|
| Teresa | Enrique |

Give your name exactly as it appears on your Arrival/Departure Record (Form I-94)

Enrique Romero Pintado

| Place of Last Entry Into the United States (City/State) | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) |
|---|---|
| San Francisco, CA | |

| Were you inspected by a U.S. Immigration Officer?   ☒ Yes   ☐ No | L-1A |
|---|---|

| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
|---|---|
| 83756609 | Madrid |

Date Visa Was Issued
(mm/dd/yyyy)     10/30/2006     Gender: ☒ Male   ☐ Female     Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.?     ☒ No   ☐ Yes. If you checked "Yes," give date and place of filing and final disposition.

---

B.  List your present husband/wife, all of your sons and daughters (If you have none, write "none." If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| PEREZ SANCHEZ | Monica | No Middle Name | ▇▇/1974 |
| Country of Birth<br>Spain | Relationship<br>Spouse | A<br># None Known | Applying with you?<br>☒ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A<br># | Applying with you?<br>☐ Yes  ☐ No |

---

C.  List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership, from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper and refer to "What Are the General Filing Instructions? Initial Evidence" to determine what documentation to include with your application. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:

   a. espionage? ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or recission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

| Part 4. Signature. | *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)* |
|---|---|

**Your registration with U.S. Citizenship and Immigration Services.**

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested and removed from the United States."

**Selective Service Registration.**

**The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** "I understand that my filing this adjustment of status application with U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**Applicant's Certification**

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X | Enrique ROMERO PINTADO | X 04/07/2008 | (408) 382-3263 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

| Part 5. Signature of person preparing form, if other than above. (sign below) |
|---|

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date | Phone Number (Include Area Code) |
|---|---|---|---|
| | Douglas Halpert, Esq. | 4/4/2008 | (513) 977-8181 |

| Firm Name and Address | | E-Mail Address (if any) |
|---|---|---|
| Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | | |

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0008; Exp. 05/31/09

# G-325A, Biographic Information

| (Family Name) ROMERO PINTADO | (First Name) Enrique | (Middle Name) No Middle | ☒ Male ☐ Female | Birth Date (mm/dd/yyyy) ▓▓1972 | Citizenship/Nationality Spain | File Number ʌ None Known |
|---|---|---|---|---|---|---|

| All Other Names Used (Including names by previous marriages) None | City and Country of Birth Valencia  Spain | U.S. Social Security # (If any) ▓▓▓▓9899 |
|---|---|---|

| | Family Name | First Name | Date, City and Country of Birth (If known) | City and Country of Residence |
|---|---|---|---|---|
| Father | Romero Casino | Enrique | 06/11/1949, Valencia, Spain | Valencia, Spain |
| Mother (Maiden Name) | Pintado Marrades | Teresa | 05/25/1951, Valencia, Spain | Valencia, Spain |

| Husband or Wife (If none, so state) | Family Name (For wife, give maiden name) | First Name | Birth Date (mm/dd/yyyy) | City and Country of Birth | Date of Marriage | Place of Marriage |
|---|---|---|---|---|---|---|
| Spouse | Perez Sanchez | Monica | 04/19/1974 | Valencia, Spain | 02/27/2008 | California, USA |

| Former Husbands or Wives (If none, so state) Family Name (For wife, give maiden name) | First Name | Birth Date (mm/dd/yyyy) | Date and Place of Marriage | Date and Place of Termination of Marriage |
|---|---|---|---|---|
| None | | | | |

Applicant's residence last five years. List present address first.

| Street and Number | City | Province or State | | Country | From Month | Year | To Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1739 Independence Blvd.  202 | Salinas | CA | 93906 | USA | Nov | 2006 | Present Time | |
| Dolores Marques 41-9 | Valencia | Valencia | | Spain | Jul | 2006 | Nov | 2006 |
| Padre Urbano, 14 | Valencia | Valencia | | Spain | Apr | 2005 | Jul | 2006 |
| 34 Celia Row | Limerick | Limerick | | Ireland | Sep | 2000 | Apr | 2005 |

Applicant's last address outside the United States of more than one year.

| Street and Number | City | Province or State | Country | From Month | Year | To Month | Year |
|---|---|---|---|---|---|---|---|
| Padre Urbano, 14 | Valencia | Valencia | Spain | Apr | 2005 | Jul | 2006 |

Applicant's employment last five years. (If none, so state.) List present employment first.

| Full Name and Address of Employer | Occupation (Specify) | From Month | Year | To Month | Year |
|---|---|---|---|---|---|
| Analog Devices, Inc., 3550 North First Street, San Jose, CA, 95134, USA | IC Design Engineer | Nov | 2006 | Present Time | |
| Analog Devices S.L., Camino de Vera, Valencia, Spain | IC Design Engineer | Apr | 2005 | Nov | 2006 |
| Analog Devices B.V., Raheen Industrial Estate, Limerick, Ireland | IC Design Engineer | Sep | 2000 | Apr | 2005 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

Shown above

| This form is submitted in connection with an application for: ☐ Naturalization  ☐ Other (Specify) ☒ Status as Permanent Resident | Signature of Applicant X | Date X 04/07/2008 |
|---|---|---|

Submit all copies of this form.    If your native alphabet is in other than Roman letters, write your name in your native alphabet below:

Penalties: Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact.

**Applicant:** Be sure to put your name and Alien Registration Number in the box outlined by heavy border below.

| Complete This Box (Family Name) ROMERO PINTADO | (Given Name) Enrique | (Middle Name) No Middle Name | (Alien Registration Number) None Known |
|---|---|---|---|



OMB No. 1651-0111

Departure Number

2875778 50.18

I-94
Departure Record

14. Family Name
ROMERO

15. First (Given) Name

17. Country of Citizenship
SPAIN

16. Birth Date (Day/Mo/Yr)

ADMITTED
JAN 15 2008
SFR
1970
28

CBP Form I-94 (10/04)

STAPLE HERE

See Other Side

Warning – A nonimmigrant who accepts unauthorized employment is subject to deportation.

Important – Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from Department of Homeland Security authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:

- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes



Port:

Date:

Carrier:

Flight #/Ship Name:

Departure Record

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0010; Expires 12/31/06

I-129S, Nonimmigrant Petition
Based on Blanket L Petition

START HERE - Please type or print in black ink.

## Part 1.  Information about employer.

Sponsoring Company or Organization's Name

ANALOG DEVICES INC.

Address - ATTN:

Nancy A McSweeney

| Street Number and Name | Room/Suite # |
|---|---|
| 804 Woburn Street, MS 423 | |

| City or Town | State or Province | Country | Zip/Postal Code |
|---|---|---|---|
| Wilmington | MA | USA | 01887-3494 |

## Part 2.  Information about employment.

This alien will be a:

a. ☒  Manager/Executive

b. ☐  Specialized knowledge professional

Blanket petition approval number:

EAC-07-007-51035

## Part 3.  Information about employee.

| Family Name | Given Name | Middle Name |
|---|---|---|
| ROMERO PINTADO | Enrique | |

| Foreign Address:  Street Number and Name | Room/Suite # |
|---|---|
| Dolores Marques 41-9 | |

| City or Town | State or Province | Country | Zip/Postal Code |
|---|---|---|---|
| Valencia | Valencia | Spain | 46020 |

| Date of Birth (mm/dd/yyyy) | Country of Birth | Country of Citizenship/Nationality |
|---|---|---|
| ▆▆/1972 | Spain | Spain |

## Part 4.  Additional information about the employment.

| Address:  Street Number and Name | Room/Suite # |
|---|---|
| 3550 North First Street | |

| City or Town | State or Province |
|---|---|
| San Jose | CA |

| Country | Zip/Postal Code |
|---|---|
| USA | 95134 |

**For USCIS Use Only**

Returned | Receipt

Date

Date

Resubmitted

Date

Date

Reloc Sent

Date

Date

Reloc Sent

Date

Date

☐ Petitioner
Interviewed
on

☐ Beneficiary
Interviewed
on

Approved as:

☐ Manager/executive

☐ Specialized knowledge

on

Validity Dates:
From  30 Oct 06
To    29 Oct 09

Denied (Give reason)

Action Block

MARK T. Marrare
Consul
United States of America

To Be Completed by
Attorney or Representative, if any.

☒ Fill in box if G-28 is attached to represent the
petition.

ATTY State License #
0051280

Form I-129S (Rev. 10/26/05)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

EXHIBIT 1

| RECEIPT NUMBER<br>EAC-07-007-51035 | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE<br>October 11, 2006 | PRIORITY DATE | PETITIONER<br>ANALOG DEVICES INC |
| NOTICE DATE<br>October 18, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>BLANKET PETITION |

GREGORY P. ADAMS
DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI OH 45202

Notice Type:  Approval Notice
Blanket petition
Valid from 10/13/2006
Petition Valid Indefinitely

The above blanket petition is approved.  Petition approval does not authorize the employment of any specific employee.
When a worker is granted "L" nonimmigrant status on this petition, he or she can work for the petitioner, but only
as detailed in the individual Form I-129 or I-129S petition for the period authorized.

To include an individual employee as an intra-company transferee, the particular U.S. entity that wishes to employ the
foreign worker should follow the instruction below that best fits the employee's situation.

If the employee is *outside* the U.S. and *requires a visa*, the U.S. entity that wishes to employ the foreign worker must
complete Form I-129S, Nonimmigrant Petition based on Blanket L Petition.  The employee must present the I-129S to an
American consulate or embassy as part of an L-1 visa application.

If the employee is *outside* the U.S. and is *visa exempt*, the U.S. entity that wishes to employ the foreign worker must
complete Form I-129S, Nonimmigrant Petition based on Blanket L Petition.  If the employee is eligible under the
U.S.-Canada Free Trade Agreement, the employee may present the I-129S directly at a U.S. port of entry as part of an
application for admission in L-1 status.  Otherwise, the U.S. entity should file the I-129S at the appropriate Service
Center.

If the employee is *in the U.S.* in other than L-1 status and wishes to change status to L-1, the U.S. entity wishing to
employ the foreign worker must complete a Form I-129, Petition for a Nonimmigrant Worker, and file it at the appropriate
Service Center which processed the original blanket petition to request a change to L-1 status for the worker.  These
same requirements apply to a request for extension of stay on behalf of an employee who is currently in valid L-1
status.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien
beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA

OCT 20 2006

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



# EVIDENCE OF IMMIGRATION HISTORY

[IN REVERSE CHRONOLOGICAL ORDER]

## Enrique Romero Pintado

## DPOB: ▓▓▓/1072; Spain

- Copy of I-94 card showing my recent entry into the United States on 01/15/2008 in L-1A status valid to 10/29/2009.

- Copy of the United States immigration admission stamp on page 10 of my passport showing my most recent entry into the United States in L-1A classification on 01/15/2008.

- Copy of L-1A visa issued by the United States Embassy in Madrid on 10/30/2006 valid to 10/29/2009 on page 11 of my passport.

- Copy of United States consular-endorsed I-129S *Nonimmigrant Petition Based on Blanket L Petition* that was presented on behalf of my employer, Analog Devices, Inc., valid from 10/30/2006 to 10/29/2010.

- Copy of I-797 L-1 *Blanket* Approval Notice issued to Analog Devices, Inc., valid indefinitely from 10/13/2006.

- Copy of my passport.

X _____
ENRIQUE ROMERO PINTADO

X    04/07/2008
Date

1469632v1 2



# L Classification Supplement to Form I-129

# ANALOG DEVICES, INC.

*Section 2.  Complete this section if filing a blanket petition*
List all U.S. and foreign parent, branches, subsidiaries, and affiliates included in this petition

| Foreign Subsidiary Name | State or Jurisdiction of Organization |
|---|---|
| Analog Devices Australia Pty. Ltd. | Australia |
| Analog Devices Pty, Ltd. | Australia |
| Analog Devices, GMBH | Austria |
| Analog Devices Canada, Ltd. | Canada |
| Analog Devices (China) Co. Ltd. | China |
| Analog Devices (Shanghai) Co., Ltd. | China |
| Analog Devices ApS | Denmark |
| AudioAsics A/S | Denmark |
| Analog Devices, SAS | France |
| Analog Devices, GmbH | Germany |
| Analog Devices Hong Kong, Ltd. | Hong Kong |
| Analog Devices India Private Limited | India |
| ChipLogic India Private Limited | India |
| Analog Devices International Financial Services Limited | Ireland |
| Analog Research & Development Ltd. | Ireland |
| Analog Devices Ireland, Ltd. | Ireland |
| Analog Nominees Limited | Ireland |
| Analyzed Investments, Ltd. | Ireland |
| Analog Development (Israel) 1996 Ltd. | Israel |
| Analog Devices Israel, Ltd. | Israel |
| Analog Devices SRL | Italy |
| Analog Devices, K.K. | Japan |
| Analog Devices Korea, Ltd. | Korea |
| Integrant Technologies, Inc. | Korea |
| Analog Devices, B.V. | The Netherlands |
| Analog Devices Holdings, B.V. | The Netherlands |
| Analog Devices Nederland, B.V. | The Netherlands |
| Analog Devices (Philippines), Inc. | The Philippines |
| Analog Devices Gen. Trias, Inc. | The Philippines |
| Analog Devices S.L. | Spain |
| Analog Devices A.B. | Sweden |
| Analog Devices Taiwan, Ltd. | Taiwan |
| Analog Devices Limited | United Kingdom |
| Analog Devices Micromachines Limited | United Kingdom |
| Analog Devices IMI, Inc. | California |
| Analog Devices ChipLogic, Inc. | California |
| Staccato Systems, Inc. | California |
| Analog Devices Foundry Services, Inc. | Delaware |
| Analog Devices Asian Sales, Inc. | Delaware |
| ADI Micromachines, Inc. | Delaware |
| Analog Devices International, Inc. | Massachusetts |

1102968v1.15







UNIÓN EUROPEA
Europäische Union
Den Europæiske Union
Union Européenne
Ευρωπαϊκή Ένωση
European Union
An tAontas Eorpach
Unione Europea
Europese Unie
União Europeia
Euroopan Unioni
Europeiska Unionen

ESPAÑA
Spanien
Spanien
Espagne
Ισπανία
Spain
An Spáinn
Spagna
Spanje
Espanha
Espanja
Spanien

PASAPORTE
Reisepass · Pas · Passeport
Διαβατήριο · Passport · Pas
Pasaporto · Paspoort · Passaporte
Pass · Pass

4

## RECOMENDACIONES

El pasaporte será individual. Para obtenerlo, el solicitante habrá de estar en posesión del Documento Nacional de Identidad en vigor o el caducado acompañado del resguardo acreditativo de haber solicitado la renovación. Los menores de catorce años, que carezcan de este documento, podrán obtener el pasaporte con el D.N.I. de su padre, madre o tutor, pero perderá su validez al cumplir el menor los catorce años, sin que, en ningún caso, la vigencia sea superior a cinco años.

El pasaporte tendrá una validez improrrogable de cinco años, cuando el solicitante tenga menos de treinta años en la fecha de su expedición y de diez años, cuando, en dicha fecha, haya cumplido la citada edad. Para los menores de cinco años, la validez del pasaporte se limitará a dos años.

Utilizadas las hojas del pasaporte, será reemplazado por otro, estando prohibida la adición de hojas sueltas al mismo.

Será anulado todo pasaporte que presente alteraciones o enmiendas que esté falto de hojas o cubierta o que contenga escritos o anotaciones indebidas o defectos que dificulten la completa identificación.

La validez del nuevo pasaporte que se obtenga en estos casos, no expederirá la de que tuviese el reemplazado o anulado.

La pérdida o sustracción del pasaporte deberá ser comunicada inmediatamente por su titular en la Dependencia policial o consular más próxima. En estos casos la validez del primer duplicado estará limitada a la vigencia del anterior. En los supuestos de posteriores extravíos o sustracciones, la validez de los siguientes duplicados podrá limitarse a tres meses.

Los españoles que residan habitualmente en el extranjero y los que trasladen allí su residencia habitual, deberán inscribirse como residentes en el Registro de Matrícula de la Oficina Consular o Misión Diplomática correspondiente. Los españoles que se hallen en el extranjero con carácter temporal, pueden inscribirse como no residentes para facilitar su localización y el ejercicio de la asistencia y de la protección consulares.

5

1. Apellidos / Name / Efternavn / Nom / Enavnque / Surname / Sname / Cognome / Naam / Apelido / Sukumini / Efternamn /
2. Nombre / Vornamen / Fornavne / Prénoms / 'Ovoµar / Given names / Forenamet / Fornamn /
3. Fecha de nacimiento / Geburtsdatum / Fødselsdato / Date de naissance / Ηµεροµηνια γεννησης / Date of birth / Data di nascita / Data di nascita / Geboortedatum / Data de nascimento / Syntymäaika / Födelsedatum /
4. Lugar de nacimiento / Geburtsort / Fødested / Lieu de naissance / Τόπος γεννήσεως / Place of birth / Ατ birthite / Luogo di nascita / Geboorteplaats / Lugar de nascimento / Syntymäpaikka / Födelseort /
5. Sexo / Geschlecht / Køn / Sexe / φύλο / Sex / Gnar / Sesso / Geslacht / Sexo / Sukupuoli / Kön /
6. Nacionalidad / Staatsangehörigkeit / Nationalitet / Nationalité / Iθαγενεια / Nationality / Nationalità / Cittadinanza / Nationaliteit / Nacionalidade / Kansalaisuus / Nationalitet /
7. Número de identificación / Persönliche Identifizierungsnummer / Personnummer / Identifiant personnel / Προσωπικός αριθμός αναγνωρίσεως / Personal Identifying Number / Number di identificazione personale / Persoonsnummer / Número de identificação pessoal / Henkilötunnus / Personnummer /
8. Oficina expedidora / Ausstellende Behörde / Udstedende myndighed / Administration ayant délivré le document / Υπηρεσία εκδόσεως / Issuing Office / Udaras / Ufficio emittente / Instantie / Entidade emissora / Myöntävä viranomainen / Utfärdande myndighet /
9. Fecha de expedición / Ausstellungsdatum / Udstedelsesdato / Date de délivrance / Ηµεροµηνια εκδόσεως / Date of issue / Data rilascio / Data di rilascio / Datum van afgifte / Data di emissão / Myöntetty / Utfärdat /
10. Fecha de caducidad / Gültig bis / Cyldigt indtil / Date d'expiration / Λήξη ισχύος / Date of expiry / As léidhim / Data di scadenza / De geldigheidsduur van dit paspoort eindigt op / Este pasaporte é válido até / Viimeinen voimassaolopäivä / Sista giltighetsdag /
11. Firma del titular / Unterschrift des Passinhabers / Indehavens underskrift / Signature du titulaire / Υπογραφη του κατόχου / Holder's signature / Sínló an tseabhura / Firma del titolare / Handtekening van de houder / Assinatura do titular / Haltijan nimikirjoitus / Innehavarens namnteckning















18 VISADOS
VISAS

VISADOS 19
VISAS



20 VISADOS
VISAS

VISADOS 21
VISAS



22  VISADOS
    VISAS

VISADOS  23
VISAS



26  VISADOS
    VISAS

VISADOS  27
VISAS







32

Este passaporte contiene 32 páginas
Dieser Pass enthält af 32 Seiten
Dette pas bestar af 32 sider
Ce passeport contient 32 pages
To diabatirio autó periéxei 32 selídes
This passport contains 32 pages
Tá 32 leathanaí sa phas seo.
Il presente passaporto contiene 32 pagina
Dit passport bevat 32 bladzijden
Este passaporte contém 32 páginas
Tämä passi sisältää 32 sivua
Passet innehåller 32 sidor

El Estado español se reserva
la propiedad de este pasaporte, sin perjuicio
de los derechos de su titular y en consecuencia
recomienda a éste la máxima diligencia en su
custodia y utilización y ruega a cualquier Autoridad u
otra persona su entrega a las Autoridades españolas
en caso de extravío o uso indebido

This passport remains the property of the Spanish
Government notwithstanding the rights of the
holder. Consequently, the holder is required to
exercise the utmost care in the safekeeping and
utilization of this passport. Any Authority or person
who finds this passport either misused or mislaid is
hereby requested to hand it in to the Spanish
Authorities

L'Etat espagnol se réserve la propriété de ce
passeport, sans préjudice des droits de son titulaire,
recommande pour autant à ce dernier de le
conserver et de l'utiliser avec le plus grand soin et
prie toute autorité ou personne de le remettre aux
autorités espagnoles en cas de perte ou de mésusage

TOMO: 00039-P        PÁGINA: 91

N.º 1724498

FÓRMULA A

| 1 | **ESTADO:** ÉTAT: | ESPAÑA | 2 | **REGISTRO CIVIL DE** SERVICE DE L'ÉTAT CIVIL DE | VALENCIA |

| 3 | **CERTIFICACIÓN DEL ACTA DE NACIMIENTO N.º** EXTRAIT DE L'ACTE DE NAISSANCE N.º | .................... |

| 4 | **FECHA Y LUGAR DE NACIMIENTO** DATE ET LIEU DE NAISSANCE | Jo | Mo | An 1 9 7 2 | VALENCIA, VALENCIA |

| 5 | **APELLIDOS** NOM | ROMERO PINTADO |

| 6 | **NOMBRE PROPIO** PRÉNOMS | ENRIQUE |

| 7 | **SEXO** SEXE  M | 8 | **PADRE** PÈRE | 9 | **MADRE** MÈRE |

| 5 | **APELLIDOS** NOM | ROMERO CASINO | PINTADO MARRADES |

| 6 | **NOMBRE PROPIO** PRÉNOMS | ENRIQUE | MARIA TERESA |

| 10 | **OTROS DATOS DEL ACTA** AUTRES ÉNONCIATIONS DE L'ACTE |

-------------------------

| 11 | **FECHA DE EXPEDICIÓN, FIRMA Y SELLO** DATE DE DÉLIVRANCE, SIGNATURE, SCEAU | Jo 1 4 | Mo 0 9 | An 2 0 0 6 | REGISTRO CIVIL ÚNICO DE VALENCIA |

ROSA-MARÍA FRANCH PASTOR

SÍMBOLOS / SYMBOLES / ZEICHEN / SYMBOLS / ΣΥΜΒΟΛΑ / SIMBOLI / SYMBOLEN / SIMBOLOS / ISARETLER / SIMBOLI

— Jo: Día / Jour / Tag / Day / Ημέρα / Giorno / Dag / Dia / Gün / Dan
— Mo: Mes / Mois / Monat / Month / Μην / Mese / Maand / Més / Ay / Mesec
— An: Año / Année / Jahr / Year / Έτος / Anno / Jaar / Ano / Yil / Godina
— M: Masculino / Masculin / Mannlich / Ἄρρεν / Maschile / Mannelijk / Masculino / Erkek / Muški
— F: Femenino / Féminin / Weiblich / Feminine / Θηλυ / Femminile / Vrouwelijk / Femenino / Kadin Ženski
— Mar: Matrimonio / Mariage / Eheschließung / Marriage / Γάος / Matrimonio / Huwelijk / Casamento / Evlenme / Zakljućenje braka
— Sc: Separación personal / Séparation de corps / Trennung von Tisch und Bett / Legal separation / Χωρισμος απο τραπεζης και κοιτης / Separacione personale / Scheiding van tafel en bed / Separação de pessoas e bens / Ayrilik / Fizička rastava
— Div: Divorcio / Divorce / Scheidung / Divorce / Διαζυγιον / Divorzio / Echtscheiding / Divórcio / Bosanna / Razvod
— A: Anulación / Annulation / Nichtigerklärung / Annulment / Ἀκυρωσις / Annullamento / Nietigverklaring / Anulação / Iptal / Poništenje
— D: Defunción / Décès / Tod / Death / Θανατος / Morte / Overlijden / Óbito / Ölumu / Smrt
— Dm: Defunción del marido / Décès du mari / Tod des Ehemanns / Death of the husband / Θανατος του συζυγου / Morte del marito / Overlijden van de man / Óbito do marido / Kocanin ölümü / Smrt muža
— Df: Defunción de la mujer / Décès de la femme / Tod der Ehefrau / Death of the wife / Θανατος της συζυγου / Morte della moglie / Overlijden van de vrouw / Óbito da mulher / Karinin ölümü / Smrt žene

CERTIFICACIÓN EXPEDIDA EN APLICACIÓN DEL CONVENIO FIRMADO EN VIENA EL 8 DE SEPTIEMBRE DE 1976
EXTRAIT DÉLIVRÉ EN APPLICATION DE LA CONVENTION SIGNÉE À VIENNE LE 8 SEPTEMBRE 1976
AUSZUG AUSGESTELLT GEMÄß DEM ÜBEREINKOMMEN VON WIEN VOM 8 SEPTEMBER 1976
EXTRACT ISSUED IN PURSUANCE OF THE CONVENTION SIGNED AT VIENNA ON SEPTEMBER 8, 1976
ΑΠΟΣΠΑΣΜΑ ΧΟΡΗΓΟΥΜΕΝΟΝ ΚΑΤ' ΕΦΑΡΜΟΓΗΝ ΤΗΣ ΕΓΜΒΑΣΕΩΣ ΤΗΣ ΒΙΕΝΝΗΣ ΤΗΣ 8 ΣΕΠΤΕΜΒΡΙΟΥ 1976
ESTRATTO RILASCIATO IN APPLICAZIONE DELLA CONVENZIONE FIRMATA A VIENNA IL 8 SETTEMBRE 1976
UITTREKSEL AFGEGEVEN INGEVOLGE DE OVEREENKOMST ONDERTEKEND TE WENEN OP 8 SEPTEMBER 1976
CERTIDÃO EMITIDA AO ABRIGO DA CONVENÇÃO ASSINADA EM VIENA AOS 8 DE SETEMBRO DE 1976
VIYANADA 8 EYLÜL 1976 TARIHINDE IMZALANAN SÖZLESME UGARINCA VERILEM ÖRNEK
IZVOD IZDAT NA OSNOVU PRIMJENE KONVENCIJE POTPISANE U BEČU 8 SEPTEMBRA 1976

| | |
|---|---|
| 1 | Staat / Country / Κρατος / Stato / Staat / Estado / Devlet / Država |
| 2 | Standesamtbehorde / Civil Registry Office of / 'Ληξιαρχικη Αρξητού (ή τῆς η τών) / Servizio dello stato civile / Dienst van de burgerlijke sand van / Serviços do registo civil de / Nufus Idaresi / Matična služba |
| 3 | Auszug aus dem Geburtseintrag Nr. / Extract from birth registration no. / 'Αποσπασμα ληξιαρχικής πραξεως γεννησεως αριθ / Estratto dell'atto di nascita n. / Uittreksel uit de geboorteakte nr, / Certidão do assento de nascimento n.° / Doğum sicilli orneği No. / Izvod iz matične knjige rodjenih br. |
| 4 | Tag und Ort der Geburt / Date and place of birth / Χρονολογια χαι τόπος γεννησεω / Data e luogo di nascita / Geboortedatum en plaats  Data e lugar do nascimento / Doğum yeri ve tarihi / Datum i mjesto rodjenja |
| 5 | Name / Name / 'Επωνυμον / Cognome / Naam / Apelidos / Soyadi / Prezime |
| 6 | Vornamen / Forenames / 'Ονοματα / Prenomi / Voornamen / Nome próprio / Adi / Ime |
| 7 | Geschlecht / Sex / Φυλον / Sesso / Geslacht / Sexo / Cinsiyeti / Pol |
| 8 | Vater / Father / Πατηρ / Padre / Vader / Pai / Baba / Otac |
| 9 | Mutter / Mother / Μητηρ / Madre / Moeder / Mãe / Ana / Majka |
| 10 | Andere Angaben aus dem Eintrag / Other particulars of the registration / "Ετερα εγγραφαι τῆς πραξεως / Altre enunciazioni dell'atto / Andere vermeldingen van de akte / Outros elementos do assento / Işleme ait diğer bilgiler / primjedbe i ispravke |
| 11 | Tag der Ausstellung, Unterschrift, Siegel / Date of issue, signature, seal / Χρονολογια εκδοσεως, υπογραφη, σφραγις / Data di rilascio, firma, bollo / Datum van afgifte, handtekening, zegel / Data de emissão, assinatura, selo / Veriliş tarihi, imza, muhur / Datum izdavanja, potpis, zig |

Según los articulos 3, 4, 5 y 7 del presente Convenio:
— Las certificaciones se escribirán en caracteres latinos de imprenta, podrán, además, escribirse en los caracteres del idioma que ya haya sido utilizado para la redacción del acta a que se refieren.
— Las fechas se escribirán en cifras arábigas que indiquen sucesivamente, bajo los símbolos Jo, Mo y An, el día, mes y año. El día y el mes se indicarán con dos cifras y el año con cuatro cifras. Los nueve primeros días del mes y los nueve primeros meses del año se indicarán mediante cifras que vayan del 01 al 09.
— El nombre de toda localidad irá seguido del nombre del Estado en que dicha localidad esté situada, cuando ese Estado no sea el mismo en que se haya expedido la certificación de extracto.
— Los símbolos MAR, SC, DIV, A, D, DM y DF irán seguidos de la fecha y localidad del hecho. El símbolo MAR irá seguido, además, de los apellidos y nombre del cónyuge.
— Si el original del acta no permite rellenar una casilla o una parte de la casilla, éstas se inutilizarán con rayas.
— La adición de otras casillas o símbolos estará sometida al acuerdo previo de la Comisión Internacional del Estado Civil.

CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### SAN JOSE, CALIFORNIA

## LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE — MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS — USE DARK INK ONLY

4200843 000753

STATE FILE NUMBER · LOCAL REGISTRATION NUMBER

**GROOM'S PERSONAL DATA**

1A. NAME OF GROOM — FIRST: ENRIQUE
1C. LAST NAME: ROMERO PINTADO
2. DATE OF BIRTH: /1972  3. STATE/COUNTRY OF BIRTH: SPAIN
7. RESIDENCE: 1739 INDEPENDENCE BLVD. #202 — SALINAS — CA — 93906
9A. FULL BIRTH NAME OF FATHER/PARENT: ENRIQUE ROMERO CASTRO — SPAIN
9C. FULL BIRTH NAME OF MOTHER/PARENT: TERESA PINTADO KARRADES — SPAIN

**BRIDE'S PERSONAL DATA**

10A. NAME OF BRIDE — FIRST: MONICA
10C. CURRENT LAST: PEREZ SANCHEZ
11. DATE OF BIRTH: 04/19/1973 — STATE/COUNTRY OF BIRTH: SPAIN
17. RESIDENCE: 1739 INDEPENDENCE BLVD. #202 — SALINAS — CA — 93906
18A. FULL BIRTH NAME OF FATHER/PARENT: JOSE PEREZ CORTES — SPAIN
18C. FULL BIRTH NAME OF MOTHER/PARENT: ISABEL SANCHEZ GALEAN — SPAIN

**LICENSE TO MARRY**

20A. DATE LICENSE ISSUED: 02/11/2008    20C. DATE LICENSE EXPIRES: 05/11/2008    REGINA ALCOMENDRAS
21B. MARRIAGE LICENSE NUMBER: 00714    21C. COUNTY OF ISSUE: SANTA CLARA
RETURN COMPLETED MARRIAGE LICENSE TO ISSUING COUNTY: 70 W. HEDDING ST., SAN JOSE, CA. 95110

**WITNESSES**

NAME OF PERSON WITNESSING MARRIAGE: JAVIER SANCHEZ NIETO — SAN FRANCISCO CA 94118
NAME OF PERSON WITNESSING MARRIAGE: FRAN ELSKES — San Francisco, CA 94118

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

DATE OF MARRIAGE: 02/27/2008 — SAN FRANCISCO
NAME OF PERSON SOLEMNIZING MARRIAGE: JOANNA MCCLURE
OFFICIAL TITLE: DEPUTY MARRIAGE COMMISSIONER
ADDRESS: S.F. CITY HALL, ROOM 168, SAN FRANCISCO, CA 94102
COUNTY OF MARRIAGE: SAN FRANCISCO

**LOCAL REGISTRAR**

NAME OF LOCAL REGISTRAR: REGINA ALCOMENDRAS
DATE ACCEPTED FOR REGISTRATION: MAR 0 6 2008

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

---

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA }
COUNTY OF SANTA CLARA } SS

I, Regina Alcomendras, Santa Clara County Clerk-Recorder, do hereby certify that this is a true and exact reproduction of the document officially registered in my office

Witness my hand and official seal this ___12th___ day

of ___March___, 20_08_

By _____

REGINA ALCOMENDRAS, COUNTY CLERK-RECORDER

Deputy

This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder




*R011042 64*

# *Park Evaluations & Translations*

**ACADEMIC EVALUATION**                        October 18, 2006

**Name:**                **ROMERO PINTADO, ENRIQUE**

Institution:          Universidad Politecnica de Valencia
Degree:               Diplomado
Date of Award:        June, 1996

Country:              Spain

Institution:          Universidad Politecnica de Valencia
Degree:               Licenciado
Date of Award:        July, 1998

Country:              Spain

Academic Equivalent in the United States:

DEGREE:               **MASTER OF SCIENCE IN COMPUTER SCIENCE**

Graduation from high school and competitive entrance examinations are required for admission and enrollment in Universidad Politecnica de Valencia; Universidad Politecnica de Valencia is an accredited institution of higher learning in Spain. Following his enrollment in the University, Mr. Romero Pintado completed academic coursework, and in June, 1996, he completed examinations and was awarded a Diplomado degree. The diploma demonstrates that Mr. Romero Pintado completed his course of studies at Universidad Politecnica de Valencia.

Mr. Romero Pintado completed coursework in general studies and in his area of concentration, Computer Science, which leads to a degree from the University. A general studies curriculum includes coursework in English, mathematics, the sciences, and the social sciences, which are requisite components of a university degree from an institution of higher education in the United States. Additionally, Mr. Romero Pintado completed specialized courses in his area of study, Computer Science, including courses in Digital Systems, Computer Architecture, Process Control, Peripherals and Interfaces, and other related areas. The courses completed and the number of credit hours earned indicate that Mr. Romero Pintado satisfied requirements equivalent to those required for the completion of three years of academic studies leading to a university degree from an accredited institution of higher education in the United States.

Thereafter, Mr. Romero Pintado enrolled in the Master's program at Universidad Politecnica de Valencia. Enrollment in the Master's program is based on the completion of university-level studies, and competitive entrance examinations. Mr. Romero Pintado completed his studies in July, 1998 and he received a Licenciado degree having completed the required coursework and practical study, and having passed the required examinations for candidates for the degree. Additionally, Mr. Romero Pintado completed courses in his area of concentration, Computer Science, including courses in Theory of Computer Science, Computer Networks, Compilers, Design of Operation Systems, Software Engineering, Reliability and Fault Tolerance Systems, Computer Design and Modeling, Real Time Systems and Process Control, and related areas. The diploma is evidence that he completed his two year course of studies in the Master's program.

On the basis of the credibility of Universidad Politecnica de Valencia, the number of years of coursework, the nature of the coursework, the grades earned in the coursework, and the hours of academic coursework, it is the judgment of Park Evaluations that Enrique Romero Pintado has attained the equivalent of a Master of Science degree in Computer Science, from an accredited institution of higher education in the United States.

This evaluation relies upon copies of the original documents provided by Mr. Romero Pintado and represented by Mr. Romero Pintado to be authentic and true copies of those documents. There are no apparent grounds for us to disbelieve the authenticity of the documentation presented to Park Evaluations on behalf of Mr. Romero Pintado. We represent the foregoing to be an accurate and correct evaluation to the best of our knowledge and belief, pursuant to requirements of the Bureau of United States Citizenship and Immigration Services of the United States Department of Homeland Security.

Park Evaluations evaluates academic and experiential credentials and specializes in the evaluation of foreign educational credentials.

The foregoing evaluation of Enrique Romero Pintado has been certified by me. Because of the positions I hold at William Paterson University, I have the authority to evaluate whether the school is to grant college-level credit for academic training, and/or courses at other U.S. or international universities.

*David Miller*

David Miller

Dr. David Miller, B.A. Columbia College, Ph.D. NYU, Professor of Mathematics, William Paterson University, Former Department Chair of Mathematics, William Paterson University, Senior Evaluator, Park Evaluations, Member, American Association of College Registrars and Admissions Officers (NY/NJ AACRAO); Member, NAFSA: Association of International Educators.

*For detailed statement of evaluators qualifications, see attached resume.*

(19512)

Juan Carlos I, King of Spain
and in his name, the
Principal of the Polytechnic University
of Valencia

Considering that, according to the spanish current legislation and curriculum requirements,

## Mr. Enrique Romero Pintado

born ████████ 1972 in Valencia,
county of Valencia, with spanish nationality,
has completed the corresponding university studies, organized by the
FACULTY OF COMPUTER SCIENCE
that confirms with the studies plan approved by the Ministery of Science and Education,
it is issued the

## OFFICIAL UNIVERSITY DEGREE
## M.Sc. in COMPUTER SCIENCE

Valid in all national territory, that entitles Mr Enrique Romero Pintado
to all the rights that this degree grants according to the current legal defined criterias.

Given in Valencia, 23rd July 1998

(signed: Enrique Romero)          (signed: the principal)          (signed: the head of service)


*(side 2 of diploma)*

Reverse of the official university degree of M.Sc. in COMPUTER SCIENCE specialty Physical Systems/Electronics, according to BOE (state official bulletin) of 07/04/84. Issued 23rd July 1998 to Mr. Enrique Romero Pintado that passed in May 1998 the above mentioned studies with a qualification of Notable.


In Valencia, 2nd February 1999

(signed: the head of service)

## CERTIFICATION OF TRANSLATION

I, Joseph Wayne Palmer, certify that I am fluent (conversant) in the English and the Spanish languages, and that the attached document is a complete and accurate translation of the document attached entitled _deSree certificate_

Date: Oct 13, 2006

Signature: _Joshua Palmer_

Name: _Joseph W. Palmer_

Address: _el camp de Morvedre 20A_
_Puzol, Valencia Spain 46530_

0004616.03.1



UNIVERSIDAD
POLITECNICA
DE VALENCIA

## FACULTY OF COMPUTER SCIENCE

### ACADEMIC TRANSCRIPT DATED 18/09/2006

*Student:* **ROMERO PINTADO, ENRIQUE**

*Degree:* **M.Sc. in Computer Science**

**(Specialty Physical Systems/Electronics)**

### 1st YEAR

| | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 8849 ALGEBRA | 90/91 | June | 8.00 | 1 |
| 8852 ENGLISH LANGUAGE - I | 90/91 | June | 7.00 | 1 |
| 8857 CALCULUS | 90/91 | June | 5.60 | 1 |
| 8866 PHYSICS | 90/91 | June | 5.10 | 1 |
| 8867 FOUNDATIONS OF PROGRAMMING | 90/91 | June | 7.80 | 1 |
| 8868 INTRODUCTION TO COMPUTERS | 90/91 | June | 6.00 | 1 |

### 2nd YEAR

| | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 8853 ENGLISH LANGUAGE II | 91/92 | June | 5.20 | 1 |
| 8872 PROGRAMMING | 92/93 | September | 6.00 | 2 |
| 8874 OPERATING SYSTEMS | 92/93 | June | 5.20 | 1 |

### SPECIALTY Physical Systems

| | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 8850 MATHEMATICS EXTENSION COURSE | 92/93 | June | 7.50 | 2 |
| 8863 ELECTRONICS | 92/93 | June | 5.90 | 2 |
| 8873 DIGITAL SYSTEMS | 92/93 | September | 6.00 | 1 |
| 8878 FUNCTIONAL UNITS OF A COMPUTER | 91/92 | September | 5.50 | 2 |

*Continued...*



UNIVERSIDAD
POLITECNICA
DE VALENCIA

## ACADEMIC TRANSCRIPT DATED 18/09/2006

*Student:* **ROMERO PINTADO, ENRIQUE**

*Degree:* *M.Sc. in Computer Science*

*(Specialty Physical Systems/Electronics)*

### 3rd YEAR

| SPECIALTY Physical Systems | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 8855 *COMPUTER ARCHITECTURE (S)* | 94/95 | June | 7.84 | 1 |
| 8859 *CONFIGURATION, EVALUATION AND EXPLOITATION OF COMPUTER SYSTEMS* | 93/94 | September | 8.15 | 1 |
| 8861 *PROCESS CONTROL* | 94/95 | June | 10.00 D. | 1 |
| 8864 *TRANSMISSION EQUIPMENT AND SYSTEMS* | 93/94 | June | 9.10 | 1 |
| 8869 *TECHNICAL MEASURE AND MAINTENANCE INSTRUMENTATIONS* | 93/94 | June | 7.50 | 1 |
| 8871 *PERIPHERALS AND INTERFACES* | 93/94 | September | 7.00 | 1 |

### 4th YEAR

| | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 9073 *ALGORITHMICS* | 94/95 | September | 5.00 | 2 |
| 9085 *STATISTICS* | 94/95 | June | 7.00 | 1 |
| 9087 *THEORY OF COMPUTER SCIENCE* | 94/95 | September | 5.00 | 2 |
| 9074 *COMPUTER ARCHITECTURE* | 95/96 | June | 6.20 | 1 |
| 9076 *NUMERICAL MATHEMATICS* | 94/95 | June | 7.58 | 1 |
| 9094 *COMPUTER NETWORKS* | 94/95 | June | 5.00 | 1 |

*Continued...*



UNIVERSIDAD
POLITECNICA
DE VALENCIA

## ACADEMIC TRANSCRIPT DATED 18/09/2006

*Student:* **ROMERO PINTADO, ENRIQUE**

*Degree:* **M.Sc. in Computer Science**

**(Specialty Physical Systems/Electronics)**

### 5th YEAR

| | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 9077 COMPILERS | 95/96 | September | 5.50 | 2 |
| 9079 COMPUTER AIDED DESIGN | 95/96 | June | 7.00 | 1 |
| 9080 DESIGN OF OPERATIVE SYSTEMS | 95/96 | June | 5.60 | 1 |
| 9084 SOFTWARE ENGINEERING | 95/96 | June | 6.00 | 1 |
| 9086 RELIABILITY AND FAULT TOLERANCE SYSTEMS | 95/96 | June | 9.00 | 1 |
| 9093 GRAPHIC REPRESENTATION TECHNIQUES | 95/96 | June | 5.60 | 1 |

| SPECIALTY Physical Systems | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|
| 9082 COMPUTER DESIGN AND MODELLING | 95/96 | September | 9.40 | 2 |
| 9092 REAL TIME SYSTEMS AND PROCESS CONTROL | 95/96 | June | 7.50 | 1 |

**Student's average performance out of 10:**     7,41

### Degree Project

*Specialty of F.Y.P: Physical Systems/Electronics*

*Final Year Project awarded on:*   05-MAY-98     *Grade:*    10 (D.)

# Juan Carlos I, Rey de España

Y en su nombre, el
Rector de la Universidad Politécnica
de Valencia

Considerando que, conforme a las disposiciones y circunstancias prevenidas por la legislación vigente,

## Don Enrique Romero Pintado

Nacido ~~████████~~ de 1972, en Valencia,
provincia de Valencia, de nacionalidad española,
ha superado los estudios universitarios correspondientes, organizados por la
ESCUELA UNIVERSITARIA DE INFORMÁTICA DE VALENCIA
Conforme a un plan de estudios aprobado por el Ministerio de Educación y Ciencia,
expide el presente

### TÍTULO UNIVERSITARIO OFICIAL
### DE DIPLOMADO
### EN INFORMÁTICA

Con validez en todo el territorio nacional, que faculta al interesado para
disfrutar los derechos que a este título otorgan las disposiciones vigentes.
Dado en Valencia, a 26 de junio de 1996.

El Rector,



Juan Nieto Nieto
Código de CENTRO | Registro Universitario de Títulos
46017006 | 0012974

Registro Nacional de Títulos
19971119923



El Jefe del Servicio,

José María del Valle Villanueva

El interesado,



Enrique Romero Pintado
2 - AA - 232946



# Juan Carlos I, Rey de España

Y en su nombre, el

Rector de la Universidad Politécnica

de Valencia

Considerando que, conforme a las disposiciones y circunstancias prevenidas por la legislación vigente,

## Don Enrique Romero Pintado

province de Valencia, de nacionalidad española,

ha superado los estudios universitarios correspondientes, organizados por la

FACULTAD DE INFORMÁTICA

Conforme a un plan de estudios aprobado por el Ministerio de Educación y Ciencia,

expide el presente

### TÍTULO UNIVERSITARIO OFICIAL
### DE LICENCIADO
### EN INFORMÁTICA

Con validez en todo el territorio nacional, que faculta al interesado para

disfrutar los derechos que a este título otorgan las disposiciones vigentes.

Dado en Valencia, a 23 de julio de 1998.

El Rector,



El Jefe del Servicio,

José Andrés Valle Villanueva

El interesado,



Enrique Romero Pintado

2-MA- 238013



Juan Nieto Nieto

Registro Nacional de Títulos | Código de CENTRO | Registro Universitario de Títulos

1998201481 | 46017754 | 0018801

de 1972, en Valencia,



*FACULTAD DE INFORMATICA*

## CERTIFICACIÓN ACADEMICA PERSONAL

Certif. No.: 10572

D. JULIAN JOSE SALT LLOBREGAT,
Secretario de la FACULTAD DE INFORMATICA

*CERTIFICA QUE:*

D. ENRIQUE ROMERO PINTADO ,           D.N.I.    29184568

*Ha cursado en este centro las asignaturas que se indican a continuación, correspondientes a la titulación de*

### Licenciado en Informática
### (Especialidad Sistemas Físicos)

| CURSO 1 | CURS/CNV | CALIF. | N° CONVOC. |
|---|---|---|---|
| ALGEBRA | 90/91 Junio | 8.00 | 1 |
| INGLES I | 90/91 Junio | 7.00 | 1 |
| CALCULO | 90/91 Junio | 5.60 | 1 |
| FISICA | 90/91 Junio | 5.10 | 1 |
| FUNDAMENTOS DE PROGRAMACION | 90/91 Junio | 7.80 | 1 |
| INFORMATICA BASICA | 90/91 Junio | 6.00 | 1 |
| **CURSO 2** | **CURS/CNV** | **CALIF.** | **N° CONVOC.** |
| INGLES II | 91/92 Junio | 5.20 | 1 |
| PROGRAMACION | 92/93 Septiembre | 6.00 | 2 |
| SISTEMAS OPERATIVOS | 92/93 Junio | 5.20 | 1 |
| ESPECIALIDAD Sistemas Físicos | | | |
| AMPLIACION DE MATEMATICAS | 92/93 Junio | 7.50 | 2 |
| ELECTRONICA | 92/93 Junio | 5.90 | 2 |
| SISTEMAS DIGITALES | 92/93 Septiembre | 6.00 | 1 |
| UNIDADES FUNCIONALES DEL COMPUTADOR | 91/92 Septiembre | 5.50 | 2 |
| **CURSO 3** | **CURS/CNV** | **CALIF.** | **N° CONVOC.** |
| ESPECIALIDAD Sistemas Físicos | | | |
| ARQUITECTURA DE COMPUTADORES(S) | 94/95 Junio | 7.84 | 1 |
| CONF.,EVAL. Y EXP. DE SIS. INF. | 93/94 Septiembre | 8.15 | 1 |
| CONTROL DE PROCESOS | 94/95 Junio | 10.00 M.H. | 1 |
| EQUIPOS Y SISTEMAS DE TRASMISION | 93/94 Junio | 9.10 | 1 |
| INSTR.,TECNICAS DE MEDIDA Y MANT. | 93/94 Junio | 7.50 | 1 |
| PERIFERICOS Y INTERFASES | 93/94 Septiembre | 7.00 | 1 |
| **CURSO 4** | **CURS/CNV** | **CALIF.** | **N° CONVOC.** |
| ALGORITMICA | 94/95 Septiembre | 5.00 | 2 |
| ESTADISTICA | 94/95 Junio | 7.00 | 1 |

Secretario

*Continua...*

D. *JULEN JOSE SALT PLLOT GAT,*                              HOJA N° 2
Alumno: **ENRIQUE ROMERO PINTADO**                          D.N.I.: 29184568

| *CURSO 4* | CURS/CNV | CALIF. | N° CONVOC. |
|---|---|---|---|
| *INFORMATICA TEORICA* | 94/95 Septiembre | 5.00 | 2 |
| **ESPECIALIDAD** *Sistemas Físicos* | | | |
| *ARQUITECTURA DE COMPUTADORES* | 95/96 Junio | 6.20 | 1 |
| *CALCULO NUMERICO* | 94/95 Junio | 7.58 | 1 |
| *REDES DE ORDENADORES* | 94/95 Junio | 5.00 | 1 |

| *CURSO 5* | CURS/CNV | CALIF. | N° CONVOC. |
|---|---|---|---|
| *COMPILADORES* | 95/96 Septiembre | 5.50 | 2 |
| *DISEÑO ASISTIDO POR ORDENADOR* | 95/96 Junio | 7.00 | 1 |
| *DISEÑO DE SISTEMAS OPERATIVOS* | 95/96 Junio | 5.60 | 1 |
| *INGENIERIA DE LA PROGRAMACION* | 95/96 Junio | 6.00 | 1 |
| *FIABILIDAD Y TOLERANCIA A FALLOS* | 95/96 Junio | 9.00 | 1 |
| *TECNICAS DE REPRESENTACION GRAFICA* | 95/96 Junio | 5.60 | 1 |
| **ESPECIALIDAD** *Sistemas Físicos* | | | |
| *DISEÑO Y MODELADO DE ORDENADORES* | 95/96 Septiembre | 9.40 | 2 |
| *SISTEMAS TIEMPO REAL Y CONTROL PROCESOS* | 95/96 Junio | 7.50 | 1 |

*Nota Media: 7,41*

*Está matriculado en el curso 98/99 de:*

*Especialidad del P.F.C.: Sistemas Físicos*
*Proyecto Final de carrera superado el: 05/05/98*          *Calificación: 10     (M.H)*
*Fecha de pago del título: 23/07/98*

*Lo que se expide a petición del interesado y a los efectos oportunos en,*
*Valencia,  Miércoles 04 de Noviembre de 1998*

Decano                          Secretario                          Administrador

FEDERICO BARBER SANCHIS                              ANTONIO REAL SORO

NOTAS ADICIONALES:
N° de convocatoria: Si la asignatura no está superada, indica la convocatoria actual.
Sistema de calificaciones:
Las calificaciones varían entre 0 y 10, siendo SUSPENSO entre 0 y 4.99, APROBADO entre 5 y 6.99, NOTABLE entre 7 y 8.99 y SOBRESALIENTE entre 9 y 10.
MATRICULA DE HONOR es M.H.
Equivalencias:(Anexo I.Real Decreto 1267/1994)
A fin de homogeneizar las calificaciones de las distintas Universidades se establece, a todos los efectos, la siguiente tabla de equivalencia:
SUSPENSO: 0; APROBADO: 1; NOTABLE: 2; SOBRESALIENTE: 3; MATRICULA DE HONOR: 4.
Convalidaciones: (Asignaturas superadas en otra titulación)
Las asignaturas convalidadas tendrán una equivalencia de 1.

CERTIFICATION OF TRANSLATION

I, _Joseph Wayne Palmer_, certify that I am fluent (conversant) in the English    and the _Spanish_ languages, and that the attached document is a complete and accurate translation of the document attached entitled _Certification Academia Personal_

Date: _Sept 19, 2006_

Signature _Josph Wayne Palmer_

Name: _Joseph Wayne Palmer_

Address: _Urb Alfinach_
_Cl camp de Morvedre 20A_
_Puzol, Valencia  Spain  46530_

0004616.03.1



UNIVERSIDAD
POLITECNICA
DE VALENCIA

## SCHOOL OF APPLIED COMPUTER SCIENCE

### ACADEMIC TRANSCRIPT DATED 20/09/2006

*Student:* **ROMERO PINTADO, ENRIQUE**

*Degree:* **B.Sc. in Computer Science**

**(Specialty Physical Systems/Electronics)**

### 1st YEAR

| | | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|---|
| 8849 | ALGEBRA | 90/91 | June | 8.00 | 1 |
| 8852 | ENGLISH LANGUAGE - I | 90/91 | June | 7.00 | 1 |
| 8857 | CALCULUS | 90/91 | June | 5.60 | 1 |
| 8866 | PHYSICS | 90/91 | June | 5.10 | 1 |
| 8867 | FOUNDATIONS OF PROGRAMMING | 90/91 | June | 7.80 | 1 |
| 8868 | INTRODUCTION TO COMPUTERS | 90/91 | June | 6.00 | 1 |

### 2nd YEAR

| | | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|---|
| 8853 | ENGLISH LANGUAGE II | 91/92 | June | 5.20 | 1 |
| 8872 | PROGRAMMING | 92/93 | September | 6.00 | 2 |
| 8874 | OPERATING SYSTEMS | 92/93 | June | 5.20 | 1 |

### SPECIALTY Physical Systems

| | | ACADEMIC YEAR | | GRADE | EXAM SESSION |
|---|---|---|---|---|---|
| 8850 | MATHEMATICS EXTENSION COURSE | 92/93 | June | 7.50 | 2 |
| 8863 | ELECTRONICS | 92/93 | June | 5.90 | 2 |
| 8873 | DIGITAL SYSTEMS | 92/93 | September | 6.00 | 1 |
| 8878 | FUNCTIONAL UNITS OF A COMPUTER | 91/92 | September | 5.50 | 2 |

### 3rd YEAR

### SPECIALTY Physical Systems

| | | ACADEMIC YEAR | | GRADE | | EXAM SESSION |
|---|---|---|---|---|---|---|
| 8855 | COMPUTER ARCHITECTURE | 94/95 | June | 7.84 | | 1 |
| 8859 | CONFIGURATION, EVALUATION AND EXPLOITATION OF COMPUTER SYSTEMS | 93/94 | September | 8.15 | | 1 |
| 8861 | PROCESS CONTROL | 94/95 | June | 10.00 | D | 1 |
| 8864 | TRANSMISSION EQUIPMENT AND SYSTEMS | 93/94 | June | 9.10 | | 1 |
| 8869 | TECHNICAL MEASURE AND MAINTENANCE INSTRUMENTATIONS | 93/94 | June | 7.50 | | 1 |
| 8871 | PERIPHERALS AND INTERFACES | 93/94 | September | 7.00 | | 1 |

*Continued ...*



UNIVERSIDAD
POLITECNICA
DE VALENCIA

### ACADEMIC TRANSCRIPT DATED 20/09/2006

*Student:*  **ROMERO PINTADO, ENRIQUE**

*Degree:*  **B.Sc. in Computer Science**

          *(Specialty Physical Systems/Electronics)*

*Student's average performance out of 10:*      *7,02*

*Degree Project*

*Specialty of F.Y.P: Physical Systems/Electronics*

*Final Year Project awarded on: 25-JUN-96*     *Grade:*    *10*



## ESCUELA UNIVERSITARIA DE INFORMATICA

## CERTIFICACION ACADEMICA PERSONAL

Certif. No.: 141

D. ALVARO DOMENECH PUJOL,
    Secretario de la ESCUELA UNIVERSITARIA DE INFORMATICA

CERTIFICA QUE:

D. ENRIQUE ROMERO PINTADO     D.N.I. 29184568

Ha cursado en este Centro las asignaturas que se indican a continuación, correspondientes a la titulación de

### Diplomado en Informática
### (Especialidad Sistemas Físicos)

| CURSO 1 | CURS/CNV | CALIF. | Nº CONVOC. |
|---|---|---|---|
| ALGEBRA | 90/91 JUN | 8.00 | 1 |
| INGLES I | 90/91 JUN | 7.00 | 1 |
| CALCULO | 90/91 JUN | 5.60 | 1 |
| FISICA | 90/91 JUN | 5.10 | 1 |
| FUNDAMENTOS DE PROGRAMACION | 90/91 JUN | 7.80 | 1 |
| INFORMATICA BASICA | 90/91 JUN | 6.00 | 1 |

| CURSO 2 | CURS/CNV | CALIF. | Nº CONVOC. |
|---|---|---|---|
| INGLES II | 91/92 JUN | 5.20 | 1 |
| PROGRAMACION | 92/93 SET | 6.00 | 2 |
| SISTEMAS OPERATIVOS | 92/93 JUN | 5.20 | 1 |
| ESPECIALIDAD Sistemas Físicos | | | |
| AMPLIACION DE MATEMATICAS | 92/93 JUN | 7.50 | 2 |
| ELECTRONICA | 92/93 JUN | 5.90 | 2 |
| SISTEMAS DIGITALES | 92/93 SET | 6.00 | 1 |
| UNIDADES FUNCIONALES DEL COMPUTADOR | 91/92 SET | 5.50 | 2 |

| CURSO 3 | CURS/CNV | CALIF. | Nº CONVOC. |
|---|---|---|---|
| ESPECIALIDAD Sistemas Físicos | | | |
| ARQUITECTURA DE COMPUTADORES(S) | 94/95 JUN | 7.84 | 1 |
| CONF., EVAL. Y EXP. DE SIS. INF. | 93/94 SET | 8.15 | 1 |
| CONTROL DE PROCESOS | 94/95 JUN | M.H. | 1 |
| EQUIPOS Y SISTEMAS DE TRASMISION | 93/94 JUN | 9.10 | 1 |
| INSTR., TECNICAS DE MEDIDA Y MANT. | 93/94 JUN | 7.50 | 1 |
| PERIFERICOS Y INTERFASES | 93/94 SET | 7.00 | 1 |

Especialidad: Sistemas Físicos
Proyecto fin de carrera superado el 25-06-96. Calificación: 10.00.
Fecha de pago del título: 26-06-96.

EL SECRETARI



Continua..

CERTIFICACIÓN ACADEMICA PERSONAL

HOJA Nº 2

**Alumno:** **ENRIQUE ROMERO PINTADO**

D.N.I.:29184568

**Nota Media:** 7.02.

Está matriculado en el curso 95-96 de:

Lo que se expide a petición del interesado y a los efectos oportunos

Valencia, 28 de Junio de 1996

EL DIRECTOR

Fdo.: Pedro Blesa Pons
Pedro Blesa Pons

EL SECRETARIO

LA ADMINISTRADORA

Sara Collado Sebastián

NOTAS ADICIONALES:
Nº de convocatoria: Si la asignatura no está superada, indica la convocatoria actual.
Sistema de calificaciones:
Las calificaciones varían entre 0 y 10, siendo SUSPENSO entre 0 y 4.99, APROBADO entre 5 y 6.99, NOTABLE entre 7 y 8.99 y SOBRESALIENTE entre 9 y 10.
MATRICULA DE HONOR es M.H.
Equivalencias: (Anexo I Real Decreto 1267/1994)
A fin de homogeneizar las calificaciones de las distintas Universidades se establece, a todos los efectos, la siguiente tabla de equivalencias:
SUSPENSO: 0; APROBADO: 1; NOTABLE: 2; SOBRESALIENTE: 3; MATRICULA DE HONOR: 4.
Convalidaciones: (Asignaturas superadas en otra titulación)
Las asignaturas convalidadas tendrán una equivalencia de 1.

# HIGH SCHOOL DIPLOMA

*(picture)*
*(school stamp)*

Last name: Romero Pintado

First name: Enrique

███████████ of 1972

Place of birth: Valencia          County: Valencia

Parents: Enrique & Teresa

Address: *(left blank)*

---

## HIGH SCHOOL DIPLOMA

The owner of this scholarship book has finished his high school studies and has passed all the subjects in the studies plan, meeting all the requirements to get a high school diploma.

in Valencia, 26th January of 1990

*(signed)* the secretary

*(signed)* the principal

*(school stamp)*

# CERTIFICATION OF TRANSLATION

I, _DANIEL REY-LOSADA_, certify that I am fluent (conversant) in the

English and the _SPANISH_ languages, and that the attached document is a

complete and accurate translation of the document attached entitled " _Titulo de_

_Bachiller (High-school diploma)_

Date: _Mar 5, 2008_

Signature

Name: _DANIEL REY-LOSADA_

Address: _861 UNIVERSITY AVE APT #4_

_PALO ALTO    CA 94301_

000461603.1



*Romero*

Primer cognom / *Primer apellido*

*Pintado*

Segon cognom / *Segundo apellido*

*Enrique*

Nom / *Nombre*

Data de naixement
*Fecha de nacimiento*    ~~━━━━━~~  *1972*

Lloc de naixement    *Valencia*    Provincia    *Valencia*
*Lugar de nacimiento*        *Provincia*

Pares (o tutors)    *Enrique  y  Teresa*
*Padres (o tutores)*

## ADRECES
*DOMICILIOS*

| Data<br>*Fecha* | Carrer i número<br>*Calle y número* | Població i província<br>*Población y provincia* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## TÍTOL DE BATXILLER
*TÍTULO DE BACHILLER*

El titular d'aquest Llibre de Qualificació ha acabat els seus estudis de Batxi-
*El titular de este Libro de Calificación ha finalizado sus estudios de Bachille-*
llerat i ha demostrat suficiència en totes les matèries del Pla d'Estudis, per la
*rato y ha acreditado suficiencia en todas las materias del Plan de Estudios, por*
qual cosa ha estat declarat apte per a l'obtenció del títol de Batxiller.
*lo que ha sido declarado apto para la obtención del título de Bachiller.*

Valencia , 26 d 1 de 1990

El Secretari de l'Institut,
*El Secretario del Instituto,*

Vist i plau: El Director
*V.º B.º: El Director*

El títol a què es refereix aquesta diligència ha estat expedit a ...........................
*El título a que se refiere la presente diligencia ha sido expedido en*

..........................................................................................................................

amb data ........................ d ................................................ de 19..............
*con fecha*

i queda enregistrat a ....................................................................................
*y queda registrado en*

# LETTER PROVING MORE THAN 2 YEARS OF EXPERIENCE IN JOB MEETING DV CRITERIA



October 18, 2006

Embassy of the United Sates of America
Nonimmigrant Visa Section
Serrano 75
28006 Madrid
Spain

    RE:    <u>L-1A Visa Petition for Mr. Enrique Romero</u>

Dear Consular Officer:

    This letter is submitted in support of our company's petition to classify Mr. Enrique Romero as an intracompany transferee on the basis of the managerial role we want him to fill at our facility in San Jose, California. We are submitting this petition based on our approved Blanket L petition. We have included a copy of our Blanket L Approval Notice as <u>Exhibit 1</u>, which includes a list of our subsidiaries included in the Blanket Petition. Mr. Romero's current employer, Analog Devices S.L. in Valencia, Spain is included in our list of subsidiaries.

The Business of Analog Devices

    Analog Devices, Inc. (NYSE:ADI) – ADI or Analog – is a world-leading semiconductor company specializing in high-performance analog, mixed-signal, and digital signal processing (DSP) integrated circuits (ICs). Since Analog was founded in 1965, its focus has been to solve the engineering challenges associated with signal processing in electronic equipment. Analog's products play a fundamental role in converting real-world phenomena such as temperature, motion, pressure, light, and sound into electrical signals to be used in a wide array of applications ranging from industrial process control, factory automation, radar systems, and CAT scanners to cellular base stations, broadband modems, wireless telephones, computers, cars, and digital cameras.

    Analog currently has a worldwide workforce of approximately 8,900 employees, including over 3,200 engineers. Over 30 engineering design centers are located in 12 countries. There are three wafer fabrication facilities using high-performance analog manufacturing processes in Massachusetts, California, and Ireland. Product testing is conducted at our facilities in the Philippines. Corporate head-quarters is located in Norwood, Massachusetts. In our most recent fiscal year, we had gross annual revenue of $2.6 Billion. A copy of our latest annual report is enclosed in <u>Exhibit 2</u>.

The Specific Foreign Corporate Entity Involved

    The specific, wholly owned foreign subsidiary which employs Mr. Romero abroad and which has served as his full-time, regular employer since April 2005 is *Analog Devices S.L.* ("Analog/Spain") located in Valencia, Spain. The Analog Devices corporate entity that is seeking to transfer Mr. Romero to the United States (and the petitioner in this proceeding) is: *Analog Devices, Inc.* ("Analog/USA") -- the ultimate parent company.



U.S. Embassy
October 18, 2006
Page 2

### Mr. Romero's Proposed Managerial Role in the United States

We wish to transfer Mr. Romero to our facility in San Jose, California to take advantage of his foreign design engineering experience. Although we are seeking to classify Mr. Romero as an L-1A intracompany transferee based on his proposed U.S. role as a functional manager, we are relying on Mr. Romero's specialized knowledge employment in Spain to support our L-1 petition. For your ease of reference, we have enclosed as <u>Exhibit 3</u> a Note from the Foreign Affairs Manual confirming that the beneficiary need not be coming to the U.S. to perform the same work that was performed abroad.

If you approve our petition, Mr. Romero will be charged with the primary task of managing two functions regarding our power and thermal management product line: (1) new product development and (2) release of new products to manufacturing. In his U.S. role as Design Engineer, Mr. Romero will lead teams of multi-functional engineers dedicated to development and release of integrated circuits (IC) for our power and thermal management product line. He will apply his years of expertise as a Design Engineer that he gained during his time with Analog/Spain (and before that with Analog Devices, B.V., located in Limerick, Ireland) to:

- Direct a new product development project team composed of 7 to 8 engineers from different disciplines, including multiple design engineers, a layout engineer, a test engineer, a design evaluation engineer, an applications engineer and a marketing engineer;

- Lead market engineers to define integrated circuit (IC) specifications through customer interaction;

- Lead a team of IC design engineers to design and simulate the various circuits required for the IC;

- Establish and oversee the implementation of new product development schedules;

- Determine the optimum internal IC architecture to implement the IC design;

- Spearhead new product evaluation activities;

- Coordinate the efforts of design engineers and test engineers to define and implement Design-for-Test ("DFT")[1] in new product designs;

- Define new product characterization requirements and managing new product characterization activities performed by the team of engineers he supervises;

- Lead the reliability study of new products; and,

- Manage the release of new products to manufacturing.

---

[1] DFT is hardware and software developed to test the parameters and functionality of a new product to determine whether it conforms with the design specifications.


**ANALOG DEVICES**

U.S. Embassy
October 18, 2006
Page 3

The chart enclosed as Exhibit 4 depicts Mr. Romero's multi-faceted role as a Design Engineer for our power and thermal management product line. Mr. Romero will directly supervise cross- functional teams of degreed engineers from the disciplines referenced in Exhibit 4 on a project related basis. Since these teams are set to vary based upon the needs of each project, we have not yet identified the initial team of engineers that he will manage. However, all of our engineering positions require at least a relevant Bachelor's degree or the equivalent. We have included in Exhibit 5 copies of position announcements from our website for positions that are similar to those of the employees that Mr. Romero will manage. As our position announcements demonstrate, Mr. Romero will manage degreed professionals.

Mr. Romero will hold supervisory authority over each of the engineers assigned to his new product development project team. With respect to the individual employees he will manage, Mr. Romero will have discretion over day-to-day matters relating to project function, such as overseeing project assignments and compliance with new product schedules. Mr. Romero will also have the power to make personnel related decisions, including hiring and firing. In regard to the employees he will directly supervise, Mr. Romero will supervise and control their work. He will have authority to recommend hiring, firing and other personnel actions impacting these employees.

For your ease of reference, we discuss below how Mr. Romero's U.S. role meets each of the definitional elements of an L-1A functional manager.

*"Manages a Function of the Organization"*

One of Analog's primary functions is the introduction of innovative, new products to the communications market. As described above, through his technical expertise and leadership skills, Mr. Romero will lead cross- functional engineers associated with our thermal and power management product line to successfully develop new products and will facilitate the entry of these products into the market.

*"Manages an Essential Function Within the Organization"*

We consider it essential to the success of Analog/USA to continue to produce industry-leading ICs for our thermal and power management product line in order to remain competitive in the growing market for these products. The success of our IC's depends upon the continuous development of new products and timely release to meet our customers' needs. We need talented professionals, like Mr. Romero, to fill leadership roles within our thermal and power management group to accomplish these objectives and secure our competitive market position.

*"Functions at a Senior Level With Respect to the Function Managed"*

Mr. Romero will operate at a senior level with respect to new product development. He will have final authority on project schedules, and all project activities related to the movement of the new product from design to manufacturing. With respect to the new product development project team that he will supervise, Mr. Romero will not be answerable to other Design Engineers for his direction of the group.



U.S. Embassy
October 18, 2006
Page 4

### *"Exercises Discretion over Day- To- Day Operations of the Function"*

Mr. Romero will exercise individual discretion when making decisions related to the new product development by establishing and implementing project schedules for each new product, overseeing the activity of the engineers assigned to the project and compliance with project schedules, managing the release of the new products to manufacturing, and directing evaluation and reliability analyses of the new product.

### **Mr. Romero's Specialized Knowledge Role Abroad**

Mr. Romero began his career in the technology industry when he earned a Bachelor of Science in Computer Science, with a specialty in physical systems and electronics, from the Polytechnic University of Valencia in Spain in June 1996. We have enclosed a copy of his degree certificate and transcripts as <u>Exhibit 6</u>. Mr. Romero also earned a Master of Science in Computer Science, with a specialty in physical systems and electronics, from the Polytechnic University of Valencia in July 1998, as evidenced by the copy of his degree certificate and transcripts in <u>Exhibit 7</u>. We have also included in <u>Exhibit 8</u>, a credential evaluation affirming that Mr. Romero's foreign degree is the equivalent of a Master of Science degree in Computer Science from a college or university in the United States.

Mr. Romero joined Analog Devices B.V. ("Analog/Ireland") as a Design Engineer for our integrated circuits in 2000. Mr. Romero was a critical member of many new product development teams at our Limerick facility, the leader of Analog facilities world-wide in initiating new technology for design flow. In this capacity, Mr. Romero developed an in-depth understanding of Analog's integrated circuits, and the processes and procedures associated with moving new products from development to manufacturing. Additionally, Mr. Romero coordinated the duties of the new product development project team with the Analog sales team and customers to ensure effective and on- time product development execution.

Mr. Romero worked continuously for Analog/Ireland until April 2005, when Analog/Spain selected him to serve as a key member of a 6 man start up team to establish the Spain Design Centre based upon the expertise he had developed while working for Analog/Ireland. Since relocating to Spain, Mr. Romero has continued to serve as a Design Engineer, working with our Digital to Analog Converter (DAC) conversion products[2]. Mr. Romero's primary job duties are similar to those he will perform in the U.S., and include:

- Applying theories and principles of electrical engineering to design and develop the architecture of   ICs;
- Defining IC specifications;
- Designing and testing ICs based on specifications;
- Verifying and characterizing designs for IC development;
- Supervising the design phase of IC layouts;
- Providing applications support to cross- functional engineers;

---

[2] Data conversion products receive analog, digital or mixed signals and convert them to analog or digital forms as they are transmitted.

**ANALOG DEVICES**

U.S. Embassy
October 18, 2006
Page 5

- Debugging, analyzing and developing network software; and
- Coordinating his new product development project teams with similar teams at other Analog facilities.

Mr. Romero's position with Analog/Spain contains significant managerial elements, including his role as member of the start up group charged with overseeing the development of a new, full-service design centre and his responsibility for coordinating new product development project groups in Ireland and Spain. Due to our interest in facilitating Mr. Romero's U.S. transfer as quickly as possible and the relative ease of proving his specialized knowledge as opposed to his management experience, we seek to classify Mr. Romero as an L-1A intracompany transferee based upon his specialized knowledge position abroad.

We have enclosed as <u>Exhibit 9</u> a letter from Analog/Spain, which confirms Mr. Romero's employment with our Spanish subsidiary.

### Mr. Romero's Specialized Knowledge

Mr. Romero has developed specialized knowledge of Analog's processes and procedures for integrated circuit design. His knowledge involves two particular areas of our proprietary design processes: (1) knowledge of the Design Flows used at our Limerick facility and being migrated to our San Jose facility and (2) knowledge of how we design and develop "top level" chip work for our mixed signal processes.

*Design Flows*. Our Design Flows are the collection of six to seven customized and commercial software tools that we use to design our integrated circuits. Our Design Flows are unique to our organization and even within Analog, different groups rely on a variety of Design Flows to design and develop integrated circuits. While employed with Analog/Ireland, Mr. Romero was intimately involved with use of the Design Flow implemented at our Limerick facility. This knowledge cannot be attained through a degree program or even experience in the field with other employers. This type of knowledge can only be acquired through hands-on experience using the technologies within our organization.

*Thermal Management Technology*. Mr. Romero has extensive knowledge of our processes and procedures for developing thermal management technology which will increasingly be included in higher performance power management ICs. Mr. Romero has been involved in the design of this technology during his time at both Analog/Ireland and Analog/Spain. The knowledge and experience he has developed will be invaluable for the types of products he will be developing in San Jose.

### Terms and Conditions

Analog/USA will compensate Mr. Romero at an annualized rate of $90,000. He will also be eligible to participate in our usual company benefits.



U.S. Embassy
October 18, 2006
Page 6

### Conclusion

Because Mr. Romero has continuously served Analog/Spain in a specialized, full-time capacity for more than one year, and because we now wish to temporarily transfer him to the United States to serve as a Design Engineer, we respectfully request that our petition to classify him as an intracompany transferee be approved.

If your require any additional information, please contact our attorneys at Dinsmore & Shohl LLP. Thank you for your consideration of our petition

Very truly yours,

ANALOG DEVICES, INC.

Nancy McSweeney
Corporate Immigration Specialist

NM/ sra
Enclosures
1313176v1.1-6

Alliance Occupational Medicine
315 South Abbott Avenue
Milpitas, CA 95035
P-408-790-2900F-408-790-2912

ROMERO PINTADO,

INS Forms

Enrigue

Edward Cooper MD 3-14-08



**ANALOG DEVICES**

April 4, 2008

U.S. Citizenship & Immigration Services
ATTN: FBASI
427 S. LaSalle - 3rd Floor
Chicago, Illinois 60605-1029

      RE:     <u>Permanent Resident Application for Enrique ROMERO PINTADO</u>

Dear Sir/Madam:

     The purpose of this letter is to confirm that Enrique Romero Pintado has been employed on a full-time (40 hour per week) basis by Analog Devices, Inc., 3550 North First Street, San Jose, California 95134, since November 2006 to present, in the functional managerial position of IC Design Engineer.

     In this capacity, Mr. Romero Pintado's duties include managing the functions of new product development and release of new products to manufacturing for the power and Thermal Management Product line. Mr. Romero Pintado provides leadership and directs product development projects teams, composed of seven to eight engineers per team, dedicated to the development and release of Integrated Circuits for this product line. He also establishes and oversees the implementation of new product development schedules and spearheads new product evaluation activities.

     In this role, Mr. Romero Pintado will continue to be compensated at a rate not less than $90,000 per annum.

     Very truly yours,

     ANALOG DEVICES, INC.

     *Nancy A Pastore*

     Nancy A. Pastore
     Corporate Immigration Manager

NAP/bjg/dab
1469632v1.6

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FORM I-765 (APPLICATION FOR EMPLOYMENT AUTHORIZATION) | Date: APR 1 0 2008 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:    Enrique ROMERO PINTADO

☐ Petitioner   ☒ Applicant
☐ Beneficiary

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
| 202 | 1739 Independence Blvd. | Salinas | CA | 93906 |

Name:

☐ Petitioner   ☐ Applicant
☐ Beneficiary

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Ohio _____ Supreme _____ and am not under a court or administrative agency
                         *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
Douglas Halpert, Esq.

COMPLETE ADDRESS
Dinsmore & Shohl, LLP
255 E. 5th St., Ste 1900
Cincinnati, OH 45202

TELEPHONE NUMBER
(513) 977-8181    Fax: (513) 977-8141

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Douglas Halpert, Esq.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
Employment Authorization

| Name of Person Consenting | Signature of Person Consenting | Date |
| Enrique ROMERO PINTADO | X | X 04/07/2008 |

(NOTE: Execution of this box is required under the Privacy Act of 1974, where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



OMB No. 1615-0040; Expires 08/31/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-765, Application for
# Employment Authorization

| Do not write in this block. | | |
|---|---|---|
| Remarks | Action Block | Fee Stamp |
| A# | | |
| Applicant is filing under §274a.12 | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)*         until _____ *(Date).*
                                                                                           _____ *(Date).*

Subject to the following conditions:
☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f).

I am applying for: ☒ Permission to accept employment.
                   ☐ Replacement *(of lost employment authorization document).*
                   ☐ Renewal of my permission to accept employment *(attach previous employment authorization document).*

| 1. Name (Family Name in CAPS) (First) (Middle) | 11. Have you ever before applied for employment authorization from USCIS? |
|---|---|
| ROMERO PINTADO  Enrique  No Middle Name | ☐ Yes (If yes, complete below)              ☒ No |

2. Other Names Used (Include Maiden Name)
None

Which USCIS Office?                    Date(s)

3. Address in the United States (Number and Street)    (Apt. Number)
1739 Independence Blvd.                    202

Results (Granted or Denied - attach all documentation)

| (Town or City) | (State/Country) | (Z.P. Code) |
|---|---|---|
| Salinas | CA | 93906 |

12. Date of Last Entry into the U.S. (mm/dd/yyyy)
01/15/2008

4. Country of Citizenship/Nationality
Spain

13. Place of Last Entry into the U.S.
San Francisco, CA

| 5. Place of Birth (Town or City) | (State/Province) | (Country) |
|---|---|---|
| Valencia | Valencia | Spain |

14. Manner of Last Entry (Visitor, Student, etc.)
L-1A

| 6. Date of Birth (mm/dd/yyyy) | 7. Gender |
|---|---|
| ████1972 | ☒ Male ☐ Female |

15. Current Immigration Status (Visitor, Student, etc.)
L-1A

| 8. Marital Status | ☒ Married | ☐ Single |
|---|---|---|
| | ☐ Widowed | ☐ Divorced |

16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

9. Social Security Number (Include all numbers you have ever used) (if any)
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

Eligibility under 8 CFR 274a.12

10. Alien Registration Number (A-Number) or I-94 Number (if any)
None Known        287577850 18        ( C ) ( 9 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| Signature | Telephone Number | Date |
|---|---|---|
| ✗ | (408) 382-3263 | ✗ 04/07/2008 |

**Signature of person preparing form, if other than above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date 4/4/08 |
|---|---|---|---|
| Douglas Halpert, Esq. | Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | | |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |



Form I-765 (Rev 07/30/07) Y

**Enrique Romero Pintado - Principal
I-765 Employment Authorization Application
I-485 Application Filed Concurrently
Based Upon DV-2008 Selection**

<u>Order of Documents</u>

1.    DV-2008 Selection Correspondence Letters to Enrique Romero Pintado

2.    G-28 Notice of Appearance

3.    Two Photos that Meet CIS Specifications

4.    I-765 Duiy signed and dated

5.    Employment letter

6.    Evidence of status at time of I-485 filing -- I-94 card and consular-endorsed Form I-129S and Blanket L Approval Notice

7.    Photo Identification (passport ID page)

8.    Birth Certificate

9.    Marriage Certificate

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0013; Expires 11/30/07

## I-131, Application for Travel Document

| DO NOT WRITE IN THIS BLOCK | FOR USCIS USE ONLY (except G-28 block below) |
|---|---|

**Document Issued**
- ☐ Reentry Permit
- ☐ Refugee Travel Document
- ☐ Single Advance Parole
- ☐ Multiple Advance Parole
  Valid to:

**If Reentry Permit or Refugee Travel Document, mail to:**
- ☐ Address in Part 1
- ☑ American embassy/consulate at:
- ☐ Overseas DHS office at:

**Action Block**

**Receipt**

☐ Document Hand Delivered
On _____ By _____

*To be completed by Attorney/Representative, if any.*
Attorney State License # 0064196
☒ Check box if G-28 is attached.

## Part 1.    Information about you. *(Please type or print in black ink.)*

**1. A#**
None Known

**2. Date of Birth** *(mm/dd/yyyy)*
██/██/1972

**3. Class of Admission**
L-1A

**4. Gender**
☒ Male  ☐ Female

**5. Name** *(Family name in capital letters)* *(First)* *(Middle)*
ROMERO PINTADO | Enrique | No Middle Name

**6. Address** *(Number and Street)*
1739 Independence Blvd.

**Apt. #**
202

**City**
Salinas

**State or Province**
CA

**Zip/Postal Code**
93906

**Country**
USA

**7. Country of Birth**
Spain

**8. Country of Citizenship**
Spain

**9. Social Security #** *(if any)*
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

## Part 2.    Application type *(check one)*.

a. ☐  I am a permanent resident or conditional resident of the United States and I am applying for a reentry permit.

b. ☐  I now hold U.S. refugee or asylee status and I am applying for a refugee travel document.

c. ☐  I am a permanent resident as a direct result of refugee or asylee status and I am applying for a refugee travel document.

d. ☒  I am applying for an advance parole document to allow me to return to the United States after temporary foreign travel.

e. ☐  I am outside the United States and I am applying for an advance parole document.

f. ☐  I am applying for an advance parole document for a person who is outside the United States. *If you checked box "f", provide the following information about that person.*

**1. Name** *(Family name in capital letters)* *(First)* *(Middle)*

**2. Date of Birth** *(mm/dd/yyyy)*

**3. Country of Birth**

**4. Country of Citizenship**

**5. Address** *(Number and Street)*

**Apt. #**

**Daytime Telephone #** *(area/country code)*

**City**

**State or Province**

**Zip/Postal Code**

**Country**

Form I-131 (Rev. 11/16/07)Y

## Part 3. Processing information.

1. Date of Intended Departure *(mm/dd/yyyy)*

As Needed

2. Expected Length of Trip

As Needed

3. Are you, or any person included in this application, now in exclusion, deportation, removal or recission proceedings?  ☒ No.  ☐ Yes *(Name of DHS office):*

**If you are applying for an Advance Parole Document, skip to Part 7.**

4. Have you ever before been issued a reentry permit or refugee travel? *for the last document issued to you):*  ☐ No  ☐ Yes *(Give the following information*

Date Issued *(mm/dd/yyyy):*

Disposition *(attached, lost, etc.):*

5. Where do you want this travel document sent? *(Check one)*

a. ☐ To the U.S. address shown in **Part 1** on the first page of this form.

b. ☐ To an American embassy or consulate at:  City:             Country:

c. ☐ To a DHS office overseas at:  City:             Country:

d. If you checked "b" or "c", where should the notice to pick up the travel document be sent?

☐ To the address shown in **Part 2** on the first page of this form.

☐ To the address shown below:

Address *(Number and Street)*             Apt. #             Daytime Telephone # *(area/country code)*

City             State or Province             Zip/Postal Code             Country

## Part 4. Information about your proposed travel.

Purpose of trip. *If you need more room, continue on a seperate sheet(s) of paper.*

List the countries you intend to visit.

## Part 5. Complete only if applying for a reentry permit.

Since becoming a permanent resident of the United States (or during the past five years, whichever is less) how much total time have you spent outside the United States?

☐ less than six months
☐ six months to one year
☐ one to two years

☐ two to three years
☐ three to four years
☐ more than four years

Since you became a permanent resident of the United States, have you ever filed a federal income tax return, or failed to file a federal income tax return because you considered yourself to be a nonresident? *(If "Yes," give details on a separate sheet(s) of paper.)*  ☐ Yes  ☐ No

## Part 6. Complete only if applying for a refugee travel document.

1. Country from which you are a refugee or asylee:

*If you answer "Yes" to any of the following questions, you must explain on a separate sheet(s) of paper.*

2. Do you plan to travel to the above named country?  ☒ Yes  ☐ No

3. Since you were accorded refugee/asylee status, have you ever:

a. returned to the above named country?  ☐ Yes  ☐ No

b. applied for and/or obtained a national passport, passport renewal or entry permit of that country?  ☐ Yes  ☐ No

c. applied for and/or received any benefit from such country (for example, health insurance benefits).  ☐ Yes  ☐ No

4. Since you were accorded refugee/asylee status, have you, by any legal procedure or voluntary act:

a. reacquired the nationality of the above named country?  ☐ Yes  ☐ No

b. acquired a new nationality?  ☐ Yes  ☐ No

c. been granted refugee or asylee status in any other country?  ☐ Yes  ☐ No

## Part 7.  Complete only if applying for advance parole.

On a separate sheet(s) of paper, please explain how you qualify for an advance parole document and what circumstances warrant issuance of advance parole.  Include copies of any documents you wish considered.  *(See instructions.)*

1. For how many trips do you intend to use this document?     ☐ One trip     ☒ More than one trip

2. If the person intended to receive an advance parole document is outside the United States, provide the location (city and country) of the American embassy or consulate or the DHS overseas office that you want us to notify.

| City | Country |
|---|---|
|  |  |

3. If the travel document will be delivered to an overseas office, where should the notice to pick up the document be sent:

☐ To the address shown in Part 2 on the first page of this form.

☐ To the address shown below:

| Address *(Number and Street)* | Apt. # | Daytime Telephone # *(area/country code)* |
|---|---|---|
|  |  |  |

| City | State or Province | Zip/Postal Code | Country |
|---|---|---|---|
|  |  |  |  |

## Part 8.  Signature.  *Read the information on penalties in the instructions before completing this section.  If you are filing for a reentry permit or refugee travel document, you must be in the United States to file this application.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct.  I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

| Signature | Date *(mm/dd/yyyy)* | Daytime Telephone Number *(with area code)* |
|---|---|---|
| X | X 04/07/2008 | (408) 382-3263 |

*Please Note: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

## Part 9.  Signature of person preparing form, if other than the applicant.  *(Sign below.)*

I declare that I prepared this application at the request of the applicant and it is based on all information of which I have knowledge.

| Signature | Print or Type Your Name |
|---|---|
|  | Douglas Halpert, Esq. |

| Firm Name and Address | Daytime Telephone Number *(with area code)* |
|---|---|
| Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | (513) 977-8181 |

| Fax Number *(if any.)* | Date *(mm/dd/yyyy)* |
|---|---|
| 513-977-8141 | 4/1/08 |

# Enrique Romero Pintado - Principal
# I-131 Travel Document Application
# I-485 Application Filed Concurrently
# Based Upon DV-2008 Selection

**Order of Documents**

1.  DV-2008 Selection Correspondence Letters to Enrique Romero Pintado

2.  G-28 Notice of Appearance

3.  Two Photos that Meet CIS Specifications

4.  I-131 Duly signed and dated

5.  Employment letter

6.  Evidence of status at time of I-485 filing -- I-94 card and consular-endorsed Form I-129S and Blanket L Approval Notice

7.  Photo Identification (passport ID page)

8.  Birth Certificate

9.  Marriage Certificate

# !! URGENT !!

# DIVERSITY LOTTERY 2008 CASE

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: FORM I-485 (APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS) | Date: APR 1 0 2008 |
|---|---|
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Monica PEREZ SANCHEZ | ☐ Petitioner  ☐ Beneficiary | ☒ Applicant |
|---|---|---|

| Address: (Apt. No.) 202 | (Number & Street) 1739 Independence Blvd. | (City) Salinas | (State) CA | (Zip Code) 93906 |
|---|---|---|---|---|

| Name: | ☐ Petitioner  ☐ Beneficiary | ☐ Applicant |
|---|---|---|

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Ohio _____ Supreme _____ and am not under a court or administrative agency
                  *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE [signature] | COMPLETE ADDRESS Dinsmore & Shohl, LLP 255 E. 5th St., Ste 1900 Cincinnati, OH 45202 |
|---|---|
| NAME (Type or Print) Douglas Halpert, Esq. | TELEPHONE NUMBER (513) 977-8181    Fax: (513) 977-8141 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Douglas Halpert, Esq.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
Register Permanent Resident or Adjust Status

| Name of Person Consenting Monica PEREZ SANCHEZ | X Signature of Person Consenting [signature] | Date 04-07-08 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



**DINSMORE & SHOHL LLP**
IMMIGRATION DEPARTMENT
1900 CHEMED CENTER, 255 EAST FIFTH STREET
CINCINNATI, OHIO 45202

Check Number    Check Date
4599            4/9/2008

Amount
****$1,010.00

US BANK
CINCINNATI, OHIO

PAY One thousand ten and 00/100 Dollars

TO THE
ORDER OF    U.S. Department of Homeland Security

AUTHORIZED SIGNATURE

⑈004599⑈ ⑆042000013⑆ ⑈301061241188⑈



# Monica Perez Sanchez - Spouse
# I-485 Adjustment of Status Application
# Based Upon DV-2008 Selection

### Order of Documents

1. DV-2008 Selection Correspondence Letters to Enrique Romero Pintado, my husband

2. G-28 Notice of Appearance

3. I-485 Filing Fee Check of $1010

4. Two Photos that Meet CIS Specifications

5. I-485 Duly signed and dated

6. G-325A Biographic form signed and dated

7. Visa History Summary with all supporting documentation including valid passport, I-94 card, Form DS-2019, and J-1 Visa and Waiver

8. Birth Certificate

9. Marriage Certificate

10. Medical Exam

11. Letter confirming Enrique Romero Pintado's, my husband's, financial ability and experience with his U.S. employer.

12. Letter containing evidence that my husband added me to his case after our marriage earlier this year.

April 25, 2007

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

Dear ENRIQUE ROMERO:

*Congratulations!* You are among those randomly selected and registered for further consideration in the DV-2008 diversity immigrant program for fiscal year 2008 (October, 1, 2007 to September 30, 2008). Selection does not guarantee that you will receive a visa because the number of applicants selected is greater than the number of visas available. Please retain this letter and take it with you to your visa interview.

Approximately 100,000 individuals were registered for further processing. However there are only between 50,000 &. 55,000 diversity visas available under the **FISCAL YEAR 2008 DIVERSITY VISA PROGRAM.** Therefore, it is most important that you carefully follow these instructions to increase your chances of possible visa issuance.

Please read and follow all the enclosed instructions very carefully. **ALL FORMS AND CORRESPONDENCE** must be sent to the Kentucky Consular Center at the above address. Please notify the Kentucky Consular Center of any change in address, addition or deletion of any family members, and any other information which you believe may effect your application.

**PLEASE COMPLETE AND RETURN FORMS 230 PART I, 230 PART II, AND DSP-122 FOR YOURSELF AND FORMS 230 PART I AND 230 PART II FOR ALL ACCOMPANYING FAMILY MEMBERS TO THE KENTUCKY CONSULAR CENTER. WRITE THE CASE NUMBER IN THE UPPER RIGHT HAND CORNER OF EACH FORM. PLEASE MAKE SURE ALL BLOCKS ARE COMPLETED.**

Please be advised that even though you send all of the above listed documents to the KCC, your case may not be scheduled for an interview appointment until a visa number is available. You will only be contacted by the KCC when a visa appointment is scheduled. Please do not call us to check when your case will be scheduled.

If it should be necessary to contact the Kentucky Consular Center by telephone **YOU MUST ALWAYS REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW.** Your case number should be clearly written in the upper right hand corner of ALL documents and correspondence sent to the Kentucky Consular Center.

| | |
|---|---|
| Case Number: | 2008EU00019567 |
| PA Name: | ROMERO, ENRIQUE |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | SPAIN |
| Post: | MADRID |

The Kentucky Consular Center telephone number is 606-526-7500
or send E-mail inquiry to KCCDV@state.gov

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

# 2008EU00019567



Please return this barcode sheet to facilitate the processing of your case
when you return the DSP 122 and DS230 (Parts I & II) to the
Kentucky Consular Center (KCC).



**DEPARTMENT OF STATE**

KENTUCKY CONSULAR CENTER (KCC)

*3505 North Highway 25W*
*Williamsburg, KY 40769*
*U.S.A.*

April 02, 2008

DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202

Dear ENRIQUE ROMERO:

Thank you for informing us of your intention to apply for adjustment of status with the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS), formerly the Immigration and Naturalization Service (INS). Please note that there are legal restrictions on who may qualify for adjustment in the U.S.; and while most adjustment applications are filed with USCIS, aliens in removal proceedings must file their adjustment applications with the Immigration Court. You must also be sure to follow the instructions on the attached sheet concerning payment of the Diversity processing fee. This fee must be paid prior to USCIS (or, if applicable, the immigration court) taking action on your adjustment application.

You MUST submit the Diversity Visa (DV) "Notification Letter" we sent you to the USCIS office nearest your place of residence in order to apply for adjustment of status. You may apply to USCIS for adjustment of status from October 1, 2007 until September 30, 2008. However, your status must be adjusted by September 30, 2008 as DV- 2008 expires on that date.

If your spouse and/or children currently live outside the United States, they may be eligible to apply for an immigrant visa under the Diversity Visa program at the US embassy or consulate general. However, the embassy/consulate cannot process your family members applications until notification is received from the USCIS advising that you have adjusted status. For this reason it is important that you apply for adjustment of status AS SOON AS POSSIBLE. Please remember that your spouse and/or children must apply for and be issued immigrant visas while they are available and before the Diversity Visa program ends on September 30, 2008. They will not be eligible to be issued a visa under this program after that date.

When you apply to adjust status it is VERY IMPORTANT that you immediately tell the USCIS that you have family members living abroad who will apply for immigrant visa status at an embassy/consulate. You must request the USCIS to send information about your family, including their overseas address, to the appropriate embassy/consulate to enable processing of their visa applications. If you do not tell the USCIS about your family living overseas, and the consulate does not receive the information, they will not be processed for immigration to the United States under the Diversity Visa program.

If your spouse/children will not apply for visas under the DV program, you can file an immigrant visa petition (Form I-130) in the Family 2A category for them with the USCIS. You can only do this after you have obtained legal permanent resident status, whether through adjustment of status or admission to the U.S. with an immigrant visa. However, there is an extensive waiting list in the Family 2A category. You should expect a delay of several years before your spouse/children can receive immigrant visas under this category to join you in the U.S. Please consider the consequences of such a decision carefully.

**Please be advised that the Department of State Diversty Visa fee must be paid in full before case can be transferred to USCIS.**

Please do not contact the Kentucky Consular Center regarding your case or that of your family. The Kentucky Consular Center has now completed its processing of your case, any further inquiries should be addressed to the USCIS.

| | |
|---|---|
| Case Number: | 2008EU00019567 |
| PA Name: | ROMERO, ENRIQUE |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability | SPN |

APR - 7 2008

2CH 378.00
375.00?

Winners Name: _____ Enrique Romero Pintado _____

Amount enclosed _____ $750 _____ Payment for _____ 2 _____ persons

Address: _____ 1739 Independence Blvd., Apt. 202 _____

City: _____ Salinas _____ State: _____ CA _____ Zip Code: _____ 93906 _____

DV Program Case Number: _____ 2008EU00019567 _____

PAID MAR 2 5 2008

APR - 3 2008

02/07

**Part 3. Processing information**

A. City/Town/Village of Birth
Valencia

Current Occupation
Secondary School Teacher

Your Mother's First Name
Isabel

Your Father's First Name
Jose

Give your name exactly as it appears on your Arrival/Departure Record (Form I-94)
Monica Perez Sanchez

Place of Last Entry into the United States (City/State)
San Francisco, California

In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)
J-1

Were you inspected by a U.S. Immigration Officer?    ☒ Yes   ☐ No

Nonimmigrant Visa Number
89714026

Consulate Where Visa Was Issued
Madrid, Spain

Date Visa Was Issued (mm/dd/yyyy)  07/16/2007    Gender: ☐ Male  ☒ Female    Marital Status: ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes. If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters. (If you have none, write "none." If additional space is needed, use separate paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ROMERO PINTADO | Enrique | No Middle Name | ▓▓/1972 |
| Country of Birth Spain | Relationship Husband | A. # None Known | Applying with you? ☒ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A. # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A. # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A. # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship | A. # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership, from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

OMB No. 1615-0023; Expires 09/30/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please type or print in black ink.

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name<br>PEREZ SANCHEZ | Given Name<br>Monica | Middle Name<br>No Middle Name |

Address- C/O
Enrique Romero Pintado

| | |
|---|---|
| Street Number<br>and Name 1739 Independent Blvd. | Apt. #<br>202 |

City
Salinas

| | |
|---|---|
| State<br>California | Zip Code<br>93906 |

| | |
|---|---|
| Date of Birth (mm/dd/yyyy)<br>▓▓/1974 | Country of Birth: Spain |
| | Country of Citizenship/Nationality: Spain |

| | |
|---|---|
| U.S. Social Security #<br>▓▓▓▓-8776 | A # (if any)<br>None Known |

| | |
|---|---|
| Date of Last Arrival (mm/dd/yyyy)<br>01/04/2008 | I-94 #<br>280263107 18 |

| | |
|---|---|
| Current USCIS Status<br>J-1 | Expires on (mm/dd/yyyy)<br>D/S |

### Part 2.  Application type. *(Check one.)*

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e).  (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described above in (e) and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the U.S. for one year after admission). If additional space is needed, use a separate piece of paper.
I am applying with my husband, Enrique Romero Pintado, who was selected under the Diversity Lottery.

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one.)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f) above.

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | |
| Reloc Sent | |
| | |
| Reloc Rec'd | |
| | |
| Applicant<br>Interviewed | |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

| To be Completed by |
|---|
| *Attorney or Representative,* if any<br>☒ Fill in box if G-28 is attached to represent the applicant. |
| VOLAG # |
| ATTY State License # 0064196 |

Form I-485 (Rev. 07/30/07) Y

**Part 3.  Processing information.**

| A.  City/Town/Village of Birth | Current Occupation |
|---|---|
| Valencia | IC Design Engineer |

| Your Mother's First Name | Your Father's First Name |
|---|---|
| Teresa | Enrique |

Give your name exactly as it appears on your Arrival/Departure Record (Form I-94)

Enrique Romero Pintado

| Place of Last Entry Into the United States (City/State) | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) |
|---|---|
| San Francisco, CA | |

| Were you inspected by a U.S. Immigration Officer?  ☒ Yes  ☐ No | L-1A |
|---|---|

| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
|---|---|
| 83756609 | Madrid |

| Date Visa Was Issued (mm/dd/yyyy)  10/30/2006 | Gender: ☒ Male  ☐ Female | Marital Status: ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes. If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (If you have none, write "none." If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| PEREZ SANCHEZ | Monica | No Middle Name | |
| Country of Birth | Relationship | A # | Applying with you? |
| Spain | Spouse | None Known | ☒ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? |
| | | | ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? |
| | | | ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? |
| | | | ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| | | | |
| Country of Birth | Relationship | A # | Applying with you? |
| | | | ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership, from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper and refer to "What Are the General Filing Instructions? Initial Evidence" to determine what documentation to include with your application. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:

   a. espionage? ☐ Yes ☒ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or recission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**Your registration with U.S. Citizenship and Immigration Services**

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested and removed from the United States."

**Selective Service Registration.**

The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: "I understand that my filing this adjustment of status application with U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**Applicant's Certification**

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X | Monica Perez Sanchez | 04/07/08 | (831) 775-0186 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form, if other than above. (sign below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date | Phone Number (Include Area Code) |
|---|---|---|---|
| | Douglas Halpert, Esq. | 4/4/2008 | (513) 977-8181 |

| Firm Name and Address | | E-Mail Address (if any) |
|---|---|---|
| Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | | |

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0008; Exp. 05/31/09

# G-325A, Biographic Information

| (Family Name) PEREZ SANCHEZ | (First Name) Monica | (Middle Name) No Middle | ☒ Male ☐ Female | Birth Date (mm/dd/yyyy) ████ 1974 | Citizenship/Nationality Spain | File Number A None Known |
|---|---|---|---|---|---|---|

| All Other Names Used (Including names by previous marriages) None | City and County of Birth Valencia  Spain | U.S. Social Security # (If any) ███-██-8776 |
|---|---|---|

| | Family Name | First Name | Date, City and Country of Birth (If known) | City and Country of Residence |
|---|---|---|---|---|
| Father | Perez Cortes | Jose | ████ 1997, Valencia, Spain | Valencia, Spain |
| Mother (Maiden Name) | Sanchez Gallen | Isabel | ████ 1946, Valencia, Spain | Valencia, Spain |

| Husband or Wife (If none, so state) Husband | Family Name (For wife, give maiden name) Romero Pintado | First Name Enrique | Birth Date (mm/dd/yyyy) ███/1972 | City and Country of Birth Valencia Spain | Date of Marriage 02/27/2008 | Place of Marriage California, USA |
|---|---|---|---|---|---|---|

| Former Husbands or Wives (If none, so state) Family Name (For wife, give maiden name) None | First Name | Birth Date (mm/dd/yyyy) | Date and Place of Marriage | Date and Place of Termination of Marriage |
|---|---|---|---|---|

Applicant's residence last five years. List present address first.

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| 1739 Independence Blvd.  #202 | Salinas | CA      93906 | USA | Jul | 2006 | Present Time | |
| Padre Urbano, 14 | Valencia | Valencia | Spain | May | 2003 | Jul | 2006 |

Applicant's last address outside the United States of more than one year.

| Street and Number | City | Province or State | Country | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|---|---|
| Padre Urbano, 14 | Valencia | Valencia | Spain | May | 2003 | Jul | 2006 |

Applicant's employment last five years. (If none, so state.) List present employment first.

| Full Name and Address of Employer | Occupation (Specify) | From Month | From Year | To Month | To Year |
|---|---|---|---|---|---|
| Salinas Union High School, 431 West Alisal Street, Salinas, CA, 93901, USA | Secondary Teacher | Jul | 2006 | Present Time | |
| Conselleria de Educacion, Avda. Campanor, 32, 46045, Valencia, Spain | Secondary Teacher | Sep | 2003 | Jul | 2006 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

Shown Above

| This form is submitted in connection with an application for: ☐ Naturalization ☐ Other (Specify): ☒ Status as Permanent Resident | Signature of Applicant X [signature] | Date X 04/07/08 |
|---|---|---|

Submit all copies of this form.    If your native alphabet is in other than Roman letters, write your name in your native alphabet below:  X

Penalties: Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact.

**Applicant:** Be sure to put your name and Alien Registration Number in the box outlined by heavy border below.

| Complete This Box (Family Name) PEREZ SANCHEZ | (Given Name) Monica | (Middle Name) No Middle Name | (Alien Registration Number) None Known |
|---|---|---|---|

(2) Rec. Br.    See Instructions on Page 5    Form G-325A (Rev. 07/14/06)Y Page 2



OMB No. 1651-0111

CBP Form I-94 (10/04)

STAPLE HERE

Departure Number

28026310718

I-94
Departure Record

19. Birth Date (Day/Mo/Yr)

14. Family Name
PEREZ SANCHEZ

15. First (Given) Name
MONICA

17. Country of Citizenship
SPAIN

See Other Side

Warning.- A nonimmigrant who accepts unauthorized employment is subject to deportation.

Important.- Retain this permit in your possession; you *must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from Department of Homeland Security, authorities is a violation of the law.

Surrender this permit when you leave the U.S.:

- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, area a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on Page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

N 000356 8996

Salinas Union High School District

Departure Record

Port:

Date:

Carrier:

Flight #/Ship Name:

INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:

Read this page and sign the Exchange Visitor Certification block on the bottom of page 1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

(a) TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT (SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT and PL 94-484, AS AMENDED):
RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for two years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill which is in short supply in their home country (these skills appear on the "Exchange Visitor Skills List") they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

(b) Extension of Stay/Program Transfers: A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

(c) Limitation of Stay: STUDENTS - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate; post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; FLIGHT TRAINEES - 24 months; TEACHERS, PROFESSORS, and RESEARCH SCHOLARS - 3 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS - 1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months; CAMP COUNSELOR- up to 4 months; SUMMER TRAVEL/WORK- up to 4 months; AU PAIR- 1 year; INTERN - up to 12 months.

(d) Documentation Required for Admission/Readmission as an Exchange Visitor: To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2) a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirement; (3) a properly executed Form DS-2019 (with 2-D barcode) which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form (see item 3 on page 1 of this form).

(e) Change of Visa Status: Exchange visitors (and dependents) are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(A) or an international organization(G) or member of the family or attendant of either of these types of officials or employees.

(f) Insurance: Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: (1) medical benefits of at least U.S. $50,000 per person per accident or illness; (2) repatriation of remains in the amount of U.S. $7,500; and (3) expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer (see item 7 on page 1 of this form).

2. EXCHANGE VISITOR CERTIFICATION: I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended (22 CFR Part 62). I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. I understand that it is my responsibility to maintain my exchange visitor status. For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

NOTICE TO ALL EXCHANGE VISITORS

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

*EXCEPT: Maximum validation period is up to six months for Short-term Scholars and four months for Camp Counselors and Summer Travel/Work.

---

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/RPS/DIR, Washington, D.C. 20520.

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-08-104-40381 | CASE TYPE   I612   APPLICATION TO WAIVE FOREIGN RESIDENCE REQUIREMENTS |
| RECEIPT DATE January 12, 2008 | PRIORITY DATE | APPLICANT PEREZ SANCHEZ, MONICA |
| NOTICE DATE January 16, 2008 | PAGE 1 of 1 | |

MONICA PEREZ SANCHEZ
1739 INDEPENDENCE BLVD. #202
SALINAS CA 93906

Notice Type: Approval Notice

The United States Information Agency, based upon a "No Objection" statement from the government of your nationality, has recommended that you and any members of your immediate family be granted a waiver of the two-year foreign residence requirement of Section 212(e) of the Immigration and Nationality Act, as amended. This recommendation only refers to the two-year foreign residence obligation which was incurred by virtue of your current or prior nonimmigrant status as a J-1 Exchange Alien.

Accordingly, upon consideration of the evidence of record, and on the basis of the favorable recommendation of the United States Information Agency, you, and any members of your immediate family who have become subject to the two-year foreign residence requirement solely based on their relationship to you, are hereby granted a waiver of the two year foreign residence requirement of Section 212(e) of the Act.

Please note that if any member of your immediate family has incurred an obligation to fulfill the two-year foreign residence requirement of Section 212(e) of the Act based on his or her own current or prior nonimmigrant status as a J-1 Exchange Alien, that family member will need to request a separate waiver in his or her own behalf to remove that obligation.

This completes our action on this application. The back of this form contains additional general information. If you have any further questions, please call your local Immigration office.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

❂ *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

❂ *You will be notified separately about any other applications or petitions you have filed.*

## Additional Information

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRANT PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

U.S. Department of State

# CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS

OMB APPROVAL NO. 1405-0119
EXPIRES: 01/30/2008
ESTIMATED BURDEN TIME: 45 min
*See Page 2

1. Family Name: **Pérez Sánchez**   First Name: **Monica**   Middle Name:   Gender: **FEMALE**   N00001568996

Date of Birth (mm-dd-yyyy): **05-09-1974**   City of Birth: **Valencia**   Country of Birth: **SPAIN**   Citizenship Country Code: **SP**   Citizenship Country: **SPAIN**   J-1

Legal Permanent Residence Country Code: **SP**   Legal Permanent Residence Country: **SPAIN**   Position Code: **222**   Position: **SECONDARY SCHOOL TEACHER OR STAFF**

U.S. Address: **431 West Alisal Street**
**Salinas Union High School District, HR**
**Salinas, CA 93901**

2. Program Sponsor: **California Department of Education**   Exchange Visitor Program Number: **G-5-00301**

Participating Program Official Description: **TEACHER**

Purpose of this form: **Begin new program; accompanied by number (0) of immediate family members.**

3. Form Covers Period:   From (mm-dd-yyyy): **07-21-2006**   To (mm-dd-yyyy): **09-01-2007**

4. Exchange Visitor Category: **TEACHER**   Subject/Field Code: **13.1205**   Subject/Field Code Remarks: **To provide mathematics instruction.**

5. During the period covered by this form, the total estimated financial support in U.S. $) is to be provided to the exchange visitor by:
The Exchange Visitor's Government : $500.00
Salinas Union High School District : $41,833.00
Personal Funds : $4,000.00
Total : $66,333.00

6. U.S. DEPARTMENT OF STATE / INS USE OR CERTIFICATION BY RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE).

JUL 31 2006

7. **Edda Caraballo**
Name of Official Preparing Form
**1430 N Street, Suite 6408**
**Sacramento, CA 95814**
Address of Responsible Officer or Alternate Responsible Officer

Signature of Responsible Officer or Alternate Responsible Officer

Responsible Officer
Title
**916-319-0396**
Telephone Number
**06-14-2006**
Date (mm-dd-yyyy)

8. Statement of Responsible Officer for Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm-dd-yyyy): _____ Transfer of this exchange visitor from program number _____ sponsored by _____ to the program specified in item 2 is necessary or highly desirable and it is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

Signature of Responsible Officer or Alternate Responsible Officer   Date (mm-dd-yyyy) of Signature

PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212 OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED (see Item 1(d) of page 2.)

The Exchange Visitor in the above program:
1. ☐ Not subject to the two-year residence requirement.
2. ☒ Subject to two-year residence requirement based on:
   A. ☒ Government financing and/or
   B. ☐ The Exchange Visitor Skills List and/or
   C. ☐ PL 94-484 as amended

(ALL USAID PARTICIPANTS G-2-0263 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-1510 ARE SUBJECT TO THE TWO-YEAR HOME RESIDENCE REQUIREMENT.)

**Michael Broadcamp**   **Vice Consul**
Name   Title
Signature of Consular or Immigration Officer   **7/16/2006**

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212 (e).

TRAVEL VALIDATION BY RESPONSIBLE OFFICER
(Maximum validation period is 365 days.)

*EXCEPT: Maximum validation period is up to six months for Short-term Scholars and four months for Camp Counselors and Summer Travel/Work.

(1). Exchange Visitor is in good standing at the present time
**09-01-2007**
Date (mm-dd-yyyy)
Signature of Responsible Officer or Alternate Responsible Officer

(2) Exchange Visitor is in good standing at the present time
Date (mm-dd-yyyy)
Signature of Responsible Officer or Alternate Responsible Officer

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement on item 2 on page 2 of this document.

Signature of Applicant   **Madrid**   **10/07/06**
Place   Date (mm-dd-yyyy)

US-2019 (formerly IAP-66)
10-2001

Page 1 of 2



*Embajada de España*
WASHINGTON

CONSEJERIA DE EDUCACION

EMBASSY OF SPAIN – EDUCATION OFFICE
2375 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20037-1736
TEL: (202) 728-2335     FAX: (202) 728-2313

Washington, D.C.  December 28, 2007

CA/VO/L/W, VISA SERVICES
U.S. DEPARTMENT OF STATE
2401 E Street, N.W. (SA-1)
WASHINGTON, D.C. 20522-0106

The Embassy of Spain presents its compliments to the U.S. Department of State, Bureau of Consular Affairs, Waiver Review Division, and has the honor to communicate that the Spanish Government has no objection to the U.S. Government waiving the two-year home-country physical presence requirement, as established by section 212 (e) of the Immigration and Nationality Act, for Ms. Monica Perez Sanchez.  Ms. Perez Sanchez is an exchange visitor participating in program number G-5-00301. We understand that Ms. Perez Sanchez will be applying for a change of status and may remain permanently in the United States.

FULL NAME:
ADDRESS:                       Monica Perez Sanchez
                               1739 Independence Blvd. # 202
                               Salinas, CA 93906

DATE OF BIRTH:                 ████████, 1974
PLACE OF BIRTH:                Valencia, Spain
CASE FILE NUMBER:              853477

Miguel Martínez López
Education Counselor



United States Department of State

*Washington, D.C. 20520*

*www.state.gov*

January 11, 2008

Mr. Donald Neufeld, Service Center Director
California Service Center
DHS/USCIS
Attn: 212(e) Adjudications - Division V ACD
P.O. Box 30111
Laguna Niguel, CA 92607-0111

Re: DoS# 853477, Perez Sanchez, Monica   DOB: ▆▆▆▆, 1974  COB: Spain  COR: Spain

Subject: <u>212(e) Waiver</u> Recommendation based on a(n) <u>No Objection</u> application

Dear Director Neufeld:

After a thorough review of the request, the Department recommends to the U.S.C.I.S. that the exchange visitor and members of the immediate family, if applicable, be  <u>GRANTED</u>  a waiver. Please note this does not include any member of the family who is subject to the residence requirement as a result of his or her own J-1 visa status.

Any other existing application(s) submitted to the Department, for the exchange visitor will now be closed. This concludes the Department's involvement in this case. Any further action concerning this waiver falls under the jurisdiction of the U.S.C.I.S.

Sincerely,

*Pharas L. Davis*
PHARAS DAVIS
Waiver Review Division

cc:    Embassy of Spain
       Perez Sanchez, Monica
       G-5-00301

Enc:   No Objection Statement
       DS-3035

# EVIDENCE OF IMMIGRATION HISTORY

[IN REVERSE CHRONOLOGICAL ORDER]

## Monica Sanchez Perez

## DPOB:  ▨▨▨/1974; Spain

- Copy of Form I-797, Approval Notice, issued on 01/12/2008 granting a waiver of the two-year residence requirement (Section 212(e)) with respect to my J-1 status.

- Copy of letters from the United States Embassy in Madrid and the United States Department of State, issued on 12/28/2007 and 01/11/2008 respectively, recommending that I be granted a waiver of the two-year residence requirement (Section 212(e)) with respect to my J-1 status.

- Copy of I-94 card showing my most recent entry into the United States on 01/04/2008 in J-1 status valid to Duration of Status (visa expires on 07/21/2009).

- Copy of the United States immigration admission stamp on page 10 of my passport showing my entry into the United States in J-1 classification on 01/04/2008.

- Copy of J-1 visa issued by the United States Embassy in Madrid on 07/16/2007 valid to 07/21/2009 on page 11 of my passport.

- Copy of Form DS-2019 (formerly Form IAP-66) authorizing my employment in the United States in J-1 status dated 07/01/2006 (this was the basis for obtaining my J-1 visa at the United States Embassy in Madrid).

- Copy of my passport.

X _____
MONICA SANCHEZ PEREZ

X _04/07/08_____
Date

1469632v1 3



U.S. Department of State

# CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS

OMB APPROVAL NO.1405-0119
EXPIRES: 04/30/2008
ESTIMATED BURDEN TIME 45 min
*See page 2*

| 1. Family Name: Perez Sánchez | First Name: Monica | Middle Names: | Gender: FEMALE | N00002568996 |
|---|---|---|---|---|

| Date of Birth(mm/dd/yyyy): 1974 | City of Birth: Valencia | Country of Birth: SPAIN | Citizenship Country Code: SP | Citizenship Country: SPAIN | J-1 |

| Legal Permanent Residence Country Code: SP | Legal Permanent Residence Country: SPAIN | Position Code: 222 | Position: SECONDARY SCHOOL TEACHER OR STAFF |

U.S. Address: 431 West Alisal Street
Salinas Union High School District, HR
Salinas, CA 93901

2. Program Sponsor: California Department of Education

Exchange Visitor Program Number: G-3-00301

Participating Program Official Description:
TEACHER

Purpose of this form: Begin new program; accompanied by number (0) of immediate family members.

| 3. Form Covers Period: | 4. Exchange Visitor Category: TEACHER |
|---|---|
| From (mm/dd/yyyy): 07-21-2006 | Subject/Field Code: 19.1205 | Subject/Field Code Remarks: To provide mathematics instruction. |
| To (mm/dd/yyyy): 09-01-2006 | | |

5. During the period covered by this form, the total estimated financial support(in U.S.$) is to be provided to the exchange visitor by:
The Exchange Visitor's Government = $500.00
Salinas Union High School District = $41,833.00
Personal funds = $4,000.00
Total : $46,333.00

6. U.S. DEPARTMENT OF STATE / INS USE OR CERTIFICATION BY RESPONSIBLE OFFICER THAT A NOTIFICATION COPY OF THIS FORM HAS BEEN PROVIDED TO THE U.S. DEPARTMENT OF STATE (INCLUDE DATE).

JUL 2 4 2006

7. Edda Caraballo

Name of Official Preparing Form
1430 N Street, Suite 6408
Sacramento, CA 95814
Address of Responsible Officer or Alternate Responsible Officer

Signature of Responsible Officer or Alternate Responsible Officer

Responsible Officer
Title
916-319-0396
Telephone Number
06-14-2006
Date (mm/dd/yyyy)

8. Statement of Responsible Officer or Releasing Sponsor (FOR TRANSFER OF PROGRAM)
Effective date (mm/dd/yyyy): _____ Transfer of this exchange visitor from program number _____ sponsored by _____ to the program specified in item 2 is necessary or highly desirable and is in conformity with the objectives of the Mutual Educational and Cultural Exchange Act of 1961, as amended.

Signature of Responsible Officer or Alternate Responsible Officer          Date (mm/dd/yyyy) of Signature

PRELIMINARY ENDORSEMENT OF CONSULAR OR IMMIGRATION OFFICER REGARDING SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED. (see item 1(b) of page 2)
The Exchange Visitor in the above program:

1. [ ] Not subject to the two-year residence requirement.
2. [ ] Subject to two-year residence requirement based on: (ALL USAID PARTICIPANTS G-1-0261 AND ALL ALIEN PHYSICIANS SPONSORED BY P-3-1510 ARE SUBJECT TO THE TWO-YEAR-HOME RESIDENCE REQUIREMENT)
   A. [✓] Government financing and/or
   B. [ ] The Exchange Visitor Skills List; and/or
   C. [ ] PL 94-484 as amended

Michael Braverkamp
Name
Signature of Consular or Immigration Officer

Vice Consul
Title
7/10/2006

TRAVEL VALIDATION BY RESPONSIBLE OFFICER
(Maximum validation period is one year)

EXCEPT: Maximum validation period is up to six months for Short-term Scholars and four months for Camp Counselors and Summer Travel/Work.

(1) Exchange Visitor is in good standing at the present time

08-01-2007
Date (mm/dd/yyyy)
Signature of Responsible Officer or Alternate Responsible Officer

(2) Exchange Visitor is in good standing at the present time

Date (mm/dd/yyyy)
Signature of Responsible Officer or Alternate Responsible Officer

THE U.S. DEPARTMENT OF STATE RESERVES THE RIGHT TO MAKE FINAL DETERMINATION REGARDING 212(e).

EXCHANGE VISITOR CERTIFICATION: I have read and agree with the statement on item 2 on page 2 of this document.

Signature of Applicant          Madrid          10/07/06
                                  Place            Date (mm/dd/yyyy)

DS-2019 (formerly IAP-66)
10-2001

Page 1 of 2

INSTRUCTIONS FOR AND CERTIFICATION BY THE ALIEN BENEFICIARY NAMED ON PAGE 1 OF THIS FORM:

Read this page and sign the Exchange Visitor Certification block on the bottom of page1 and prior to presentation to a United States Consular or Immigration Official.

1. I understand that the following conditions are applicable to exchange visitors:

(a) TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT (SECTION 212(e) OF THE IMMIGRATION AND NATIONALITY ACT AND PL 94-484, AS AMENDED):

RULE: Exchange visitors whose programs are financed in whole or in part, directly or indirectly by either their government or by the U.S. Government, are required to reside in their home-country for two years following completion of their program before they are eligible for immigrant status, temporary worker (H) status, or intracompany transferee (L) status. Likewise, if exchange visitors are acquiring a skill which is in short supply in their home country (these skills appear on the "Exchange Visitor Skills List") they will be subject to the same two-year home-country residence requirement. The requirement also is applicable to alien physicians entering the United States to receive graduate medical education or training. The U.S. Department of State reserves the right to make the final determination regarding 212(e).
NOTE: MARRIAGE TO A U.S. CITIZEN OR LEGAL PERMANENT RESIDENT, OR BIRTH OF A CHILD IN THE UNITED STATES DOES NOT REMOVE THIS REQUIREMENT.

(b) Extension of Stay/Program Transfers: A completed Form DS-2019 is required in order to apply for a program extension or program transfer, and must be obtained from or with the assistance of the sponsor.

(c) Limitation of Stay: STUDENTS - as long as they pursue a full course of study towards a degree, or if engaged full-time in a non-degree program, up to 24 months. Students for whom the sponsor recommends academic training may be permitted to remain for an additional period of up to 18 months after receiving their degree or certificate; post-doctoral academic training may be approved by the sponsor for a period not to exceed 36 months; SECONDARY STUDENTS - up to 1 academic year; TRAINEES - 18 months; FLIGHT TRAINEES - 24 months; TEACHERS, PROFESSORS, and RESEARCH SCHOLARS - 3 years; SHORT-TERM SCHOLARS - 6 months; SPECIALISTS - 1 year; INTERNATIONAL VISITORS - 1 year; ALIEN PHYSICIAN - the time typically required to complete the medical specialty involved but limited to 7 years with the possibility of extension if approved by the U.S. Department of State; GOVERNMENT VISITOR - up to 18 months; CAMP COUNSELOR- up to 4 months; SUMMER TRAVEL/WORK- up to 4 months; AU PAIR- 1 year; INTERN- up to 12 months.

(d) Documentation Required for Admission/Readmission as an Exchange Visitor: To be eligible for admission to the United States, an exchange visitor must present the following at the port of entry: (1) a valid nonimmigrant visa, unless exempt from nonimmigrant visa requirements; (2) a passport valid for 6 months beyond the anticipated period of admission, unless exempt from passport requirements; (3) a properly executed Form DS-2019 (with 2-D barcode) which must be retained by the exchange visitor for readmission within the period of previously authorized stay. Exchange visitors are permitted to travel abroad and maintain status (e.g., obtain a new visa) under duration of the program as indicated by the dates on this form (see item 3 on page 1 of this form).

(e) Change of Visa Status: Exchange visitors (and dependents) are expected to leave the United States upon completion of their program objective. Exchange visitors who are subject to the two-year home-country physical presence requirement are not eligible to change their status while in the United States to any other nonimmigrant category except, if applicable, that of official or employee of a foreign government(A) or an international organization(G) or member of the family or attendant of either of these types of officials or employees.

(f) Insurance: Exchange visitors are required to have medical insurance in effect for themselves and any accompanying spouse and minor children on J visas for the duration of their exchange program. At a minimum, insurance coverage shall include: (1) medical benefits of at least U.S. $50,000 per person per accident or illness; (2) repatriation of remains in the amount of U.S. $7,500; and (3) expenses associated with medical evacuation in the amount of U.S. $10,000. A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds U.S. $500 per accident or illness, and must meet other standards specified in the Exchange Visitor Program regulations, 22 CFR Part 62.14. For details, consult your program's Responsible Officer (see item 7 on page 1 of this form).

2. EXCHANGE VISITOR CERTIFICATION: I have read and understand the foregoing, including the Two-Year Home-Country Physical Presence Requirement, and agree to comply with the Exchange Visitor Program regulations, as amended (22 CFR Part 62). I certify that all the information on the Form DS-2019 is true and correct to the best of my knowledge. I agree that I will maintain compliance with the insurance regulations as specified in 22 CFR 62.14, including maintaining health insurance coverage for myself and my J-2 dependents throughout my J-1 program. I understand that it is my responsibility to maintain my exchange visitor status. For the purposes of 20 U.S.C. 1232g and 22 CFR 62, I authorize the U.S. Department of State-designated sponsor and any educational institution named on the Form DS-2019 to release information to the U.S. Department of State relating to compliance with Exchange Visitor Program regulations.

NOTICE TO ALL EXCHANGE VISITORS

To facilitate your readmission to the United States after a visit in another country other than a contiguous territory or adjacent islands, you should have the Responsible Officer of your sponsoring organization indicate on the TRAVEL VALIDATION BY RESPONSIBLE OFFICER or Alternate Responsible Officer section of the Form DS-2019 that you continue to be in good standing.

The signature of the Responsible Officer or the Alternate Responsible Officer on the Form DS-2019 is valid for up to one year* or until the end date in item 3 on page 1 of this Form, or to the validation date authorized by the Responsible Officer, whichever occurs sooner.

*EXCEPT: Maximum validation period is up to six months for Short-term Scholars and four months for Camp Counselors and Summer Travel/Work.

* Under the Mutual Educational and Cultural Exchange Act of 1961, as amended, the U.S. Department of State has been delegated the authority to designate Exchange Visitor Programs for U.S. Government agencies, and for public and private educational and cultural exchange organizations. The information is used by Exchange Visitor Program sponsors to appropriately identify an individual seeking to enter the United States as an exchange visitor. The completed form is sent to the prospective exchange visitor abroad, who takes it to the U.S. Consulate (Embassy) to secure an exchange visitor (J-1, J-2) visa. Responses are mandatory. An Agency or organization may not conduct or sponsor, and the respondent is not required to respond to a collection of information unless it displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, researching existing data sources, gathering and maintaining the data needed, completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of State, A/RPS/DIR, Washington, D.C. 20520.

DS-2019
02-2006

Page 2 of 2



3

Página reservada a las autoridades competentes para expedir el pasaporte /
Amtliche Vermerke / Forbeholdt de pasudstedende myndigheder /
Page réservée aux autorités compétentes pour délivrer le passeport /
Προορίζεται για τις Αρχές που είναι αρμόδιες για την έκδοση του
διαβατηρίου / Page reserved for issuing authorities /
Leathanach curtha in áirithe do na húdaráis eisiúna /
Pagina riservata all'autorità / Opmerkingen van bevoegde instanties /
Página reservada às autoridades / Viranomaisia varten /
Myndighets noteringar

AD 458073 S





## RECOMENDACIONES





TOMO: 3007£-F          PÀGINA:  16

N.º 2047627

FÓRMULA A

| 1 | **ESTADO:**<br>ÉTAT: ESPAÑA | | 2 | **REGISTRO CIVIL DE**<br>SERVICE DE L'ÉTAT CIVIL DE    VALENCIA |

| 3 | **CERTIFICACIÓN DEL ACTA DE NACIMIENTO N.º**<br>EXTRAIT DE L'ACTE DE NAISSANCE N.º |

| 4 | **FECHA Y LUGAR DE NACIMIENTO**<br>DATE ET LIEU DE NAISSANCE | Jo | Mo | An | | VALENCIA, VALENCIA |

| 5 | **APELLIDOS**<br>NOM | PÉREZ SANCHEZ |

| 6 | **NOMBRE PROPIO**<br>PRÉNOMS | MÓNICA |

| 7 | **SEXO**<br>SEXE   F | 8 | **PADRE**<br>PÈRE | 9 | **MADRE**<br>MÈRE |

| 5 | **APELLIDOS**<br>NOM | PÉREZ CORTÉS | SANCHEZ GALLEN |

| 6 | **NOMBRE PROPIO**<br>PRÉNOMS | JOSÉ | MARIA ISABEL |

| 10 | **OTROS DATOS DEL ACTA**<br>AUTRES ÉNONCIATIONS DE L'ACTE |

| 11 | **FECHA DE EXPEDICIÓN,**<br>**FIRMA Y SELLO**<br>DATE DE DÉLIVRANCE,<br>SIGNATURE, SCEAU | Jo | Mo | An | |

ENRIQUE FERRER VANACLOCHA

**SÍMBOLOS / SYMBOLES / ZEICHEN / SYMBOLS / ΣΥΜΒΟΛΑ / SIMBOLI / SYMBOLEN / SIMBOLOS / ISARETLER / SIMBOLI**

— **Jo:** Día / Jour / Tag / Day / Ήμέρα / Giorno / Dag / Dia / Gün / Dan
— **Mo:** Mes / Mois / Monat / Month / Μην / Mese / Maand / Més / Ay / Mesec
— **An:** Año / Année / Jahr / Year / Έτος / Anno / Jaar / Ano / Yil / Godina
— **M:** Masculino / Masculin / Mannlich / Masculine / Άρρεν / Maschile / Mannelijk / Masculino / Erkek / Muški
— **F:** Femenino / Féminin / Weiblich / Feminine / Θηλυ / Femminile / Vrouwelijk / Femenino / Kadin Ženski
— **Mar:** Matrimonio / Mariage / Eheschließung / Marriage / Γάος / Matrimonio / Huwelijk / Casamento / Evlenme / Zaključenje braka
— **Sc:** Separación personal / Séparation de corps / Trennung von Tisch und Bett / Legal separation / Χωρισμος ἀπο τραπεζης και κοιτης /
   Separacione personale / Scheiding van tafel en bed / Separação de pessoas e bens / Ayrilik / Fizička rastava
— **Div:** Divorcio / Divorce / Scheidung / Divorce / Διαζυγιον / Divorzio / Echtscheiding / Divórcio / Bosanma / Razvod
— **A:** Anulación / Annulation / Nichtigerklärung / Annulment / Άκυρωσις / Annullamento / Nietigverklaring / Anulação / İptal / Poništenje
— **D:** Defunción / Décès / Tod / Death / Θανατος / Morte / Overlijden / Óbito / Ölümu / Smrt
— **Dm:** Defunción del marido / Décès du mari / Tod des Ehemanns / Death of the husband / Θάνατος του συζυγου / Morte del marito /
   Overlijden van de man / Óbito do marido / Kocanin ölümü / Smrt muža
— **Df:** Defunción de la mujer / Décès de la femme / Tod der Ehefrau / Death of the wife / Θάνατος της συζυγου / Morte della moglie /
   Overlijden van de vrouw / Óbito da muther / Karinin ölümü / Smrt žene





















30  VISADOS
    VISAS

El titular figura inscrito como residente
con el Nº ........................ en el
Registro de Matrícula del Consulado General
de España en San Francisco
desde el ........................ 2006

FERNANDO DE NUÑES IBARRA
CANCILLER

Consulado General de España
1405 Sutter Street
San Francisco, CA 94109
Tel. (415) 922-2995
Fax (415) 931-9706
(horario al público: 9 am - 2 pm)

A EFECTOS DE PODER ASISTIRLE DEBIDAMENTE, LE
AGRADECERÍAMOS TOME EN CUENTA LO SIGUIENTE:

• Notificar cualquier cambio en sus datos personales o
  filiatorios (domicilio, teléfono, etc.)
• Si se traslada definitivamente a España debe solicitar su
  baja consular en este consulado.
• Si se traslada a otro país con otra jurisdicción consular debe
  inscribirse en el Consulado General que le corresponda.
• La renovación del pasaporte debe hacerse en el
  Consulado General al que la aplicación consular donde
  resida. Si por motivos extraordinarios lo renueva en otra
  jurisdicción consular o el de su país, debe notificar en cuanto
  pueda a este Consulado General, donde esta inscrito.

GRACIAS.

                    Departamento de Nacionales



CERTIFICACIÓN EXPEDIDA EN APLICACIÓN DEL CONVENIO FIRMADO EN VIENA EL 8 DE SEPTIEMBRE DE 1976
EXTRAIT DÉLIVRÉ EN APPLICATION DE LA CONVENTION SIGNÉE À VIENNE LE 8 SEPTEMBRE 1976
AUSZUG AUSGESTELLT GEMÄß DEM ÜBEREINKOMMEN VON WIEN VOM 8 SEPTEMBER 1976
EXTRACT ISSUED IN PURSUANCE OF THE CONVENTION SIGNED AT VIENNA ON SEPTEMBER 8, 1976
ΑΠΟΣΠΑΣΜΑ ΧΟΡΗΓΟΥΜΕΝΟΝ ΚΑΤ' ΕΦΑΡΜΟΓΗΝ ΤΗΣ ΕΜΒΑΣΕΩΣ ΤΗΣ ΒΙΕΝΝΗΣ ΤΗΣ 8 ΣΕΠΤΕΜΒΡΙΟΥ 1976
ESTRATTO RILASCIATO IN APPLICAZIONE DELLA CONVENZIONE FIRMATA A VIENNA IL 8 SETTEMBRE 1976
UITTREKSEL AFGEGEVEN INGEVOLGE DE OVEREENKOMST ONDERTEKEND TE WENEN OP 8 SEPTEMBER 1976
CERTIDÃO EMITIDA AO ABRIGO DA CONVENÇÃO ASSINADA EM VIENA AOS 8 DE SETEMBRO DE 1976
VIYANADA 8 EYLÜL 1976 TARIHINDE IMZALANAN SÖZLESME UGARINCA VERILEM ÖRNEK
IZVOD IZDAT NA OSNOVU PRIMJENE KONVENCIJE POTPISANE U BEČU 8 SEPTEMBRA 1976

| | |
|---|---|
| 1 | Staat / Country / Κρατος / Stato / Staat / Estado / Devlet / Država |
| 2 | Standesamtsbehörde / Civil Registry Office of / Ληξιαρχικη Αρξητου (ή τῆς η τῶν) / Servizio dello stato civile / Dienst van de burgerlijke sand van / Serviços do registo civil de / Nufus Idaresi / Matična služba |
| 3 | Auszug aus dem Geburtseintrag Nr. / Extract from birth registration no. / Ἀποσπασμα ληξιαρχικῆς πραξεως γεννησεως αρθ / Estratto dell'atto di nascita n. / Uittreksel uit de geboorteakte nr, / Certidão do assento do nascimento n.° / Doğum sicilli orneği No. / Izvod iz matične knjige rodjenih br. |
| 4 | Tag und Ort der Geburt / Date and place of birth / Χρονολογια χαι τόπος γεννησεω / Data e luogo di nascita / Geboortedatum en plaats Data e lugar do nascimento / Doğum yeri ve tarihi / Datum i mjesto rodjenja |
| 5 | Name / Name / Ἐκωνυμον / Cognome / Naam / Apelidos / Soyadi / Prezime |
| 6 | Vornamen / Forenames / Ὀνοματα / Prenomi / Voornamen / Nome próprio / Adi / Ime |
| 7 | Geschlecht / Sex / Φυλον / Sesso / Geslacht / Sexo / Cinsiyeti / Pol |
| 8 | Vater / Father / Πατηρ / Padre / Vader / Pai / Baba / Otac |
| 9 | Mutter / Mother / Μητηρ / Madre / Moeder / Mãe / Ana / Majka |
| 10 | Andere Angaben aus dem Eintrag / Other particulars of the registration / Ἕτεραι εγγραφαι τῆς πραξεως / Altre enunciazioni dell'atto / Andere vermeldingen van de akte / Outros elementos do assento / Işleme ait diger bilgiler / primjedbe i ispravke |
| 11 | Tag der Ausstellung, Unterschrift, Siegel / Date of issue, signature, seal / Χρονολογια εκδοσεως, υπογραφη, σφραγις / Data di rilascio, firma, bollo / Datum van afgifte, handtekening, zegel / Data de emissão, assinatura, selo / Verilis tarihi, imza, muhur / Datum izdavanja, potpis, zig |

Según los artículos 3, 4, 5 y 7 del presente Convenio:
— Las certificaciones se escribirán en caracteres latinos de imprenta, podrán, además, escribirse en los caracteres del idioma que ya haya sido utilizado para la redacción del acta a que se refieren.
— Las fechas se escribirán en cifras arábigas que indiquen sucesivamente, bajo los símbolos Jo, Mo y An, el día, mes y año. El día y el mes se indicarán con dos cifras y el año con cuatro cifras. Los nueve primeros días del mes y los nueve primeros meses del año se indicarán mediante cifras que vayan del 01 al 09.
— El nombre de toda localidad irá seguido del nombre del Estado en que dicha localidad esté situada, cuando ese Estado no sea el mismo en que se haya expedido la certificación de extracto.
— Los símbolos MAR, SC, DIV, A, D, DM y DF irán seguidos de la fecha y localidad del hecho. El símbolo MAR irá seguido, además, de los apellidos y nombre del cónyuge.
— Si el original del acta no permite rellenar una casilla o una parte de la casilla, éstas se inutilizarán con rayas.
— La adición de otras casillas o símbolos estará sometida al acuerdo previo de la Comisión Internacional del Estado Civil.

CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### SAN JOSE, CALIFORNIA

LICENSE AND CERTIFICATE OF MARRIAGE

4200843 000753

ENRIQUE

ROMERO PINTADO

SPAIN

L739 INDEPENDENCE BLVD. #202

SALINAS    CA    93906

ENRIQUE ROMERO CASTRO    SPAIN

TERESA PINTADO NARBOUES    SPAIN

MONICA

PEREZ SANCHEZ

04/19/1977    SPAIN

L739 INDEPENDENCE BLVD. #202

SALINAS    CA    93906

JOSE PEREZ CORTES    SPAIN

ISABEL SANCHEZ AUREN    SPAIN

02/11/2008    05/11/2008    REGINA ALCOMENDRAS

SANTA CLARA    70 W. HEDDING ST., SAN JOSE, CA., 95110

JAVIER SANCHEZ NIETO

670 2ND AVE #9    SAN FRANCISCO, CA. 94118

EVAN FISHER

635 8th St. #1    San Francisco, CA 94118

02/27/2008    SAN FRANCISCO    SAN FRANCISCO

JOANNA McCLURE    DEPUTY MARRIAGE COMMISSIONER

S.F. CITY HALL, ROOM 168, SAN FRANCISCO, CA 94102

REGINA ALCOMENDRAS

MAR 06 2008

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA } SS

I, Regina Alcomendras, Santa Clara County Clerk-Recorder, do hereby certify that
this is a true and exact reproduction of the document officially registered in my office.

Witness my hand and official seal this __12th__ day

of __March__ 20 08



REGINA ALCOMENDRAS,
COUNTY CLERK-RECORDER

By _____ Deputy



*R0110426 4*

This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder.

PEREZ- SANCHEZ  MONICA
DOB  04-19-1974



Santa Lucia Medical Group, Inc.
1336 Natividad Road
Salinas, CA 93906

Santa Lucia Med. Group
1338 Natividad Rd.
Salinas, CA 93906
(831) 754-4444

Santa Lucia Med. Group
1338 Natividad Rd.
Salinas, CA 93906
(831) 754-4444

Santa Lucia Med. Group
1338 Natividad Rd.
Salinas, CA 93906
(831) 754-4444

Santa Lucia Med. Group
1338 Natividad Rd.
Salinas, CA 93906
(831) 754-4444



April 4, 2008

U.S. Citizenship & Immigration Services
ATTN: FBASI
427 S. LaSalle - 3rd Floor
Chicago, Illinois 60605-1029

      RE:    Permanent Resident Application for Enrique ROMERO PINTADO

Dear Sir/Madam:

    The purpose of this letter is to confirm that Enrique Romero Pintado has been employed on a full-time (40 hour per week) basis by Analog Devices, Inc., 3550 North First Street, San Jose, California 95134, since November 2006 to present, in the functional managerial position of IC Design Engineer.

    In this capacity, Mr. Romero Pintado's duties include managing the functions of new product development and release of new products to manufacturing for the power and Thermal Management Product line. Mr. Romero Pintado provides leadership and directs product development projects teams, composed of seven to eight engineers per team, dedicated to the development and release of Integrated Circuits for this product line. He also establishes and oversees the implementation of new product development schedules and spearheads new product evaluation activities.

    In this role, Mr. Romero Pintado will continue to be compensated at a rate not less than $90,000 per annum.

      Very truly yours,

      ANALOG DEVICES, INC.

      *Nancy A Pastore*

      Nancy A. Pastore
      Corporate Immigration Manager

NAP/bjg/dab
1469632v1.6

Dinsmore&Shohl LLP
ATTORNEYS

COPY FOR YOUR
INFORMATION

Douglas Halpert
513-977-8181
douglas.halpert@dinslaw.com
http://immigration.dinslaw.com

March 17, 2008

**VIA FEDEX #791022936015**
U.S. Department of State
KENTUCKY CONSULAR CENTER (KCC)
3505 N. Highway 25 W
Williamsburg, Kentucky  40769

RE:     Enrique ROMERO PINTADO - Principal ("A" Number Unknown)
        Monica PEREZ SANCHEZ - Spouse ("A" Number Unknown)
        Case Number:  2008EU00019567
        <u>**2008 DIVERSITY IMMIGRANT VISA PROGRAM WINNER -- INITIAL
        REGISTRATION DOCUMENTS, AND ADDITION OF WIFE TO CASE**</u>

Dear Sir or Madam:

        As instructed by the enclosed copy of your letter dated April 25, 2007, we have enclosed the
following items:

- ❑  **Barcode Sheet** issued by Kentucky Consular Center ("KCC") to Mr. Romero Pintado;
- ❑  **Copy of DV-2008 Selection Letter** issued by KCC to Mr. Romero Pintado;
- ❑  **Signed G-28 Notice of Appearance by Attorneys** signed by Mr. Romero Pintado;
- ❑  **DSP-122** completed and signed by Enrique Romero Pintado;
- ❑  **DS 230 Part I** completed and signed by  Enrique Romero Pintado;
- ❑  **DS 230 Part II** for Enrique Romero Pintado;
- ❑  **Photo** of Enrique Romero Pintado;
- ❑  **Marriage Certificate showing that Mr. Romero Pintado married Ms. Monica Perez Sanchez
  after selection in the DV-2008 Lottery;**
- ❑  **Signed G-28 Notice of Appearance** signed by Ms. Monica Perez Sanchez;
- ❑  **DS-230 Part 1** completed and signed by Ms. Monica Perez Sanchez; and
- ❑  **DS-230 Part 2** of Ms. Monica Perez Sanchez.

**Pursuant to our phone conference with your office about Mr. Romero Pintado's marriage to Ms. Perez
Sanchez, please add her as a derivative Applicant in your records.**

        **The Romero Pintado family is electing to file for adjustment of status with U.S. Citizenship and
Immigration Services.**  We request that a barcode sheet be issued on behalf of his spouse, Monica Perez
Sanchez for inclusion with her derivative application.  We have enclosed a pre-paid, pre-addressed return
FedEx envelope to accelerate this step since we plan to file their applications during the first week in April.

255 East Fifth Street, Suite 1900  Cincinnati, OH  45202
513.977.8200  513.977.8141 fax  www.dinslaw.com

U.S. Department of State/KCC
March 17, 2008
Page Two


     Thank you for your assistance and cooperation in this matter.  Please contact us if you need any additional information prior to the scheduling of the interview.

               Very truly yours,

               DINSMORE & SHOHL LLP

               Douglas Halpert

DH/bjg/dab
Enclosures
cc:    Mr. Enrique Romero (w/encls.)
       Analog Devices, Inc. (w/encls.)
1469632v1.4-5

Dinsmore&Shohl LLP



U.S. Department of State

OMB APPROVAL NO. 1405-0015
EXPIRES: 05/30/2010
ESTIMATED BURDEN: 1 HOUR
(See Page 2)

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

## PART I. BIOGRAPHIC DATA

**INSTRUCTIONS:** Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form.

**WARNING:** Any false statement or concealment of a material fact may result in your permanent exclusion from the United States.

This form (DS-230 PART I) is the first of two parts. This part, together with Form DS-230 PART II, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 1. Family Name | First Name | Middle Name |
|---|---|---|
| PEREZ SANCHEZ | Monica | No Middle Name |

**2. Other Names Used or Aliases** (If married woman, give maiden name)
N/A

**3. Full Name in Native Alphabet** (If Roman letters not used)
N/A

| 4. Date of Birth (mm-dd-yyyy) | 5. Age | 6. Place of Birth | | |
|---|---|---|---|---|
| ~~_____~~-1974 | 34 | (City or town) Valencia | (Province) Valencia | (Country) Spain |

| 7. Nationality (If dual national, give both) | 8. Gender | 9. Marital Status |
|---|---|---|
| Spanish | ☐ Male   ☒ Female | ☐ Single (Never married)  ☒ Married  ☐ Widowed  ☐ Divorced  ☐ Separated  Including my present marriage, I have been married  1  times. |

**10.** Permanent address in the United States where you intend to live, if known (street address including zip code). Include the name of a person who currently lives there.

Enrique Romero Pintado
Monica Perez Sanchez
1739 Independence Blvd., Apt. 202
Salinas, California 93906

Telephone number:  (408) 334-5200

**11.** Address in the United States where you want your Permanent Resident Card (Green Card) mailed, if different from address in item #10 (include the name of a person who currently lives there).

Same as #10

Telephone number:  Same as #10

| 12. Your Present Occupation | 13. Present Address (Street Address) (City or Town) (Province) (Country) |
|---|---|
| Secondary Teacher | Same as #10 |

Telephone number: Home  (408) 334-5200    Office  (831) 775-0186

**14. Name of Spouse** (Maiden or family name)

| ROMERO PINTADO | First Name Enrique | Middle Name No Middle Name |
|---|---|---|

Date (mm-dd-yyyy) and place of birth of spouse:  11-04-1972  Valencia Spain

Address of spouse (If different from your own):
Same as #10

Spouse's occupation:  IC Design Engineer     Date of marriage (mm-dd-yyyy):  02-27-2008

| 15. Father's Family Name | First Name | Middle Name |
|---|---|---|
| Perez Cortes | Jose | No Middle Name |

| 16. Father's Date of Birth (mm-dd-yyyy) | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| 04/25/1947 | Valencia | Av. Constitucion,12  46009 Valencia, Spain | N/A |

| 17. Mother's Family Name at Birth | First Name | Middle Name |
|---|---|---|
| Sanchez Gallen | Isabel | No Middle Name |

| 18. Mother's Date of Birth (mm-dd-yyyy) | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| 11/08/1946 | Valencia | Av. Constitucion,12  46009 Valencia, Spain | N/A |

19. List Names, Dates and Places of Birth, and Addresses of ALL Children.

| NAME | DATE (mm-dd-yyyy) | PLACE OF BIRTH | ADDRESS (if different from your own) |
|---|---|---|---|
| N/A | | | |

20. List below all places you have lived for at least six months since reaching the age of 16, including places in your country of nationality. Begin with your present residence.

| CITY OR TOWN | PROVINCE | COUNTRY | FROM/TO (mm-yyyy) | |
|---|---|---|---|---|
| Salinas | California | USA | 07-2006 | Present |
| Valencia | Valencia | Spain | 08-1989 | 07-2006 |
| Tabernes Blanques | Valencia | Spain | 04-1979 | 09-1989 |

21a. Person(s) named in 14 and 19 who will accompany you to the United States now.

Enrique Romero Pintado

21b. Person(s) named in 14 and 19 who will follow you to the United States at a later date.

N/A

22. List below all employment for the last ten years.

| EMPLOYER | LOCATION | JOB TITLE | FROM/TO (mm-yyyy) | |
|---|---|---|---|---|
| Salinas Union High School | Salinas, California | Secondary Teacher | 07-2006 | Present |
| Conselleria de Educacion | Valencia, Spain | Secondary Teacher | 09-2003 | 07-2006 |
| Autur, S.A. | Valencia, Spain | Industrial Engineer | 02-2000 | 09-2003 |
| Better Consultants, S.L. | Barcelona, Spain | Computer Programmer | 05-1999 | 02-2000 |

In what occupation do you intend to work in the United States?  Secondary Teacher

23. List below all educational institutions attended.

| SCHOOL AND LOCATION | FROM/TO (mm-yyyy) | | COURSE OF STUDY | DEGREE OR DIPLOMA |
|---|---|---|---|---|
| Universidad Politecnica de Valencia, Valencia, Spain | 09-2005 | 07-2006 | Development Cooperation and Ecodesign | Master's degree |
| Echole Nationale d'Ingenieures de Metz, Metz, France | 09-1997 | 04-1999 | Materials, Mechanics, Structures | Master's degree |
| Universidad Politecnica de Valencia, Valencia, Spain | 09-1992 | 09-1997 | Industrial Engineering | MEng (Bach/ME) |
| Salesianos San Antonio Abad (88-91)/ Instituto Consellería, Valencia Spain | 09-1988 | 09-1992 | secondary school | Diploma |

Languages spoken or read:  Spanish, English, French and Valenciano

Professional associations to which you belong:  None

24. Previous Military Service  ☐ Yes  ☒ No

Branch: _____    Dates (mm-dd-yyyy) of Service: _____

Rank/Position: _____    Military Specialty/Occupation: _____

25. List dates of all previous visits to or residence in the United States. (If never, write "never") Give type of visa status, if known. Give DHS "A" number if any.

| FROM/TO (mm-yyyy) | | LOCATION | TYPE OF VISA | "A" NO. (If known) |
|---|---|---|---|---|
| 07-2006 | Present | Salinas, California | J-1 Visa | N/A |
| 08-2005 | 08-2005 | New York, New York | Visitor | N/A |

SIGNATURE OF APPLICANT

DATE (mm-dd-yyyy)  03-11-2008

Privacy Act and Paperwork Reduction Act Statements

The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue you a social security number and card.

*Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. In accordance with 5 CFR 1320.5(b), persons are not required to respond to the collection of this information unless this form displays a currently valid OMB control number.  Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/ISS/DIR) Washington, DC 20520.



U.S. Department of State
APPLICATION FOR IMMIGRANT VISA AND
ALIEN REGISTRATION

OMB APPROVAL NO. 1405-0015
EXPIRES: 09/30/2010
ESTIMATED BURDEN: 1 HOUR*

## PART II - SWORN STATEMENT

INSTRUCTIONS: Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form. The fee should be paid in United States dollars or local currency equivalent, or by bank draft.

WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even if you are issued an immigrant visa and are subsequently admitted to the United States, providing false information on this form could be grounds for your prosecution and/or deportation.

This form (DS-230 PART II), together with Form DS-230 PART I, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 26. Family Name | First Name | Middle Name |
|---|---|---|
| PEREZ SANCHEZ | Monica | No Middle Name |

27. Other Names Used or Aliases (If married woman, give maiden name)

None

28. Full Name in Native Alphabet (If Roman letters not used)

29. Name and Address of Petitioner

Enrique Romero Pintado
1739 Independence Blvd., Apt. 202, Salinas, California  93906

Telephone number:   (408) 334-5200

30. United States laws governing the issuance of visas require each applicant to state whether or not he or she is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below in general terms. You should read carefully the following list and answer YES or NO to each category. The answers you give will assist the consular officer to reach a decision on your eligibility to receive a visa.

EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN THE FOLLOWING CLASSIFICATIONS ARE INELIGIBLE TO RECEIVE A VISA.
DO ANY OF THE FOLLOWING CLASSES APPLY TO YOU?

a. An alien who has a communicable disease of public health significance; who has failed to present documentation of having received vaccinations in accordance with U.S. law; who has or has had a physical or mental disorder that poses or is likely to pose a threat to the safety or welfare of the alien or others; or who is a drug abuser or addict.  ☐ Yes  ☒ No

b. An alien convicted of, or who admits having committed, a crime involving moral turpitude or violation of any law relating to a controlled substance; or who is the spouse, son or daughter of such a trafficker who knowingly has benefited from the trafficking activities in the past five years; who has been convicted of 2 or more offenses for which the aggregate sentences were 5 years or more; who is coming to the United States to engage in prostitution or commercialized vice or who has engaged in prostitution or procuring within the past 10 years; who is or has been an illicit trafficker in any controlled substance; who has committed a serious criminal offense in the United States and who has asserted immunity from prosecution; who, while serving as a foreign government official and within the previous 24-month period, was responsible for or directly carried out particularly severe violations of religious freedom; or whom the President has identified as a person who plays a significant role in a severe form of trafficking in persons, who otherwise has knowingly aided, abetted, assisted or colluded with such a trafficker in severe forms of trafficking in persons, or who is the spouse, son or daughter of such a trafficker who knowingly has benefited from the trafficking activities within the past five years.  ☐ Yes  ☒ No

c. An alien who seeks to enter the United States to engage in espionage, sabotage, export control violations, terrorist activities, the overthrow of the Government of the United States or other unlawful activity; who is a member of or affiliated with the Communist or other totalitarian party; who participated in Nazi persecutions or genocide; who has engaged in genocide; or who is a member or representative of a terrorist organization as currently designated by the U.S. Secretary of State.  ☐ Yes  ☒ No

d. An alien who is likely to become a public charge.  ☐ Yes  ☒ No

e. An alien who seeks to enter for the purpose of performing skilled or unskilled labor who has not been certified by the Secretary of Labor; who is a graduate of a foreign medical school seeking to perform medical services who has not passed the NBME exam or its equivalent; or who is a health care worker seeking to perform such work without a certificate from the CGFNS or from an equivalent approved independent credentialing organization.  ☐ Yes  ☒ No

f. An alien who failed to attend a hearing on deportation or inadmissibility within the last 5 years; who seeks or has sought a visa, entry into the United States, or any immigration benefit by fraud or misrepresentation; who knowingly assisted any other alien to enter or try to enter the United States in violation of law; who, after November 30, 1996, attended in student (F) visa status a U.S. public elementary school or who attended a U.S. public secondary school without reimbursing the school; or who is subject to a civil penalty under INA 274C.  ☐ Yes  ☒ No

### Privacy Act and Paperwork Reduction Act Statements

The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue you a social security number and card.

*Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. In accordance with 5 CFR 1320.5(b), persons are not required to respond to the collection of this information unless this form displays a currently valid OMB control number. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/ISS/DIR) Washington, DC 20520.

g.  An alien who is permanently ineligible for U.S. citizenship; or who departed the United States to evade military service in time of war. ☐ Yes ☒ No

h.  An alien who was previously ordered removed within the last 5 years or ordered removed a second time within the last 20 years; who was previously unlawfully present and ordered removed within the last 10 years or ordered removed a second time within the last 20 years; who was convicted of an aggravated felony and ordered removed; who was previously unlawfully present in the United States for more than 180 days but less than one year who voluntarily departed within the last 3 years; or who was unlawfully present for more than one year or an aggregate of one year within the last 10 years. ☐ Yes ☒ No

i.  An alien who is coming to the United States to practice polygamy; who withholds custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court or intentionally assists another person to do so; who has voted in the United States in violation of any law or regulation; or who renounced U.S. citizenship to avoid taxation. ☐ Yes ☒ No

j.  An alien who is a former exchange visitor who has not fulfilled the 2-year foreign-residence requirement. ☐ Yes ☒ No

k.  An alien determined by the Attorney General to have knowingly made a frivolous application for asylum. ☐ Yes ☒ No

l.  An alien who has ordered, carried out or materially assisted in extrajudicial and political killings and other acts of violence against the Haitian people; who has directly or indirectly assisted or supported any of the groups in Colombia known as FARC, ELN, or AUC; who through abuse of a governmental or political position has converted for personal gain, confiscated or expropriated property in Cuba, a claim to which is owned by a national of the United States, has trafficked in such property or has been complicit in such conversion; has committed similar acts in another country, or is the spouse, minor child or agent of an alien who has committed such acts; who has been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free choice; or who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention or is the spouse, minor child or agent of such a person. ☐ Yes ☒ No

31. Have you ever been charged, arrested or convicted of any offense or crime?
    (If answer is Yes, please explain) ☐ Yes ☒ No

32. Have you ever been refused admission to the United States at a port-of-entry?
    (If answer is Yes, please explain) ☐ Yes ☒ No

33a. Have you ever applied for a Social Security Number (SSN)?

☒ Yes  Give the number _____8776  ☐ No

Do you want the Social Security Administration to assign you an SSN (and issue a card) or issue you a new card (if you have an SSN)? You must answer "Yes" to this question and to the "Consent To Disclosure" in order to receive an SSN and/or card.

☐ Yes  ☒ No

33b.  CONSENT TO DISCLOSURE: I authorize disclosure of information from this form to the Department of Homeland Security (DHS), the Social Security Administration (SSA), such other U.S. Government agencies as may be required for the purpose of assigning me an SSN and issuing me a Social Security card, and I authorize the SSA to share my SSN with the INS.

☒ Yes  ☐ No

The applicant's response does not limit or restrict the Government's ability to obtain his or her SSN, or other information on this form, for enforcement or other purposes as authorized by law.

34. WERE YOU ASSISTED IN COMPLETING THIS APPLICATION? ☒ Yes ☐ No
(If answer is Yes, give name and address of person assisting you, indicating whether relative, friend, travel agent, attorney, or other)

Douglas Halpert, Esq. Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH  45202

DO NOT WRITE BELOW THE FOLLOWING LINE
The consular officer will assist you in answering item 35.
DO NOT SIGN this form until instructed to do so by the consular officer

35. I claim to be:

A Family-Sponsored Immigrant

An Employment-Based Immigrant

A Diversity Immigrant

A Special Category (Specify) _____
(Returning resident, Hong Kong, Tibetan, Private Legislation, etc.)

I derive foreign state chargeability under Sec. 202(b) through my: 

Preference: _____

Numerical limitation: _____
(foreign state)

I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.
I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.
I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application, consisting of Form DS-230 Part I and Part II combined, have been made by me, including the answers to items 1 through 35 inclusive, and that they are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means.
I understand that completion of this form by persons required by law to register with the Selective Service System (males 18 through 25 years of age) constitutes such registration in accordance with the Military Selective Service Act.
I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.

_____
Signature of Applicant

Subscribed and sworn to before me this _____ day of _____ at: _____

_____
Consular Officer



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Entry of Appearance
# as Attorney or Representative

Form G-28 (09/26/00) Y

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: _____ Date: APR 30 2008    File No. _____

FORM I-765 (APPLICATION FOR EMPLOYMENT AUTHORIZATION)

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Monica Perez Sanchez | ☒ Applicant |
| | ☐ Petitioner ☐ Beneficiary |

Address: (Apt. No.) 202 (Number & Street) 1739 Independence Blvd. (City) Salinas (State) CA (Zip Code) 93906

| Name: | ☐ Applicant |
| | ☐ Petitioner ☐ Beneficiary |

Address: (Apt. No.) (Number & Street) (City) (State) (Zip Code)

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Supreme

Ohio

Name of Court

and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE [signature]

COMPLETE ADDRESS
Dinsmore & Shohl, LLP
255 E. 5th St., Ste 1900
Cincinnati, OH 45202

NAME (Type or Print) Douglas Halpert, Esq.

TELEPHONE NUMBER (513) 977-8181    Fax: (513) 977-8141

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.

Douglas Halpert, Esq.

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Employment Authorization

Name of Person Consenting    Signature of Person Consenting    Date

Monica Perez Sanchez    [signature] X    X 04/29/08

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8 CFR 103.10 and 103.20 et seq.

OMB No. 1615-0040; Expires 08/31/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-765, Application for Employment Authorization

Do not write in this block.

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12

☐ Application Approved. Employment Authorized / Extended *(Circle One)*
until _____ (Date)

☐ Subject to the following conditions: _____ (Date)

☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c)
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(e)(14), (18) and 8 CFR 214.2(f)

I am applying for: ☒ Permission to accept employment.
☐ Replacement *(of lost employment authorization document).*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document).*

| | |
|---|---|
| 1. Name (Family Name in CAPS) (First) (Middle)<br>PEREZ SANCHEZ   Monica  No Middle Name | 11. Have you ever before applied for employment authorization from USCIS? |
| 2. Other Names Used (Include Maiden Name)<br>None | ☐ Yes *(If yes, complete below)*  ☒ No<br>Which USCIS Office?           Date(s) |
| 3. Address in the United States (Number and Street) (Apt Number)<br>1739 Independence Blvd.          202 | Results (Granted or Denied - attach all documentation) |
| (Town or City)    (State/Country)    (ZIP Code)<br>Salinas      CA        93906 | 12. Date of Last Entry into the U.S. (mm/dd/yyyy)<br>01/04/2008 |
| 4. Country of Citizenship/Nationality<br>Spain | 13. Place of Last Entry into the U.S.<br>San Francisco, CA |
| 5. Place of Birth (Town or City) (State/Province) (Country)<br>Valencia      Valencia      Spain | 14. Manner of Last Entry (Visitor, Student, etc.)<br>J-1 |
| 6. Date of Birth (mm/dd/yyyy)   7. Gender<br>XXXXX1974   ☐ Male ☒ Female | 15. Current Immigration Status (Visitor, Student, etc.)<br>J-1 |
| 8. Marital Status ☒ Married  ☐ Single<br>☐ Widowed  ☐ Divorced | 16. Go to Part 2 of the Instructions. Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9. Social Security Number (Include all numbers you have ever used) (if any)<br>XXX-XX-8776 | Eligibility under 8 CFR 274a.12 |
| 10. Alien Registration Number (A-Number) or I-94 Number (if any)<br>None Known            280263107 18 | ( C )  ( 9 )  (    ) |

## Certification

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| X *[signature]* | (831) 775-0186 | X 04/07/08 |

Signature of person preparing form, if other than above. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Douglas Halpert, Esq. | Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | *[signature]* | 4/4/08 |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |



Form I-765 (Rev.07/30/07) Y

# Monica Perez-Sanchez - Spouse
## I-765 Employment Authorization Application
## I-485 Application Filed Concurrently
## Based Upon DV-2008 Selection

### Order of Documents

1.   DV-2008 Selection Correspondence Letters to Enrique Romero Pintado, my husband

2.   G-28 Notice of Appearance

4.   Two Photos that Meet CIS Specifications

5.   I-765 Duly signed and dated

6.   Evidence of Enrique Romero Pintado, my husband's, financial ability in form of employment letter, also confirming more than two years of experience that meets the DV-2008 criteria

7.   Evidence of status at time of I-485 filing -- I-94 card, Form DS-2019, and J-1 Visa

8.   Photo Identification (passport ID page)

9.   Birth Certificate

10.   Marriage Certificate

April 25, 2007

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

Dear ENRIQUE ROMERO:

Congratulations!  You are among those randomly selected and registered for further consideration in the DV-2008 diversity immigrant program for fiscal year 2008 (October, 1, 2007 to September 30, 2008).  Selection does not guarantee that you will receive a visa because the number of applicants selected is greater than the number of visas available.  Please retain this letter and take it with you to your visa interview.

Approximately 100,000 individuals were registered for further processing.  However there are only between 50,000 &. 55,000 diversity visas available under the **FISCAL YEAR 2008 DIVERSITY VISA PROGRAM.** Therefore, it is most important that you carefully follow these instructions to increase your chances of possible visa issuance.

Please read and follow all the enclosed instructions very carefully.  **ALL FORMS AND CORRESPONDENCE** must be sent to the Kentucky Consular Center at the above address.  Please notify the Kentucky Consular Center of any change in address, addition or deletion of any family members, and any other information which you believe may effect your application.

**PLEASE COMPLETE AND RETURN FORMS 230 PART I, 230 PART II, AND DSP-122 FOR YOURSELF AND FORMS 230 PART I AND 230 PART II FOR ALL ACCOMPANYING FAMILY MEMBERS TO THE KENTUCKY CONSULAR CENTER.  WRITE THE CASE NUMBER IN THE UPPER RIGHT HAND CORNER OF EACH FORM. PLEASE MAKE SURE ALL BLOCKS ARE COMPLETED.**

Please be advised that even though you send all of the above listed documents to the KCC, your case may not be scheduled for an interview appointment until a visa number is available.  You will only be contacted by the KCC when a visa appointment is scheduled.  Please do not call us to check when your case will be scheduled.

If it should be necessary to contact the Kentucky Consular Center by telephone **YOU MUST ALWAYS REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW.**  Your case number should be clearly written in the upper right hand corner of ALL documents and correspondence sent to the Kentucky Consular Center.

| | |
|---|---|
| Case Number: | 2008EU00019567 |
| PA Name: | ROMERO, ENRIQUE |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | SPAIN |
| Post: | MADRID |

The Kentucky Consular Center telephone number is 606-526-7500 or send E-mail inquiry to KCCDV@state.gov

ENRIQUE ROMERO
c/o ANALOG DEVICES INC
3550 N 1ST ST
SAN JOSE, CA 95134

## 2008EU00019567



Please return this barcode sheet to facilitate the processing of your case
when you return the DSP 122 and DS230 (Parts I & II) to the
Kentucky Consular Center (KCC).



**DEPARTMENT OF STATE**

KENTUCKY CONSULAR CENTER (KCC)

*3505 North Highway 25W*
*Williamsburg, KY 40769*
*U.S.A.*

April 02, 2008

DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202

Dear ENRIQUE ROMERO:

Thank you for informing us of your intention to apply for adjustment of status with the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS), formerly the Immigration and Naturalization Service (INS). Please note that there are legal restrictions on who may qualify for adjustment in the U.S.; and while most adjustment applications are filed with USCIS, aliens in removal proceedings must file their adjustment applications with the Immigration Court. You must also be sure to follow the instructions on the attached sheet concerning payment of the Diversity processing fee. This fee must be paid prior to USCIS (or, if applicable, the immigration court) taking action on your adjustment application.

You MUST submit the Diversity Visa (DV) "Notification Letter" we sent you to the USCIS office nearest your place of residence in order to apply for adjustment of status. You may apply to USCIS for adjustment of status from October 1, 2007 until September 30, 2008. However, your status must be adjusted by September 30, 2008 as DV-2008 expires on that date.

If your spouse and/or children currently live outside the United States, they may be eligible to apply for an immigrant visa under the Diversity Visa program at the US embassy or consulate general. However, the embassy/consulate cannot process your family members applications until notification is received from the USCIS advising that you have adjusted status. For this reason it is important that you apply for adjustment of status AS SOON AS POSSIBLE. Please remember that your spouse and/or children must apply for and be issued immigrant visas while they are available and before the Diversity Visa program ends on September 30, 2008. They will not be eligible to be issued a visa under this program after that date.

When you apply to adjust status it is VERY IMPORTANT that you immediately tell the USCIS that you have family members living abroad who will apply for immigrant visa status at an embassy/consulate. You must request the USCIS to send information about your family, including their overseas address, to the appropriate embassy/consulate to enable processing of their visa applications. If you do not tell the USCIS about your family living overseas, and the consulate does not receive the information, they will not be processed for immigration to the United States under the Diversity Visa program.

If your spouse/children will not apply for visas under the DV program, you can file an immigrant visa petition (Form I-130) in the Family 2A category for them with the USCIS. You can only do this after you have obtained legal permanent resident status, whether through adjustment of status or admission to the U.S. with an immigrant visa. However, there is an extensive waiting list in the Family 2A category. You should expect a delay of several years before your spouse/children can receive immigrant visas under this category to join you in the U.S. Please consider the consequences of such a decision carefully.

**Please be advised that the Department of State Diversty Visa fee must be paid in full before case can be transferred to USCIS.**

Please do not contact the Kentucky Consular Center regarding your case or that of your family. The Kentucky Consular Center has now completed its processing of your case, any further inquiries should be addressed to the USCIS.

Case Number:                        2008EU00019567
PA Name:                            ROMERO, ENRIQUE
Preference Category:                DV DIVERSITY
Foreign State Chargeability         SPN

APR – 7 2008

2CH 375.00
375.00

Winners Name: _____ Enrique Romero Pintado _____

Amount enclosed _____ $750 _____ Payment for _____ 2 _____ persons

Address: _____ 1739 Independence Blvd., Apt. 202 _____

City: _____ Salinas _____ State: ___ CA ___ Zip Code: ___ 93906 ___

DV Program Case Number: _____ 2008EU0001.9567 _____

P A I D  MAR 2 5 2008

APR - 3 2008

02/07

LETTER TO DIVERSITY VISA APPLICANTS - 2008





3

Página reservada a las autoridades competentes para expedir el pasaporte /
Amtliche Vermerke / Forbeholdt de pasudstedande myndigheder /
Page réservée aux autorités compétentes pour délivrer le passeport /
Προορίζεται για τις Αρχές που είναι αρμόδιες για την έκδοση του
διαβατηρίου / Page reserved for issuing authorities /
Leathanach curtha in áirithe do na húdaráis eisiúna /
Página riservata all'autorità / Opmerkingen of bevoegde instanties /
Página reservada ás autoridades / Viranomaisia varten /
Myndighets noteringar

A D 458073 S

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re: FORM I-131 (APPLICATION FOR TRAVEL DOCUMENT) | Date: APR 1 0 2008 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:    Monica PEREZ SANCHEZ       ☐ Petitioner    ☒ Applicant
                                    ☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)
202    1739 Independence Blvd.    Salinas    CA    93906

Name:                               ☐ Petitioner    ☐ Applicant
                                    ☐ Beneficiary

Address: (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Ohio _____ Supreme _____ and am not under a court or administrative agency
                        Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| | |
|---|---|
| SIGNATURE [signature] | COMPLETE ADDRESS Dinsmore & Shohl, LLP 255 E. 5th St., Ste 1900 Cincinnati, OH 45202 |
| NAME (Type or Print) Douglas Halpert, Esq. | TELEPHONE NUMBER (513) 977-8181    Fax: (513) 977-8141 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
                    Douglas Halpert, Esq.
                    (Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:
Travel Document

| Name of Person Consenting Monica PEREZ SANCHEZ | X [signature] Signature of Person Consenting | Date X 04/07/08 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0013, Expires 11/30/07
I-131 Application for Travel Document

| DO NOT WRITE IN THIS BLOCK | FOR USCIS USE ONLY (except G-28 block below) |
|---|---|

**Document Issued:**
- ☐ Reentry Permit
- ☐ Refugee Travel Document
- ☐ Single Advance Parole
- ☐ Multiple Advance Parole
  - Valid to:

**Action Block**

**Receipt**

If Reentry Permit or Refugee Travel Document, mail to:
- ☐ Address in Part 1
- ☐ American embassy/consulate at
- ☐ Overseas DHS office at

☐ Document Hand Delivered
On _____ By _____

*To be completed by Attorney/Representative, if any.*
Attorney State License # 0064196
☒ Check box if G-28 is attached

## Part 1.    Information about you. *(Please type or print in black ink.)*

| 1. A # | 2. Date of Birth *(mm/dd/yyyy)* | 3. Class of Admission | 4. Gender |
|---|---|---|---|
| None Known | ▮▮▮▮/1974 | J-1 | ☐ Male  ☒ Female |

5. Name *(Family name in capital letters)*  *(First)*  *(Middle)*

| PEREZ SANCHEZ | Monica | No Middle Name |
|---|---|---|

6. Address *(Number and Street)*    Apt. #

| 1739 Independence Blvd | 202 |
|---|---|

| City | State or Province | Zip/Postal Code | Country |
|---|---|---|---|
| Salinas | CA | 93906 | USA |

| 7. Country of Birth | 8. Country of Citizenship | 9. Social Security # *(if any.)* |
|---|---|---|
| Spain | Spain | 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 |

## Part 2.    Application type *(check one):*

a. ☐ I am a permanent resident or conditional resident of the United States and I am applying for a reentry permit.

b. ☐ I now hold U.S. refugee or asylee status and I am applying for a refugee travel document.

c. ☐ I am a permanent resident as a direct result of refugee or asylee status and I am applying for a refugee travel document.

d. ☒ I am applying for an advance parole document to allow me to return to the United States after temporary foreign travel.

e. ☐ I am outside the United States and I am applying for an advance parole document.

f. ☐ I am applying for an advance parole document for a person who is outside the United States. *If you checked box "f", provide the following information about that person.*

1. Name *(Family name in capital letters)*    *(First)*    *(Middle)*

| | | |
|---|---|---|

| 2. Date of Birth *(mm/dd/yyyy)* | 3. Country of Birth | 4. Country of Citizenship |
|---|---|---|
| | | |

5. Address *(Number and Street)*    Apt. #    Daytime Telephone # *(area/country code)*

| | | |
|---|---|---|

| City | State or Province | Zip/Postal Code | Country |
|---|---|---|---|
| | | | |

Form I-131 (Rev. 11/16/07)Y

## Part 3. Processing information.

| 1. Date of Intended Departure *(mm/dd/yyyy)* | 2. Expected Length of Trip |
|---|---|
| As Needed | As Needed |

3. Are you, or any person included in this application, now in exclusion, deportation, removal or recission proceedings? ☒ No ☐ Yes *(Name of DHS office)*:

If you are applying for an Advance Parole Document, skip to Part 7.

4. Have you ever before been issued a reentry permit or refugee travel? ☐ No ☐ Yes *(Give the following information for the last document issued to you)*

Date Issued *(mm/dd/yyyy)*: _____ Disposition *(attached, lost, etc.)*: _____

5. Where do you want this travel document sent? *(Check one)*

a. ☐ To the U.S. address shown in Part 1 on the first page of this form.

b. ☐ To an American embassy or consulate at: City: _____ Country: _____

c. ☐ To a DHS office overseas at: City: _____ Country: _____

d. If you checked "b" or "c", where should the notice to pick up the travel document be sent?

    ☐ To the address shown in Part 2 on the first page of this form.

    ☐ To the address shown below:

| Address *(Number and Street)* | Apt. # | Daytime Telephone # *(area/country code)* |
|---|---|---|
| | | |

| City | State or Province | Zip/Postal Code | Country |
|---|---|---|---|
| | | | |

## Part 4. Information about your proposed travel.

| Purpose of trip. *If you need more room, continue on a separate sheet(s) of paper.* | List the countries you intend to visit. |
|---|---|
| | |

## Part 5. Complete only if applying for a reentry permit.

| Since becoming a permanent resident of the United States (or during the past five years, whichever is less) how much total time have you spent outside the United States? | ☐ less than six months | ☐ two to three years |
|---|---|---|
| | ☐ six months to one year | ☐ three to four years |
| | ☐ one to two years | ☐ more than four years |

Since you became a permanent resident of the United States, have you ever filed a federal income tax return as a nonresident, or failed to file a federal income tax return because you considered yourself to be a nonresident? *(If "Yes," give details on a separate sheet(s) of paper.)*    ☒ Yes    ☐ No

## Part 6. Complete only if applying for a refugee travel document.

1. Country from which you are a refugee or asylee: _____

*If you answer "Yes" to any of the following questions, you must explain on a separate sheet(s) of paper.*

| | | |
|---|---|---|
| 2. Do you plan to travel to the above named country? | ☐ Yes | ☐ No |
| 3. Since you were accorded refugee/asylee status, have you ever: | | |
|    a. returned to the above named country? | ☐ Yes | ☐ No |
|    b. applied for and/or obtained a national passport, passport renewal or entry permit of that country? | ☐ Yes | ☐ No |
|    c. applied for and/or received any benefit from such country (for example, health insurance benefits). | ☐ Yes | ☐ No |
| 4. Since you were accorded refugee/asylee status, have you, by any legal procedure or voluntary act: | | |
|    a. reacquired the nationality of the above named country? | ☐ Yes | ☐ No |
|    b. acquired a new nationality? | ☐ Yes | ☐ No |
|    c. been granted refugee or asylee status in any other country? | ☐ Yes | ☐ No |

**Part 7.  Complete only if applying for advance parole.**

On a separate sheet(s) of paper, please explain how you qualify for an advance parole document and what circumstances warrant issuance of advance parole. Include copies of any documents you wish considered. *(See Instructions)*

1. For how many trips do you intend to use this document?    ☐ One trip    ☒ More than one trip

2. If the person intended to receive an advance parole document is outside the United States, provide the location (city and country) of the American embassy or consulate or the DHS overseas office that you want us to notify.

City

Country

3. If the travel document will be delivered to an overseas office, where should the notice to pick up the document be sent:

☐ To the address shown in Part 2 on the first page of this form.

☐ To the address shown below:

Address *(Number and Street)*

Apt. #

Daytime Telephone # *(area/country code)*

City

State or Province

Zip/Postal Code

Country

**Part 8.  Signature.**  *Read the information on penalties in the instructions before completing this section. If you are filing for a reentry permit or refugee travel document, you must be in the United States to file this application.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

| Signature | Date *(mm/dd/yyyy)* | Daytime Telephone Number *(with area code)* |
|---|---|---|
| X | X 04/07/08 | (831) 775-0186 |

*Please Note: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 9.  Signature of person preparing form, if other than the applicant.**  *(Sign below.)*

I declare that I prepared this application at the request of the applicant and it is based on all information of which I have knowledge.

| Signature | Print or Type Your Name |
|---|---|
| *Douglas Halpee* | Douglas Halpert, Esq. |

| Firm Name and Address | Daytime Telephone Number *(with area code)* |
|---|---|
| Dinsmore & Shohl, LLP, 255 E. 5th St., Ste 1900, Cincinnati, OH 45202 | (513) 977-8181 |

| Fax Number *(if any.)* | Date *(mm/dd/yyyy)* |
|---|---|
| 513-977-8141 | 4/4/2008 |

# Monica Perez-Sanchez - Spouse
# I-131 Travel Document Application
# I-485 Application Filed Concurrently
# Based Upon DV-2008 Selection

## Order of Documents

1.  DV-2008 Selection Correspondence Letters to Enrique Romero Pintado, my husband

2.  G-28 Notice of Appearance

4.  Two Photos that Meet CIS Specifications

5.  I-131 Duly signed and dated

6.  Evidence of Enrique Romero Pintado, my husband's, financial ability in form of employment letter, also confirming more than two years of experience that meets the DV-2008 criteria

7.  Evidence of status at time of I-485 filing -- I-94 card, Form DS-2019, and J-1 Visa

8.  Photo Identification (passport ID page)

9.  Birth Certificate

10. Marriage Certificate



**package id**
0018196

**ship date**
Thu, Apr 10

**to**
U.S. Citizenship & Immigration
Svcs
427 S Lasalle St
Fl 3
Chicago , IL 60605-1029 US
999-999-9999

**residential address**
No

**return label**
No

**from**
Douglas Halpert (4981)
Dinsmore & Shohl, LLP.
255 East Fifth Street
Cincinnati , OH 45202 US
8181

**billing**
Analog Devices, Inc..Enrique
   ROMERO
(33448.443)

**operator**
Douglas Halpert
513/977-8181
douglas.halpert@dinslaw.com

**create time**
04/10/08, 5:02PM

**vendor**
FedEx

**tracking number**
798417483150

**service**
FedEx Standard Overnight

**packaging**
FedEx Pak

**dimensions**
1.0 LBS

**options**
Delivery confirmation

**courtesy quote**
13.20
The courtesy quote does not reflect
fuel surcharge and does not
necessarily reflect all accessorial
charges.

**Legal Terms and Conditions**

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

©2003-2008 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC. Other product and company names listed are trademarks or trade names of their respective companies.

EXHIBIT C

Department of Homeland Securi
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-08-197-14155 | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>April 11, 2008 | Priority Date: | Applicant:    A087160795<br>ROMERO PINTADO, ENRIQUE |
|---|---|---|
| Notice Date:<br>May 06, 2008 | Page        1 OF 1 | ASC Code:    3 |

| ENRIQUE ROMERO PINTADO<br>1739 INDEPENDENCE BLVD APT 202<br>SALINAS CA 93906 | Notice Type:        Receipt Notice<br><br>Amount Received:        $1,010.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5361272        0536127204

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| Receipt Number:<br><br>MSC-08-197-14156 | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|

| Received Date:<br>April 11, 2008 | Priority Date: | Applicant:<br><br>ROMERO PINTADO, ENRIQUE |
|---|---|---|
| Notice Date:<br>May 06, 2008 | Page        1 OF 1 | ASC Code:    2 |

| ENRIQUE ROMERO PINTADO<br>1739 INDEPENDENCE BLVD APT 202<br>SALINAS CA 93906 | Notice Type:        Receipt Notice<br><br>Amount Received:        $0.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
·        a passport or national photo identification issued by your country,
·        a driver's license,
·        a military photo identification, or
·        a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does **NOT** grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5361272        0536127204        Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: MSC-08-197-14157 | | Case Type: I-131 - Application for Travel Document | |
|---|---|---|---|
| Received Date: April 11, 2008 | Priority Date: | Applicant ROMERO PINTADO, ENRIQUE | |
| Notice Date: May 06, 2008 | Page    1 OF 1 | ASC Code: | |

| | |
|---|---|
| ENRIQUE ROMERO PINTADO 1739 INDEPENDENCE BLVD APT 202 SALINAS CA 93906 | Notice Type:    Receipt Notice  Amount Received:    $0.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5361272          0536127204

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-08-197-14152 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date:<br>April 11, 2008 | Priority Date: | Applicant: A087160794<br>PEREZ SANCHEZ, MONICA |
|---|---|---|
| Notice Date:<br>May 06, 2008 | Page 1 OF 1 | ASC Code: 3 |

| | |
|---|---|
| MONICA PEREZ SANCHEZ<br>C/O ENRIQUE ROMERO PINTADO<br>1739 INDEPENDENT BLVD APT 202<br>SALINAS CA 93906 | Notice Type: Receipt Notice<br><br>Amount Received: $1,010.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5361272      0536127204

Form I-797C (Rev. 01/31/05) N

Department of Homeland Securi.
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-08-197-14153 | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|

| Received Date:<br>April 11, 2008 | Priority Date: | Applicant:<br>PEREZ SANCHEZ, MONICA |
|---|---|---|
| Notice Date:<br>May 06, 2008 | Page        1 OF 1 | ASC Code:        2 |

| | |
|---|---|
| MONICA PEREZ SANCHEZ<br>1739 INDEPENDENCE BLVD APT 202<br>SALINAS CA 93906 | Notice Type:        Receipt Notice<br><br>Amount Received:        $0.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

### PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

### WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

### CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS.  This receipt notice does **NOT** grant any immigration status or benefit.  You may not present this receipt notice as evidence that you have been granted any immigration status or benefit.  In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made).  The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5361272        0536127204

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# UNITED STATES OF AMERICA

| Receipt Number: MSC-08-197-14154 | Case Type: I-131 - Application for Travel Document |
|---|---|

| Received Date: April 11, 2008 | Priority Date: | Applicant PEREZ SANCHEZ, MONICA |
|---|---|---|

| Notice Date: May 06, 2008 | Page    1 OF 1 | ASC Code: |
|---|---|---|

MONICA PEREZ SANCHEZ
1739 INDEPENDENCE BLVD APT 202
SALINAS CA 93906

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $0.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.**
It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact
this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing
impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov
where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5361272        0536127204

Form I-797C (Rev. 01/31/05) N

EXHIBIT D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

---

| ASC Appointment Notice | APPLICATION NUMBER MSC0819714155 | MSC0819714156 | NOTICE DATE 5/8/2008 |
|---|---|---|---|
| CASE TYPE I485 I765 | SOCIAL SECURITY NUMBER | USCIS A# A087160795 | CODE 3 |
| | TCR | SERVICE CENTER MSC | PAGE 1 of 1 |

ENRIQUE RÓMERO PINTADO
1739 INDEPENDENCE BLVD APT 202
SALINAS, CA 93906



To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS SALINAS 1954 N. MAIN STREET SANTA RITA PLAZA SALINAS, CA 93906 | DATE AND TIME OF APPOINTMENT 05/29/2008 1:00 PM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SALINAS, 1954 N. MAIN STREET, SANTA RITA PLAZA, SALINAS, CA 93906

---

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| I485 - MSC0819714155 | I765 - MSC0819714156 |
|  |  |

If you have any questions regarding this notice, please call 1-800-375-5283.

---

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | | |
|---|---|---|---|
| | APPLICATION NUMBER MSC0819714152 | MSC0819714153 | NOTICE DATE 5/8/2008 |
| CASE TYPE I485 I765 | SOCIAL SECURITY NUMBER | USCIS A# A087160794 | CODE 3 |
| | TCR | SERVICE CENTER MSC | PAGE 1 of 1 |

MONICA PEREZ SANCHEZ
c/o ENRIQUE ROMERO PINTADO
1739 INDEPENDENT BLVD APT 202
SALINAS, CA 93906

MAY 2 9 2008

395>8

395>8    MAY 2 9 2008



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SALINAS | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 1954 N. MAIN STREET | **DATE AND TIME OF APPOINTMENT** |
| SANTA RITA PLAZA | 05/29/2008 |
| SALINAS, CA 93906 | 2:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SALINAS, 1954 N. MAIN STREET, SANTA RITA PLAZA, SALINAS, CA 93906

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| I485 - MSC0819714152 | I765 - MSC0819714153 |
|  |  |

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

U.S. Department of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

I-485 Adjustment of Status Interview Results

Alien Registration #: _A 87 160 795_

On ___JUN 2 6 2008___ , you were interviewed by USCIS Officer    Rey PATAGUE

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date.
This letter should not be regarded as proof of that status. You are being processed for an alien
registration card which should be mailed to you within 30 days. If more than 30 days have elapsed
and you have not received your alien registration card, please schedule an INFOPASS
appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☒ Security Clearance(s) _Pend FBI name Check_

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☐ Other:

☒ If more than 30 days have elapsed and you have not received your alien registration card
please make an INFOPASS appointment on line at www. uscis.gov. Bring a copy of this letter
to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your
alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-
5283 (TTY 1-800-767-1833).  This toll-free call center has additional information and, during
their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

U.S. Department of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

I-485 Adjustment of Status Interview Results

Alien Registration #: A87 160 794

Rey PATAGUE

On JUN 2 6 2008 , you were interviewed by USCIS Officer

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you within 30 days. If more than 30 days have elapsed and you have not received your alien registration card, please schedule an INFOPASS appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☐ Security Clearance(s)

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☒ Other: *Awaiting for the Principal Bene*

☒ If more than 30 days have elapsed and you have not received your alien registration card please make an INFOPASS appointment on line at www. uscis.gov. Bring a copy of this letter to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-5283 (TTY 1-800-767-1833). This toll-free call center has additional information and, during their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

EXHIBIT E

U.S. ~partment of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

I-485 Adjustment of Status Interview Results

Alien Registration #: *A 87 160 795*

Rey PATAGUE

On _____ JUN 2 6 2003 _____ , you were interviewed by USCIS Officer

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you within 30 days. If more than 30 days have elapsed and you have not received your alien registration card, please schedule an INFOPASS appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☒ Security Clearance(s) *Pend FBI name Check*

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☐ Other:

☒ If more than 30 days have elapsed and you have not received your alien registration card please make an INFOPASS appointment on line at www.uscis.gov. Bring a copy of this letter to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-5283 (TTY 1-800-767-1833). This toll-free call center has additional information and, during their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

U.S. Department of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

I-485 Adjustment of Status Interview Results

Alien Registration #: _A87 160 794_

Rey PATAGUE

On   JUN 2 6 2008   , you were interviewed by USCIS Officer

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you within 30 days. If more than 30 days have elapsed and you have not received your alien registration card, please schedule an INFOPASS appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☐ Security Clearance(s)

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☒ Other: _Awaiting for the Principal Bene_

☒ If more than 30 days have elapsed and you have not received your alien registration card please make an INFOPASS appointment on line at www. uscis.gov. Bring a copy of this letter to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-5283 (TTY 1-800-767-1833).  This toll-free call center has additional information and, during their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

EXHIBIT F

Enrique Romero Pintado and Monica Perez Sanchez
1739 Independence Blvd. Apt 202 - Salinas, CA 93906

July 7, 2008

**VIA FEDEX #936733879815**

Mr. David N. Still, District Director
U.S. Citizenship and Immigration Services
I-485 Unit
1887 Monterey Highway
2nd Floor, Room 200
San Jose, California 95112-6117

**URGENT: Diversity Lottery - Deadline September 30th**

**RE:   Case Type: Pending I-485 Applications (Diversity Lottery)**
**Applicants: Enrique Romero Pintado: A87 160 795**
**Monica Perez Sanchez: A87 160 794**
**FBI NAME CHECK: Concern & Request About Timing**

Dear Mr. Still:

My name is Enrique Romero Pintado. On June 26, 2008, my wife, Monica, and I, had an I-485 adjustment of status interview with your office based upon our selection in the Diversity Visa Lottery. As indicated by the enclosed interview results sheet copy, the Officer indicated that the result of our interview for me was "Pending FBI check" and Monica's was "awaiting for the principal beneficiary." He explained that he had approved our I-485 permanent residence applications but for an FBI name check that has to be cleared which often results due to a common last name like mine in Spain. The Officer indicated that this may take six months.

According to the immigration lawyer (who has filed a G-28 Notice of Appearance on our case), we unfortunately cannot wait six months for the FBI check to clear (under what he explained was a new policy regarding FBI checks) because come the close of business on September 30, 2008, the Diversity Lottery eligibility period ends and U.S. Citizenship and Immigration Services (CIS) would automatically deny our applications. Our applications must be completed and approved by that date or we will lose our ability to become permanent residents of the United States - which is something we dearly would love to happen. The officer advised us to sit and wait, but our attorney told us that due to the very tight time frame with September 30th just around the corner, we cannot afford to do so. Aside from losing our ability to adjust status to permanent residence, I understand that my wife would lose her employment card, and job.

The attorney indicated that in cases where U.S. CIS does not or will not act in time, applicants must file a mandamus lawsuit in U.S. federal district court and then a judge can order FBI to act immediately so that CIS can make its decision. He explained that in his experience, FBI can clear the check in a day or so once a judge orders FBI to take such action in a compelling situation like ours. While we understand this, we are not the type of people who like to bring a lawsuit under any circumstances, especially where to date the U.S. government has swiftly processed the initial case to this point and the Officer that conducted our interview was very professional, friendly and cordial to us.

Accordingly, we respectfully request that CIS make such an action unnecessary by asking FBI to expedite the name check processing due to my unique Diversity Lottery situation and the looming deadline. You may reach me directly at (408) 334 52 00 if you have any questions. Thank you very much for your consideration.

Very truly yours,

Enrique Romero Pintado

U.S. Department of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

## I-485 Adjustment of Status Interview Results

Alien Registration #: _A87 160795_

Rey PATAGUE

On ___JUN 2 6 2008___ , you were interviewed by USCIS Officer _____

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you within 30 days. If more than 30 days have elapsed and you have not received your alien registration card, please schedule an INFOPASS appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☒ Security Clearance(s)  *Pend FBI name Check*

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☐ Other:

☒ If more than 30 days have elapsed and you have not received your alien registration card please make an INFOPASS appointment on line at www. uscis.gov. Bring a copy of this letter to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-5283 (TTY 1-800-767-1833).  This toll-free call center has additional information and, during their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

U.S. Department of Homeland Security
1887 Monterey Road
San Jose, CA 945112



U.S. Citizenship
And Immigration
Services

## I-485 Adjustment of Status Interview Results

Alien Registration #:  *A87 160 794*

Rey PATAGUE

On ___JUN 2 8 2008___ , you were interviewed by USCIS Officer _____

☐ Congratulations, your adjustment of status has been approved.

Please be advised that you have been granted permanent residence status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which should be mailed to you within 30 days. If more than 30 days have elapsed and you have not received your alien registration card, please schedule an INFOPASS appointment. See instructions below.

☒ Your case has been continued for the reason(s) checked below:

☐ Fingerprints

☐ Security Clearance(s)

☐ Relating A-file(s)

☐ Further Review

☐ Visa Availability

☒ Other: *Awaiting for the Principal Bene*

☒ If more than 30 days have elapsed and you have not received your alien registration card please make an INFOPASS appointment on line at www. uscis.gov. Bring a copy of this letter to your appointment

☒ If more than 45 days have elapsed since your approval and you still have not received your alien registration card, please call our National Customer Service Center (NCSC) at 1-800-375-5283 (TTY 1-800-767-1833). This toll-free call center has additional information and, during their specified office hours, can connect you to live assistance in English and Spanish

☒ Notify USCIS if you change your address

www.dhs.gov

**Romero, Enrique**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, July 08, 2008 10:12 AM
**To:** ENRIQUE.ROMERO@analog.com
**Subject:** FedEx Shipment 936733879815 Delivered

```
This tracking update has been requested by:

Company Name:            ANALOG DEVICES
Name:                    SHIPPING DEPT.
E-mail:                  'not provided by requestor'


Our records indicate that the following shipment has been delivered:

Reference:               4135
Ship (P/U) date:         Jul 7, 2008
Delivery date:           Jul 8, 2008 10:06 AM
Sign for by:             M.BORCA
Delivered to:            Mailroom
Service type:            FedEx Priority Overnight
Packaging type:          FedEx Envelope
Number of pieces:        1
Weight:                  0.50 lb.
Special handling/Services:  Adult Signature Required
                         Deliver Weekday


Tracking number:         936733879815


Shipper Information           Recipient Information
SHIPPING DEPT.                MR.DAVID N.STILL DISTRICT
ANALOG DEVICES                DIRECTOR
3550 N 1ST STREET            U.S CITIZENSHIP AND IMMIGRATION
SAN JOSE                      SRV
CA                           1887 MONTEREY HIGHWAY;2ND
US                           FLOOR, ROOM 200
95134                        SAN JOSE
                             CA
                             US
                             95112


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:12 PM CDT
on 07/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
```

**Romero, Enrique**

| | |
|---|---|
| **From:** | CRIS [USCIS-CRIS@dhs.gov] |
| **Sent:** | Monday, June 23, 2008 7:45 AM |
| **To:** | enrique.romero@analog.com |
| **Subject:** | Case Status Information for Receipt Number: MSC0819714153 |

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: MSC0819714153

Application Type: I765 , APPLICATION FOR EMPLOYMENT AUTHORIZATION

Current Status: Approval notice sent.

On June 23, 2008, we mailed you a notice that we have approved this I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION. Please follow any instructions on the notice. If you move before you receive the notice, call customer service.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision from USCIS within the current processing time listed*, please contact USCIS Customer Service at (800) 375-5283.

*Current processing times can be found on the USCIS website at www.uscis.gov under Case Status and Processing Dates.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-512L, Authorization for Parole
of an Alien Into the United States

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued **6/14/2008** | |
|---|---|---|---|---|

A#

**PEREZ SANCHEZ, MONICA**  A087160794  MSC0819714154

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|

██/1974  SPAIN

U.S. Address  (Apt number and/or in care of)  (Street Number and Name)  (City)  (State or Province)  (Zip/Postal Code)

**1739 INDEPENDENCE BLVD APT 202 , SALINAS CA 93906**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____**6/13/2009**_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

| [X] | Approved |
| [ ] | Conditions/comments: |

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Robert M. Cowan

National Benefits Center
**National Benefits Center**
**Parole Stamp**

**Romero, Enrique**

| | |
|---|---|
| **From:** | CRIS [USCIS-CRIS@dhs.gov] |
| **Sent:** | Monday, June 23, 2008 7:45 AM |
| **To:** | enrique.romero@analog.com |
| **Subject:** | Case Status Information for Receipt Number: MSC0819714156 |

\*\*\* DO NOT RESPOND TO THIS E-MAIL \*\*\*

The last processing action taken on your case

Receipt Number: MSC0819714156

Application Type: I765 , APPLICATION FOR EMPLOYMENT AUTHORIZATION

Current Status: Approval notice sent.

On June 23, 2008, we mailed you a notice that we have approved this I765 APPLICATION FOR
EMPLOYMENT AUTHORIZATION. Please follow any instructions on the notice. If you move before
you receive the notice, call customer service.

If you have questions or concerns about your application or the case status results listed
above, or if you have not received a decision from USCIS within the current processing
time listed\*, please contact USCIS Customer Service at (800) 375-5283.

\*Current processing times can be found on the USCIS website at www.uscis.gov under Case
Status and Processing Dates.
\*\*\* Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-512L, Authorization for Parole of an Alien Into the United States

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued **6/14/2008** |
|---|---|---|---|

A#

**ROMERO PINTADO, ENRIQUE**     A087160795   MSC0819714157

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|
| ▓▓▓1972 | SPAIN | | | |

U.S. Address   (Apt number and/or in care of)   (Street Number and Name)   (City)   (State or Province)   (Zip/Postal Code)

**1739 INDEPENDENCE BLVD APT 202 , SALINAS  CA  93906**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____**6/13/2009**_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

[X] Approved

[ ] Conditions/comments:

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.



Robert M. Cowan

National Benefits Center
**National Benefits Center
Parole Stamp**

Form I-512L (Rev. 08/31/05)Y

EXHIBIT G

Declaration of Monica Perez Sanchez
A 087-160-974

I, Monica Perez Sanchez, hereby declare the following:

1. My current residence is 1739 Independence Boulevard in Salinas, California. I am the wife of Enrique Romero Pintado, and am a derivative applicant based on his application for adjustment of status based on the Diversity Visa 2008 Lottery.

2. I first entered the United States on a J-1 visa on July 24, 2006. I was granted my J-1 status as a member of an educational program established by the United States and Spanish governments called "Exchange Visitor Program for Teachers". The aim of this program is to provide schools with a large demographic of learners whose first language is not English with bilingual teachers. Many of these schools are in economically disadvantaged areas and in need of quality teachers. I am currently teaching in Salinas, California. I have been told that because we have applied for residence, I would not be able to renew by J visa in the event our applications are not granted in time. In that situation, I would have to stop working at the High School.

3. When my husband Enrique Romero was selected for the diversity visa lottery, we were both thrilled, as permanent residency would allow us to continue doing the important work we have been doing in the United States. We have complied with all the deadlines and attended all appointments associated with our application for adjustment of status. However, we were informed by the officer at our interview on June 26, 2008 that although we were approvable, we would have to wait until Enrique's FBI name check was cleared for our applications to be adjudicated. Neither Enrique nor I have ever been arrested or convicted of any crime.

4. As a derivative on my husband's application for adjustment of status, I have been issued an employment authorization card which is valid while the application remains pending. However, it is my understanding that if our adjustment of status application is not approved by the end of the 2008 fiscal year, we will lose our chance to adjust status through the diversity visa program, and my employment authorization will be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 29th day of July 2008 at Salinas, California.

Declarant
Monica Perez Sanchez

1

<u>PROOF OF SERVICE BY MAIL</u>

2

I, Jody Santiago, the undersigned, say:

3

I am over the age of eighteen years and not a party to the within action or proceedings; my

4

business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth

5

Floor, San Francisco, CA 94104.

6

On July 30, 2008, I caused to be served the within:

7

**Declaration of Zachary Nightingale**

8

**in Support of Petition for Writ of Mandamus, and Exhibits**

9

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with

10

postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at

11

San Francisco, California, addressed as follows:

12

13   Civil Process Clerk
     Office of the United States Attorney       Jonathan Scharfen, Acting Director, D.H.S.,
     Northern District of California             3801 Nebraska Ave., N.W.
14   450 Golden Gate Ave.                        Washington, D.C. 20528
     Tenth Floor, Box 36055
15   San Francisco, CA  94102                    Rosemary Melville, District Director, D.H.S.,
                                                 630 Sansome Street, Room 1080
16   Civil Process Clerk                         San Francisco, CA 94111
     Office of the United States Attorney
17   Northern District of California             Michael B. Mukasey, Attorney General
     280 South First Street, Room 371            U.S.D.O.J.
18   San Jose, CA 95113-3005                     950 Pennsylvania Ave., N.W.
                                                 Washington, D.C. 20535

19   Michael Chertoff, Secretary, D.H.S.,        Robert S. Mueller, III, Director, F.B.I.
     3801 Nebraska Ave., N.W.                    935 Pennsylvania Ave., N.W.
20   Washington, D.C. 20528                      Washington, D.C. 20535

21

22

Executed on July 30, 2008, at San Francisco, California.  I declare under penalty of

23

perjury, under the laws of the State of California that the foregoing is true and correct.

24

25   _Jody Santiago_
     _____
     Jody Santiago
26   Declarant

27

28

_____

Dec. of Nightingale Re Pet. for Mandamus

Case No. _____