AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

Enrique ROMERO PINTADO
Monica PEREZ SANCHEZ

)
)
)
)                    CV 08            3665
)
Plaintiff )
v.                                  )
Michael CHERTOFF, Jonathan SCHARFEN, )    Civil Action No.
Rosemary MELVILLE, Michael MUKASEY,  )
Robert MUELLER                       )
)
)
Defendant  )

**PVT**

**Summons in a Civil Action**

To: Michael CHERTOFF, Jonathan SCHARFEN, Rosemary MELVILLE,
    Michael MUKASEY, Robert MUELLER
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Zachary Nightingale
Avantika Shastri
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: July 30, 2008                          MARY ANN BUCKLEY

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*