1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   ENRIQUE ROMERO PINTADO,           )
12 MONICA PEREZ SANCHEZ,             )  No. C 08-3665 PVT
                                     )
13              Petitioners,         )
                                     )  **STIPULATION TO DISMISS AND**
14       v.                          )  **[PROPOSED] ORDER**
                                     )
15 MICHAEL CHERTOFF, in his Official )
   Capacity, Secretary, U.S. Department of )
16 Homeland Security; et al.,        )
                                     )
17              Respondents.         )
   _____ )
18

19     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioners and

20 Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge

21 conduct any and all further proceedings in the case, including trial, and order the entry of a final

22 judgment.

23     Further, Petitioners, by and through their attorney of record, and Respondents by and through

24 their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25 action in light of the adjudication of Petitioners' adjustment of status applications (Form I-485).

26 ///

27 ///

28 ///

Stipulation to Dismiss
C 08-3665 PVT                              1

Each of the parties shall bear their own costs and fees.

Dated: August 28, 2008  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Respondents

Dated: August 28, 2008  _____/s/_____
ZACHARY NIGHTINGALE
AVANTIKA SHASTRI
Attorneys for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/23/08

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-3665 PVT                2